# Exhibit A



**KENTUCKY**
COURT OF JUSTICE

**22-CI-00366**

### BYRNES, FAYE VS. AMERICAN ECONOMY INSURANCE COMPANY

**MARSHALL CIRCUIT COURT**

Filed on **12/06/2022** as **CONTRACT – OTHER** with **HON. JAMES JAMESON**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 22-CI-00366 |
|---|---|
| *CONTRACT-OTHER;;;* | |

| Parties | 22-CI-00366 |
|---|---|

**AMERICAN ECONOMY INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Summons**

**CIVIL SUMMONS** issued on **12/06/2022** served / recalled on **12/09/2022** by way of **CERTIFIED MAIL** *9236090194038397851474;Successfu l*

**BYRNES, FAYE** as **PLAINTIFF / PETITIONER**

**SCOTT, CLINTON** as **ATTORNEY FOR PLAINTIFF**

**Address**

MCWHERTER SCOTT & BOBBITT PLC
54 EXETER ROAD, SUITE D
JACKSON TN 38305

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is AMERICAN ECONOMY INSURANCE COMPANY

| Documents | 22-CI-00366 |
|---|---|
| **COMPLAINT / PETITION** filed on **12/06/2022** | |
| **EXHIBIT** filed on **12/06/2022** | |
| **MISCELLANEOUS** filed on **12/06/2022** | |
| **MISCELLANEOUS** filed on **12/06/2022** | |
| **EXHIBIT** filed on **12/20/2022** | |
| **EXHIBIT** filed on **12/20/2022** | |
| **EXHIBIT** filed on **12/20/2022** | |
| **EXHIBIT** filed on **12/20/2022** | |
| **EXHIBIT** filed on **12/20/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **EXHIBIT** filed on **12/21/2022** | |
| **MEMORANDUM** filed on **12/21/2022** | |

| Events | 22-CI-00366 |
|---|---|
| **MOTION HOUR** scheduled for **01/10/2023 09:30 AM** in room **A** with **HON. ANDREA MOORE** | |

> **Motions**
> - **MOTION TO APPOINT EVALUATOR/APPRAISER** filed on **12/21/2022** by **AP**
> - **MOTION TO APPEAR PRO HOC VICE** filed on **12/20/2022** by **AP**

| Images | 22-CI-00366 |
|---|---|
| **COMPLAINT / PETITION** filed on **12/06/2022**   *Page(s): 9* | |
| **EXHIBIT** filed on **12/06/2022**   *Page(s): 56* | |
| **SUMMONS** filed on **12/06/2022**   *Page(s): 1* | |
| **MISCELLANEOUS** filed on **12/06/2022**   *Page(s): 1* | |
| **MISCELLANEOUS** filed on **12/06/2022**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **12/06/2022**   *Page(s): 1* | |
| **RECEIPT** filed on **12/08/2022**   *Page(s): 0* | |
| **SUMMONS - RETURN OF SERVICE** filed on **12/14/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/20/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/20/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/20/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/20/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/20/2022**   *Page(s): 1* | |
| **MOTION TO APPEAR PRO HOC VICE** filed on **12/20/2022**   *Page(s): 3* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 3* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 4* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 5* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 7* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 19* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 3* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 1* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 6* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 4* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 2* | |
| **EXHIBIT** filed on **12/21/2022**   *Page(s): 1* | |
| **MOTION TO APPOINT EVALUATOR/APPRAISER** filed on **12/21/2022**   *Page(s): 3* | |
| **MEMORANDUM** filed on **12/21/2022**   *Page(s): 11* | |

**\*\*\*\* End of Case Number : 22-CI-00366 \*\*\*\***

Filed          22-CI-00366     12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

# IN THE 42nd JUDICIAL CIRCUIT COURT OF MARSHALL COUNTY, KENTUCKY

**FAYE BYRNES,**

   **Plaintiff,**

**v.**              No: _____
                **JURY DEMAND**

**AMERICAN ECONOMY INSURANCE
COMPANY (A SAFECO COMPANY),**

   **Defendant.**

## COMPLAINT

COMES NOW the Plaintiff, Faye Byrnes, by and through counsel, and for her Complaint against American Economy Insurance Company would respectfully states as follows:

### PARTIES AND JURISDICTION

1.  At all times relevant hereto, Faye Byrnes ("Ms. Byrnes"), was a resident of Marshall County, Kentucky. Ms. Byrnes was the owner of the realty, dwelling, and other structures located at 412 Fly Away Drive, Benton, Kentucky 42025 (the "Insured Premises").

2.  American Economy Insurance Company (A SAFECO COMPANY) ("AEIC") is an insurance company conducting business in the Commonwealth of Kentucky with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02116. AEIC is incorporated in the State of Indiana.  Corporation Service Company is the registered agent from AEIC and may be served at 421 West Main Street, Frankfort, KY 40601.

3.  This Complaint originates from a claim made by Ms. Byrnes for damages to the Insured Premises sustained from a tornado/windstorm on or about December 10, 2021, which caused substantial damage (the "Loss").

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000001 of 000009

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

4.     Jurisdiction and venue are proper in this Court.

## FACTS

5.     At all times relevant hereto, Ms. Byrnes was insured pursuant to an insurance contract whereby AEIC agreed to insure the structures located at the Insured Premises against property damage, bearing Policy No. OK160355 (the "Policy").  The Policy is incorporated herein by reference as if set forth verbatim herein and is attached as **Exhibit 1** hereto.  As relevant hereto, the Policy's term was July 12, 2021, through July 12, 2022.

6.     The Insured Premises consists of a dwelling and other structures.

7.     The Policy provides insurance coverage for direct physical loss to the dwelling, other structures, personal property, etc. located on the Insured Premises and such other insurance coverage as specifically set forth in the Policy.

8.     The Policy is an "all-risk" policy with regard to the Insured Premises, which means that it provides insurance coverage for all direct physical loss to covered property unless the loss is specifically excluded or limited by the Policy.

9.     The Policy's coverage for the Insured Premises was on a "replacement cost" valuation basis, which means that coverage is provided on a replacement cost basis without deduction for depreciation.

10.     Pursuant to the Policy, Ms. Byrnes paid an annual premium to AEIC in exchange for insurance coverage.  Ms. Byrnes paid the required premiums at all times relevant to this Complaint.

11.     On or about December 10, 2021, a storm damaged the dwelling, other structures, and personal property located at the Insured Premises.

12.     Prior to the Loss, the Insured Premises had no defects and was well-maintained.

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000002 of 000009

2

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

13.    The damage to the Insured Premises was typical of damages caused by a severe windstorm/tornado.

14.    Ms. Byrnes took immediate action to mitigate her losses.

15.    Ms. Byrnes promptly reported the Loss to AEIC.

16.    The Policy was in full force and effect at the time of the Loss, and the Loss is a compensable claim under the terms of the Policy.  As it relates to the Loss, there is no applicable exclusion or limitation.

17.    After the Loss, Ms. Byrnes fulfilled all duties imposed upon her by the Policy.

18.    With regard to the Dwelling located on the Insured Premises, the Policy provided coverage in the amount of $950,800.00 with additional coverage for increased cost of construction.

19.    The Policy also provided coverage for Other Structures (limit $95,080.00) with additional coverage for increased cost of construction.  Additionally, the Policy provided coverage for personal property.

20.    AEIC acknowledged that the Loss is a compensable claim and made partial payments on the claim.

21.    Ms. Byrnes disagreed with the amount paid by AEIC and believes the amount of loss to be much greater than estimated by AEIC.

22.    In order to resolve this dispute, the Parties agreed to enter into the appraisal process, as provided for in the Policy.

23.    As part of the appraisal process, the Policy states that the Parties "each shall select a competent and disinterested appraiser." (*See* Policy, attached as **Exhibit 1** to Petition for Appointment of Appraisal Umpire, at Page 17 (pdf 35)).

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000003 of 000009

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366        12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

24.     Pursuant to this requirement, Ms. Byrnes appointed Arthur Grandinetti as her appraiser, and AEIC appointed Michael Schwartz as its appraiser.

25.     Shortly thereafter, AEIC appointed Todd James as its replacement appraiser.

26.     The Policy also provides that "[t]he appraisers shall first select a competent and disinterested umpire." (*See Id.*). The Policy's Appraisal provision, however, also states: "and failing for 15 days to agree upon such umpire, then on request of you [insured] or the company after notice of hearing to the non-requesting party by certified mail, such umpire shall be selected by a judge of a court of record in the county in which the property covered is located." (*Id.*).

27.     To date, the parties' chosen appraisers, Mr. Grandinetti and Mr. James, have been unable to agree upon an Umpire for the appraisal process to proceed.

28.     Pursuant to the appraisal provision of the Policy issued by AEIC, Ms. Byrnes filed a Petition on September 28, 2022 requesting that this Court appoint an Umpire and allow the Parties to move forward with the appraisal process as set forth in the Policy.

29.     However, with respect to legal actions against AEIC, the Policy provides that Ms. Byrnes may not bring a legal action against AEIC unless "the action is started within one year after the inception of the loss or damage."

30.     Although the appraisal process is still ongoing and Ms. Byrnes desires to resolve her claim through the appraisal process outlined in the Policy, Ms. Byrnes files this lawsuit out of an abundance of caution to avoid any claim by AEIC that Ms. Byrnes failed to comply with the contractual limitations period, as set forth in the Policy.

31.     To date, AEIC has failed to pay Ms. Byrnes' claim in full for her covered loss.

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000004 of 000009

4

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

32.     AEIC's failure to pay the money due and owing to Ms. Byrnes under the Policy has caused Ms. Byrnes to initiate this Complaint to protect her rights and recover the insurance proceeds in which she is entitled.

## CAUSES OF ACTION

### Count I – Breach of Contract

33.     The allegations contained in the paragraphs above are incorporated herein by reference as if set forth verbatim.

34.     The Policy issued by AEIC is a binding contract and is supported by valid consideration.

35.     AEIC is in total material breach of the Policy and is liable to Ms. Byrnes in the maximum amount allowed by the Policy for the Loss.  Specifically, AEIC's breach of contract includes the following, without limitation, AEIC's failure and refusal to pay the amounts owed to Ms. Byrnes for the Loss pursuant to the insurance coverage afforded by the Policy.

36.     As a result of AEIC's breach of contract, Ms. Byrnes has sustained substantial compensable losses for the amounts claimed under the Policy.

37.     AEIC is liable to Ms. Byrnes for her losses.

### Count II – Bad Faith

38.     The allegations contained in the paragraphs above are incorporated herein by reference as if set forth verbatim.

39.     AEIC had a duty to exercise good faith in dealing with Ms. Byrnes during the handling of her claim. AEIC's refusal to pay the amounts contractually owed to Ms. Byrnes was arbitrary and capricious and constitutes bad faith.

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000005 of 000009

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

40.     The bad faith of AEIC is evidenced by the fact that, at all times hereto, AEIC, knew, or reasonably should have known, that Ms. Byrnes was justifiably relying on the money and benefits due under the terms of the Policy, as well as the actions of AEIC as set forth in the paragraphs below. Nevertheless, acting with conscious disregard for Ms. Byrnes' rights and with the intention of causing or willfully disregarding the probability of causing unjust and cruel hardship on Ms. Byrnes, AEIC consciously refused to pay Ms. Byrnes' valid claim and withheld monies and benefits rightfully due Ms. Byrnes. AEIC was obligated to pay Ms. Byrnes' claim associated with the damage sustained as a result of the Loss, AEIC lacked a reasonable basis in law and fact for its refusal and failure to pay the claim, and AEIC knew there was no reasonable basis for its refusal and failure to pay the claim and/or AEIC acted with reckless disregard for whether such a basis existed.

41.     AEIC's bad faith is evidenced by all of the facts and allegations set forth above in this Complaint, together with the following actions or inactions by AEIC which were perpetuated with evil motive or with reckless indifference to the rights of Ms. Byrnes:

a.     AEIC's intentional or reckless failure to fully inform Ms. Byrnes of her rights and obligations under the Policy.

b.     AEIC's intentional or reckless failure to attempt in good faith to effectuate a prompt, fair and equitable settlement of Ms. Byrnes' claim when liability was reasonably clear;

c.     AEIC's intentional or reckless refusal to pay Ms. Byrnes' claim and to otherwise honor its obligations under the Policy without conducting a reasonable investigation based on all available information;

d.     AEIC's intentional refusal to fully investigate Ms. Byrnes claim;

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000006 of 000009

Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

e.  AEIC's engaging in acts and practices toward Ms. Byrnes that amount to acts of baseness, vileness, and/or depravity that are contrary to the good faith duties owed to Ms. Byrnes;

f.  AEIC's intentional refusal to pay Ms. Byrnes fully for the Loss; and

g.  AEIC's intentional failure to pay all amounts due and owing under the Policy with no reasonable or justifiable basis.

42.  In so acting, AEIC intended to and did injure Ms. Byrnes in order to protect its own financial interests, and should be punished.

**Count III – Violations of the Unfair Claims Settlement Practices Act**

43.  The allegations contained in the paragraphs above are incorporated herein by reference as if set forth verbatim.

44.  AEIC violated KRS § 304.12-230 (the Unfair Claims Settlement Practices Act), resulting in damage and harm to Ms. Byrnes, for which AEIC is liable pursuant to KRS § 446.070.

**Count IV – Violations of KRS 304.12-235**

45.  The allegations contained in the paragraphs above are incorporated herein by reference as if set forth verbatim.

46.  AEIC's failure to promptly and fully pay Ms. Byrnes' claim was and is without reasonable foundation.  AEIC failed to make a good faith attempt to settle Ms. Byrnes' claim within 30 days, and AEIC owes Ms. Byrnes interest at the rate of 12% from 30 days after the filing of notice and proof of Ms. Byrnes' claim until paid on the final claim payment.

47.  AEIC failed to settle Ms. Byrnes' claim within 30 days of being provided adequate information to adjust the claim, and its delay was without reasonable foundation. Ms. Byrnes is entitled to recovery of her attorney's fees and costs incurred in obtaining a claim settlement.

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000007 of 000009

7

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

WHEREFORE, as a result of the foregoing, Ms. Byrnes would respectfully request that this Honorable Court grant her the following relief:

A.    For specific performance of the insurance policy issued by AEIC to Ms. Byrnes;

B.    For compensatory damages under the Policy in an amount not to exceed $2,000,000.00;

C.    For compensatory damages to Ms. Byrnes for inconvenience, financial distress, and worry, in an amount to be determined by the jury;

D.    For punitive damages to Ms. Byrnes in an amount to be determined by the jury;

E.    For reasonable attorney's fees pursuant to KRS § 304.12-235 and other laws;

F.    For all costs incurred by Ms. Byrnes as a result of this action;

G.    For pre- and post-judgment interest;

H.    For statutory interest on the final claim payment for Ms. Byrnes at 12% interest; and

I.    For such other further and general relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff demands a jury of her peers.

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000008 of 000009

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:48:24 PM
89824-2

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

s/ Clinton H. Scott
CLINTON H. SCOTT (KYBN #95862)
54 Exeter Road, Suite D
Jackson, TN 38305
Telephone: (731) 664-1340
Fax: (731) 664-1540
clint@msb.law

*Attorney for Ms. Byrnes*

## COST BOND

This Firm stands as a surety for the costs in this matter.

McWHERTER SCOTT & BOBBITT, PLC

s/ Clinton H. Scott
Clinton H. Scott

9

Presiding Judge: HON. JAMES JAMESON (642359)

COM : 000009 of 000009

Filed   22-CI-00366   12/06/2022   Tiffany Franix Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**Safeco** Insurance™
A Liberty Mutual Company

SUITER INSURANCE GROUP
PO BOX 1478
MURRAY        KY   42071-0026

July 11, 2021

Policy Number: OK7160355
24-Hour Claims: 1-800-332-3226
Policy Service: (270) 753-5842
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

FAYE BYRNES
412 FLY AWAY DR
BENTON KY  42025-7050



Welcome to Safeco!

We believe insurance shouldn't be any more complex than it has to be.   Welcome to an easier
experience with Safeco.

Enclosed is your new homeowners policy.   Read it through carefully.   It will give you a detailed
description of the type and amount of your coverage, any deductibles (your out-of-pocket costs)
that apply and the effective date of your policy.   If, after reading your policy, you have any
questions or want to find out about discounts that may apply to your policy, please call (270)
753-5842.

The premium for your policy is $2,607.10 for the July 12, 2021 to July 12, 2022 policy term.
When you receive your billing statement, please review it carefully for the amount and date of
your next payment.   Please also verify that your requested payment method is correct.

You can uncomplicate your bill paying experience by choosing our Automatic Deduction Payment
Plan, which offers the convenience of monthly deductions from your checking account that can
be scheduled any day of the month you like.   Enroll in Automatic Deduction online at
www.safeco.com.

For added convenience, visit www.safeco.com and make use of our automated services
available to you including, but not limited to:

   - Make a payment by online check, or credit card.
   - Review your billing history.
   - Change your billing due date.
   - View your policy documents.
   - Order a copy of your policy and/or insurance ID cards.
   - Report to us a name change, or change of address.
   - Review Safeco's Producer Compensation Disclosure.

For all other assistance please call your agent at (270) 753-5842.

PLEASE SEE REVERSE

**AMERICAN ECONOMY INSURANCE COMPANY (A SAFECO Company)**
P O BOX 704000, SALT LAKE CITY, UT 84170

OC-429/EP 10/13

Filed   22-CI-00366   12/06/2022   Tiffany Franix Griffith, Marshall Circuit Clerk



Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000001 of 000056

7854   000000072DEBDEV7110101115854

Filed        22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

Thank you for your business.   We look forward to serving you.

Sincerely,

Tyler Asher
President, Safeco Insurance



Presiding Judge: HON. JAMES JAMESON (642359)

785-X

EXH: 000002 of 000056

Filed          22-CI-00366       12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
99824-2

# KENTUCKY POLICY COVER SHEET

**Your policy is a legal contract between you and us. PLEASE READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

## MAJOR POLICY PROVISIONS

The persons and property covered under this policy are listed in the Declarations. The coverages and limits of liability which apply are also listed in the Declarations.

**SECTION I**

A. **Building Property We Cover** 

   1.   Dwelling

   2.   Other Structures

B. **Building Property We Do Not Cover**

C. **Building Property Losses We Cover**

D. **Building Property Losses We Do Not Cover**

E. **Personal Property We Cover**

F. **Personal Property We Do Not Cover**

G. **Personal Property Losses We Cover**

H. **Personal Property Losses We Do Not Cover**

I. **Additional Living Expense and Loss of Rent**

J. **Additional Property Coverages**

   1.   Debris Removal

   2.   Reasonable Repairs

   3.   Trees, Shrubs and Other Plants

   4.   Fire Department Service Charge

   5.   Property Removed

   6.   Land Stabilization

   7.   Building Ordinance or Law Coverage

   8.   Arson Reward

   9.   Household Products Coverage

   10. Fungi, Wet or Dry Rot, or Bacteria

   11. Collapse

   12. Volunteer America

   13. Criminal Conviction Reward

K. **Property Conditions**

   1.   Deductible

   2.   Your Duties to Select and Maintain Policy Limits

   3.   An Insured's Duties After Loss



Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000003 of 000056



Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

4.   Insurable Interest and Limit of Liability

5.   Loss Settlement

6.   Loss to a Pair or Set

7.   Appraisal

8.   Suit Against Us

9.   Our Option

10.  Loss Payment

11.  Abandonment of Property

12.  Mortgage Clause

13.  No Benefit to Bailee

14.  Other Insurance and Service Agreements

15.  Recovered Property

16.  Salvage Value

## SECTION II

**A.   Liability Losses We Cover**

1.   Personal Liability

2.   Medical Payments to Others

**B.   Liability Losses We Do Not Cover**

**C.   Additional Liability Coverages**

1.   Claim Expenses

2.   First Aid Expenses

3.   Damage to Property of Others

4.   Credit Card, Fund Transfer Card, Forgery and Counterfeit Money

5.   Statutorily Imposed Vicarious Parental Liability

6.   Loss Assessment

7.   Volunteer America

**D.   Liability Conditions**

1.   Limit of Liability

2.   Severability of Insurance

3.   Your Duties After Loss

4.   Duties of an Injured Person

5.   Payment of Claim

6.   Payment of Interest

7.   Suit Against Us

8.   Bankruptcy of an Insured

9.   Other Insurance

## SECTION I AND II CONDITIONS

1.   Policy Period and Changes

2.   Concealment or Fraud

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk



Presiding Judge: HON. JAMES JAMESON (642359)

7855X

EXH : 000004 of 000056

HOM-7234/KYEP 9/12

Filed                  22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

3. Liberalization Clause

4. Cancellation

5. Nonrenewal

6. Assignment

7. Our Right to Recover Payment

8. Death

This policy may be terminated for any of the following reasons:

1. When you do not pay the premium.

2. When the policy has been in effect for less than 60 days, we may cancel for any reason.

3. After the policy has been in effect for 60 days, we will cancel only for:

    a. material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

    b. if the risk has changed substantially since the policy was issued.

**Policy Definitions**

---

## MANDATORY FORMS

---

The following Mandatory Form(s) are attached to your policy:

1. **Special Provisions**

---

## OPTIONAL COVERAGES

---

The following Optional Coverages are available:

1. Extended Dwelling Coverage

2. Personal Property Replacement Cost

3. Scheduled Personal Property

4. Refrigerated Spoilage Coverage

5. Equipment Breakdown

6. ID Recovery Coverage

7. Earthquake Coverage

8. Mine Subsidence Coverage Endorsement

9. Special Personal Property Coverage

10. Theft of Building Materials

11. Landlord's Furnishings Coverage

12. Landlord's Furnishing Coverage (Scheduled Personal Property)

13. Escape of Water from Sewer/Sump (Building/Contents)

14. Escape of Water from Sewer/Sump (Building Plus)

15. Short Term Vacancy Coverage

16. Actual Cash Value on Roof Surfacing Repair or Replacement for Windstorm or Hail Losses.



0000072DEBDEV71101015856

7858

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000005 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

## Package Endorsements

1.  Home Business Package

2.  Valuable Articles Coverage

3.  Incidental Farming Package

## Other Policy Forms

1.  Windstorm or Hail Deductible

2.  Additional Interest





Presiding Judge: HON. JAMES JAMESON (642359)

785K

EXH : 000006 of 000056

Filed          22-CI-00366     12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

## IMPORTANT NOTICE —
## EXTRAORDINARY LIFE CIRCUMSTANCES

We use information from your credit history in underwriting or pricing your insurance policy. If your credit information has been adversely impacted by an extraordinary life circumstance, you may request in writing that we consider this when using your credit information. These extraordinary life circumstances include:

- A catastrophic event, as declared by the Federal or State Government;

- A serious illness or injury or serious illness or injury to an immediate family member;

- Divorce or involuntary interruption of legally-owed alimony or support payments;

- The death of a spouse, child or parent;

- The involuntary loss of employment for more than three consecutive months;

- Identity theft;

- Military deployment overseas; or

- Any other circumstance we may choose to recognize.

You must submit this request to us not more than 60 days after the date of your application for insurance or your policy's renewal. We may require you to provide reasonable documentation of this circumstance and explain how it has negatively affected your credit history. If you would like to contact us, please provide your name and policy number Safeco Imaging Center, PO Box 704000, Salt Lake City, UT 84170-4000 or via fax at 877-344-5107.



Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000007 of 000056

Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000008 of 000056

Filed          22-CI-00366       12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

# Ask yourself: Do you have enough insurance coverage?

**How much would it take to reconstruct your home?**

Surprisingly, it has been estimated that 58% of American homes are underinsured by an average of 21%*. Make sure yours isn't one of them.

Each home is unique. You know your home best. It's your responsibility to make sure you're "fully insured" and "insured to value." That means you need to have enough insurance coverage to rebuild your home and replace all of your personal belongings in the event of total loss.

**How can you determine your needs? Ask yourself the questions below. If you need help answering them, call your agent and discuss your insurance needs with them.**

They will assist you in determining how much insurance would be needed to fully protect your home and belongings.

**How much would it take to reconstruct your home at today's prices?**

Things to consider:
- Your home's age (older homes tend to be more expensive to reconstruct) and style (contemporary, colonial, ranch, etc.)
- Features — fireplaces, cabinetry, built-in features, vaulted ceilings
- Flooring — hardwood, tile, natural stone, carpeting
- Finishes — crown molding, window and floor trim, faux paint, wall paper, wainscoting, chair rails, staircases, etc.
- Recent improvements you may have made (remodeled bathroom or kitchen, recessed lighting, built-in cabinets)
- A basement you may have finished or a room you may have added

**How much is enough to replace the structures surrounding your home at today's prices?**

Things to consider:
- Your fence, detached garage, gazebo, barn or storage shed
- If you have an in-ground swimming pool or just repaved your driveway or sidewalk

**What would it take to replace your personal belongings at today's prices?**

Things to consider:
- All your basics (furniture, rugs, linens, kitchenware, tools) and every electronic gadget
- Your entire wardrobe, your jewelry, medicines and personal effects
- Have you made any big purchases lately?
- If you have a garage full of tools, are passionate about the latest gadgets or collect just about anything, you should seriously consider getting more personal belongings coverage than the standard policy provides.

*Copyright 2008 Marshall & Swift / Boeckh, LLC and its licensors. All rights reserved. Used with permission.



Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000009 of 000056

7858    000072DEBDEV71101115858

Filed        22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

# Let's make sure you're "fully insured."

Your agent uses replacement cost estimation tools to establish a starting point for your insurance coverage. But you know your home best. And we look to you to give your agent the most complete, up-to-date information in order to protect your home and lifestyle. Here are two quick things you can do today:

1.   **Look critically at your coverage statement page (also known as the policy declarations page, which comes after the opening letter in this package).** Do you believe you have enough Coverage A? (This is the amount you'd get for reconstruction of an as-close-as-possible replica of your home in the event of total loss.) If you're not sure, call your agent for help.

2.   **Take inventory.** Compare the value of your personal belongings to the Coverage C amount on your coverage statement page.

**It's important to know: your home's market value is totally different from what it would cost to reconstruct.** Today's market value reflects economic conditions, taxes, school districts, the market value of land and many other factors that have nothing to do with how much it would cost to reconstruct your home from scratch.

Reconstruction cost — the amount needed to get you back home quickly — is based almost exclusively on the cost of materials and labor as well as demand for contractor services. In the event of total loss, a properly insured Safeco policyholder can rebuild with the same quality of materials and workmanship in their current home (unless a functional replacement cost policy was deliberately selected). Of course, we hope you'll never need these services. But we'll all sleep better knowing you're fully insured.

Thank you for trusting Safeco with your home insurance needs.

Presiding Judge: HON. JAMES JAMESON (642359)

788K

EXH : 000010 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**Safeco** Insurance™
A Liberty Mutual Company

# Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

## Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);
- Your transactions with us, our affiliates or others (such as your payment history and claims information);
- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and
- Your independent insurance producer (such as updated information pertaining to your account).

## Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, other insurers, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. When we disclose your information to these individuals or organizations, we require them to use it only for the reasons we gave it to them.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

## Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

## Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000011 of 000056

0000072DEBDEV71101011 5859

7859

Filed          22-CI-00566      12/06/2022      Tiffany Francx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Liberty County Mutual Insurance Company**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**

Presiding Judge: HON. JAMES JAMESON (642359)

785BX

EXH : 000012 of 000056

© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group, All Rights Reserved

Filed          22-CI-00566      12/06/2022      Tiffany Francx Griffith, Marshall Circuit Clerk

22-CI-00366    12/06/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**Safeco** Insurance™
A Liberty Mutual Company

## AMERICAN ECONOMY INSURANCE COMPANY (A SAFECO Company)
Administrative office:  175 Berkeley St., Boston, MA 02116 (A stock insurance company.)

### HOMEOWNERS POLICY DECLARATIONS

**POLICY NUMBER:**
OK7160355

**POLICY PERIOD:  FROM:** JULY 12, 2021 12:01 A.M.
**TO:** JULY 12, 2022 12:01 A.M.

**NAMED INSURED AND MAILING ADDRESS:**
FAYE BYRNES
412 FLY AWAY DR
BENTON KY 42025-7050

**AGENT:**
SUITER INSURANCE GROUP
PO BOX 1478
MURRAY        KY   42071-0026

**Valued Homeowners Customer Since: JULY 12, 2021**

**INSURED LOCATION:**
Same

**POLICY SERVICE INFORMATION:**
**TELEPHONE:**  (270) 753-5842
**E-MAIL:**   WKYINS@MURRAY-KY.NET
**WEBSITE:** WWW.WKYINS.COM

### IMPORTANT MESSAGES

- Your new policy is effective July 12, 2021.

### LIMITS OF LIABILITY
(Policy Section I - Property Coverages and Section II - Liability Coverages)

| Coverage A — Dwelling | Coverage B — Other Structures | Coverage C — Personal Property | Coverage D — Additional Living Expense | Coverage E — Personal Liability | Coverage F — Medical Payments |
|---|---|---|---|---|---|
| $950,800 | $95,080 | $475,400 | $190,160 | $300,000 | $3,000 |

### DEDUCTIBLES.
The following deductibles apply unless otherwise stated within the policy.

|  |  | AMOUNT |
|---|---|---|
| Section I - Property Coverages | $ | 1,500 |

|  |  | PREMIUM |
|---|---|---|
| BASIC COVERAGES | $ | 2,537.00 |
| OTHER COVERAGES, LIMITS AND OPTIONAL COVERAGES | $ | 24.00 |
| DISCOUNTS AND SURCHARGES    You Saved    $951.83 | $ | 46.10 |

### TOTAL POLICY PREMIUM:        $   2,607.10

**Premium Payer:    Insured**

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
 $2.00 per installment for recurring automatic deduction (EFT)
 $5.00 per installment for recurring credit card or debit card
 $5.00 per installment for all other payment methods

Filed        22-CI-00366    12/06/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000013 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
SAFECO

## AMERICAN ECONOMY INSURANCE COMPANY (A SAFECO Company)
## HOMEOWNERS POLICY DECLARATIONS

CONTINUED                    **POLICY NUMBER:** OK7160355

**ROOF LOSS SETTLEMENT**

| SETTLEMENT TYPE | YR OF INSTALLATION | SURFACING MATERIAL | LOSS PERCENTAGE |
|---|---|---|---|
| Replacement Cost | 2015 | ASPHALT | 100.00% |

REPLACEMENT COST EXPIRATION DATE:  July 12, 2036.

**POLICY LIMITS AND OTHER ADDITIONAL COVERAGES**
(Unless otherwise stated, all limits and coverages are included in basic coverages)
  **COVERAGE LEVEL: ESSENTIAL**
SECTION I - PROPERTY COVERAGES
COVERAGE C - PERSONAL PROPERTY - 3. SPECIAL LIMITS OF LIABILITY

| | | | |
|---|---|---|---|
| a.Money, pre-paid cards... | $ 250 | h.Business Property | |
| b.Rare coins and currency... | $ 500 | On Premises... | $ 3,000 |
| c.Securities, debit cards... | $ 500 | Off Premises Sub-limit | $ 1,000 |
| d.Watercraft... | $ 3,000 | i.Tapes, records, discs... | $ 500 |
| e.Trailers... | $ 3,000 | j.Theft of rugs... | $ 5,000 |
| f.Theft of jewelry, watches... | $ 500 | k.Grave Markers... | $ 500 |
| g.Theft of silverware... | $ 500 | | |

| OTHER INCLUDED COVERAGES/POLICY PROVISIONS | Limit | Premium |
|---|---|---|
| Loss Assessment Coverage | $ 500 | Included |
| Building Ordinance or Law Coverage ( 10%) | $ 95,080 | Included |
| Fungi, Wet or Dry Rot, or Bacteria | $ 5,000 | Included |
| Reasonable Repairs | $ 5,000 | Included |
| Fire Department Service Charge | $ 500 | Included |
| Land Stabilization | $ 5,000 | Included |
| Arson Reward | $ 25,000 | Included |
| Criminal Conviction Reward - Item a. Information | $ 2,500 | Included |
| Criminal Conviction Reward - Item b. Property Recovery | $ 5,000 | Included |
| Credit Card, Fund Transfer, Forgery & Counterfeit Money | $ 500 | Included |
| Volunteer America | | Included |
| Section I (All Perils Coverage) | | Included |
| Section II - Liability Coverage | | Included |
| Section II - Property Damage | $ 2,000 | Included |

| OPTIONAL COVERAGES | Limit | Premium |
|---|---|---|
| Personal Property Replacement Cost | | Included |
| Extended Dwelling Coverage | Up to 25% | Included |
| Escape of Water from Sump (Building/Contents) | $ 10,000 | Included |
| Replacement Cost on Roof Surfacing (Wind or Hail) | | Included |
| Equipment Breakdown Coverage | $ 50,000 | $ 24.00 |

| DISCOUNTS AND SURCHARGES | | Premium |
|---|---|---|
| Multi-Policy Auto Discount | | Included |
| Claim Free Discount | | Included |
| Paid In Full Discount | | Included |
| Advance Quote Discount | | Included |
| Kentucky Surcharge | $ | 46.10 |

For information on other deductibles, coverages or discounts available in your state
or to review your account online, log on to www.safeco.com

| FORMS APPLICABLE TO THIS POLICY: |
|---|

```
HOM-7301/EP 1/09    - PERSONAL PROPERTY REPLACEMENT COST
HOM-7311/EP 1/09    - ESCAPE OF WATER FROM SUMP/SUMP PUMP DRAIN (BLDG AND CONT)
HOM-7306/EP 1/09    - EQUIPMENT BREAKDOWN COVERAGE
HOM-7130/KYEP 12/20 - SPECIAL PROVISIONS-KENTUCKY
```

Presiding Judge: HON. JAMES JAMESON (642359)

788BX

EXH : 000014 of 000056

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM

## AMERICAN ECONOMY INSURANCE COMPANY (A SAFECO Company)
## HOMEOWNERS POLICY DECLARATIONS

**CONTINUED**

**POLICY NUMBER:** OK7160355

```
HOM-7232/EP 1/09     - EXECUTION CLAUSE
HOM-7030/EP 11/19    - SAFECO HOMEOWNERS POLICY
HOM-7300/EP 11/19    - EXTENDED DWELLING COVERAGE
HOM-7234/KYEP 9/12   - KENTUCKY POLICY COVER SHEET
HOM-7336/EP 11/19    - REPLACEMENT COST ON ROOF SURFACING FOR WINDSTORM OR HAIL LOS
```






7881 0000072DEBDEV71101011 5861

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000015 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

78I9X

Presiding Judge: HON. JAMES JAMESON (642359)

EXH I : 000016 of 000056

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**Safeco** Insurance™

A Liberty Mutual Company

# SAFECO HOMEOWNERS POLICY

### Table of Contents

| | Beginning On Page |
|---|---|
| **INSURING AGREEMENT** | 1 |
| **POLICY DEFINITIONS** | 1 |
| **SECTION I — PROPERTY COVERAGES** | 4 |
|     **COVERAGE A — DWELLING** | 4 |
|     **COVERAGE B — OTHER STRUCTURES** | 4 |
|         Building Property We Cover | 4 |
|         Building Property We Do Not Cover | 4 |
|         Building Property Losses We Cover | 4 |
|         Building Property Losses We Do Not Cover | 4 |
|     **COVERAGE C — PERSONAL PROPERTY** | 7 |
|         Personal Property We Cover | 7 |
|         Personal Property We Do Not Cover | 8 |
|         Personal Property Losses We Cover | 9 |
|         Personal Property Losses We Do Not Cover | 10 |
|     **COVERAGE D — ADDITIONAL LIVING EXPENSE AND LOSS OF RENT** | 10 |
|     **ADDITIONAL PROPERTY COVERAGES** | 11 |
|     **PROPERTY CONDITIONS** | |
|         Deductible | 14 |
|         Your Duties | 14 |
|         Loss Settlement | 15 |
| **SECTION II — LIABILITY COVERAGES** | |
|     **COVERAGE E — PERSONAL LIABILITY AND COVERAGE F — MEDICAL PAYMENTS TO OTHERS** | |
|         Liability Losses We Cover | 18 |
|         Liability Losses We Do Not Cover | 19 |
|     **ADDITIONAL LIABILITY COVERAGES** | 23 |
|     **LIABILITY CONDITIONS** | 24 |
| **SECTIONS I AND II — PROPERTY AND LIABILITY CONDITIONS** | |
|         Policy Period and Changes | 26 |
|         Concealment or Fraud | 26 |
|         Liberalization Clause | 26 |
|         Cancellation | 26 |
|         Non-Renewal | 27 |
|         Assignment | 27 |
|         Our Right to Recover Payment | 27 |
|         Death | 27 |

Presiding Judge: HON. JAMES JAMESON (642359)

EXH - 000017 of 000056

HOM-7030/EP 11/19
G2

Filed                22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

7882X
Presiding Judge: HON. JAMES JAMESON (642359)

EXH-I : 000018 of 000056

Filed          22-CI-00366     12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

# INSURING AGREEMENT

In reliance on the information you have given us, we will pay claims and provide coverage as described in this policy if you pay your premiums when due, comply with all applicable provisions outlined in this policy, and inform us of any change in title, use, or occupancy of the *residence premises*.

This policy applies only to losses occurring during the policy period.

# POLICY DEFINITIONS

1.  Throughout this policy, "you" and "your" refer to:

    **a.**  the "named insured" shown in your Policy Declarations; and

    if a resident of the same household:

    **b.**  the spouse;

    **c.**  the civil partner by civil union licensed and certified by the state; or

    **d.**  the **domestic partner**.

2.  "We", "us" and "our" refer to the underwriting company providing this insurance as shown in your Policy Declarations.

3.  In addition, certain words and phrases are defined as follows:

    **a.**  "Actual cash value"

    **(1)**  When damage to property is economically repairable, *actual cash value* shall mean the cost of materials and labor that would be necessary to repair the damage, less reasonable deduction for wear and tear, deterioration and obsolescence.

    **(2)**  When damage to property is not economically repairable or loss prevents repair, *actual cash value* shall mean the market value of property in a used condition equal to that of the lost or damaged property, if reasonably available on the used market.

    **(3)**  Otherwise, *actual cash value* shall mean the market value of new, identical or nearly identical property, less reasonable deduction for wear and tear, deterioration and obsolescence.

    **b.**  "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom.

    **c.**  "Business" means a trade, profession or occupation engaged in on a full-time, part-time or occasional basis, or any other activity, including civic or public, engaged in for money or other compensation, except for the following:

    **(1)**  One or more activities, not described in **(2)** below, for which no *insured* receives more than $3,000 in total compensation for the 12 months before the beginning of the policy period; and

    **(2)**  *volunteer* activities for which no money or other compensation is received other than for expenses incurred to perform the activity.

    **d.**  "Domestic partner" means a person living as a continuing partner with you and:

    **(1)**  is at least 18 years of age and competent to contract;

    **(2)**  is not a relative; and

    **(3)**  shares with you the responsibility for each other's welfare, evidence of which includes:

    **(a)**  the sharing in domestic responsibilities for the maintenance of the household; or

    **(b)**  having joint financial obligations, resources or assets; or

    **(c)**  one with whom you have made a declaration of domestic partnership or similar declaration with an employer or government entity.

    *Domestic partner* does not include more than one person, a roommate whether sharing expenses equally or not, or one who pays rent to the named *insured.*





000007 2DEBDEV7110101 15863

7863

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000019 of 000056

Filed   22-CI-00366      12/06/2022   Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
89824-2
12/28/2022 10:48:16 PM

**e.** *"Earthquake"* means shaking or trembling of the earth, whether caused by volcanic activity, tectonic processes or any other cause.

**f.** *"Fungi"* means any type or form of fungus, including yeast, mold or mildew, blight or mushroom and any mycotoxins, spore, scents or other substances, products or by-products produced, released by or arising out of *fungi,* including growth, proliferation or spread of *fungi* or the current or past presence of *fungi.* However, this definition does not include any *fungi* intended by the *insured* for consumption.

**g.** *"Insured"* means:

**(1)** you; and

**(2)** so long as you remain a resident of the *residence premises,* the following residents of the *residence premises:*

**(a)** your relatives;

**(b)** any other person under the age of 24 who is in the care of any person described in **(1)** or **(2)(a)** above.

Anyone described above who is a student temporarily residing away from your *residence premises* while attending school shall be considered a resident of your *residence premises.*

Under **Section II — Liability Coverage,** *"insured"* also means:

**(3)** with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **g.(2)(a)** or **(b).** A person or organization using or having custody of these animals or watercraft in the course of any *business,* or without permission of the owner is not an *insured;*

**(4)** with respect to any vehicle to which this policy applies:

**(a)** any person while engaged in your employment or the employment of any person included in **g.(2)(a)** or **(b)**; or

**(b)** any other person using the vehicle on an *insured location* with any *insured's* permission.

**h.** "Insured location" means:

**(1)** the **residence premises**;

**(2)** that part of any other premises, other structures and grounds, used by you as a residence and which is shown in your Policy Declarations. This includes any premises, structures and grounds which are acquired by you during the policy period for your use as a residence;

**(3)** any premises not owned by you which you have the right or privilege to use arising out of **h.(1)** or **h.(2)** above;

**(4)** any part of a premises not owned by any *insured* but where any *insured* is temporarily residing;

**(5)** vacant land, including that which is vacant except for a fence, owned by or rented to any *insured* other than farmland;

**(6)** land owned by or rented to any *insured* on which a one, two, three or four family dwelling is being constructed as a residence for any *insured;*

**(7)** individual or family cemetery plots or burial vaults of any *insured;* or

**(8)** any part of a premises occasionally rented to any *insured* for other than *business* purposes.

**i.** *"Occurrence"* means an accident, including exposure to conditions which results in:

**(1)** *bodily injury;* or

**(2)** *property damage;*

during the policy period. Repeated or continuous exposure to the same general conditions is considered to be one *occurrence.*

**j.** *"Personal Watercraft"* means jet skis, wet bikes or other craft, using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

Filed   22-CI-00366      12/06/2022   Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)   7883X   EXH : 000020 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**k.**   **"Pollutants or contaminants"** means any of the following:

**(1)**   liquid fuels;

**(2)**   lead or any materials containing lead;

**(3)**   asbestos or any materials containing asbestos;

**(4)**   radon;

**(5)**   formaldehyde or any materials containing formaldehyde;

**(6)**   electric fields, magnetic fields, electromagnetic fields, power frequency fields, electromagnetic radiation or any other electric or magnetic energy of any frequency;

**(7)**   carbon monoxide;

**(8)**   pathogenic or poisonous biological materials;

**(9)**   acids, alkalis or chemicals;

**(10)**  radioactive substances; or

**(11)**  any other irritant or contaminant, including waste, vapor, fumes or odors.

**l.**   **"Property damage"** means physical damage to or destruction of tangible property, including loss of use of this property.

**m.**   **"Replacement cost"**

**(1)**   In case of loss or damage to buildings, **replacement cost** means the cost, at the time of loss, to repair or replace the damaged property with new materials of like kind and quality, without deduction for depreciation.

**(2)**   In case of loss to personal property, **replacement cost** means the cost, at the time of loss, of a new article identical to the one damaged, destroyed or stolen. When the identical article is no longer manufactured or is not available, **replacement cost** shall mean the cost of a new article similar to the one damaged or destroyed and which is of comparable quality and usefulness, without deduction for depreciation.

**n.**   **"Residence employee"** means an employee of any **insured** who performs duties in connection with the maintenance or use of the **residence premises,** including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with the **business** of any **insured.**

**o.**   **"Residence premises"** means:

**(1)**   the one, two, three or four family dwelling, used principally as a private residence;

**(2)**   other structures and grounds; or

**(3)**   that part of any other building;

where you reside and which is shown in your Policy Declarations.

**p.**   **"Roof Surfacing"** means shingles or tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and roof flashing. This includes all materials and labor used in securing the roof surface and all materials applied to or under the roof surface for moisture protection.

**q.**   **"Salvage"** means property having value and included in a covered loss.

**r.**   **"Volunteer"** means an **insured** employed by an organization for a charitable purpose or in direct service to the general public or the community.

**Volunteer** service does not include the **insured's** primary employment. **Volunteer** Service includes, but is not limited to, service performed for churches, schools, hospitals, and charitable, arts and civic organizations.



7864   0000072DEBDEV71101011115864

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000021 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
99824-2

# SECTION I — PROPERTY COVERAGES

**BUILDING PROPERTY WE COVER**

**COVERAGE A — DWELLING**

We cover:

1. the dwelling on the **residence premises** shown in your Policy Declarations used principally as a private residence, including structures attached to the dwelling other than fences, driveways or walkways;

2. attached carpeting, built-in appliances, fixtures; and

3. materials and supplies located on or next to the **residence premises** used to construct, alter or repair the dwelling or other structures on the **residence premises.**

**COVERAGE B — OTHER STRUCTURES**

We cover:

1. fences, driveways and walkways; and

2. other structures on the **residence premises,** separated from the dwelling by clear space. This includes retaining walls, decorative or privacy walls and other structures connected to the dwelling by only a fence, utility line, plumbing, or similar connection.

**BUILDING PROPERTY WE DO NOT COVER**

1. Land, no matter where it is located, including land on which the dwelling is located, except as noted in **Additional Property Coverages, Land Stabilization.**

2. Other structures:

   a. used in whole or in part for **business;** or

   b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private residence or garage.

---

**BUILDING PROPERTY LOSSES WE COVER**

We cover accidental direct physical loss to property described in **Building Property We Cover** except as limited or excluded.

---

**BUILDING PROPERTY LOSSES WE DO NOT COVER**

We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

1. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:

   a. maintain heat in the building; or

   b. shut off the water supply and drain the system and appliances of water.

2. Freezing, thawing, pressure or weight of water, ice or snow whether driven by wind or not, to a swimming pool, hot tub or spa, including their filtration and circulation systems, fence, landscape sprinkler system, pavement, patio, foundation, retaining wall, decorative or privacy wall, bulkhead, pier, wharf or dock.

3. Theft in, to or from a dwelling under construction, including materials and supplies for use in the construction, until or unless the dwelling is occupied. A dwelling under construction includes being newly built, remodeled, reconstructed, renovated or repaired. This exclusion does not apply if you are occupying the dwelling as your primary residence at the time of the loss.

Presiding Judge: HON. JAMES JAMESON (642359)

786dX

EXH : 000022 of 000056

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed        22-CI-00300        12/06/2022        Tiffany Franck Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
09/06/2022 12:18:46 PM
90863142

4.  Vandalism and malicious mischief, including fire caused by arson, or breakage of glass and safety glazing materials if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling under construction, including being newly built, remodeled, reconstructed, renovated or repaired is not considered vacant.

5.  Continuous or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor which occurs over a period of more than 14 days.

6.  **a.**  Wear and tear, marring, scratching, deterioration;

    **b.**  inherent defect, mechanical breakdown;

    **c.**  smog, rust or other corrosion, or electrolysis;

    **d.**  smoke from agricultural smudging or industrial operations;

    **e.**  settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, ceilings, swimming pools, hot tubs, spas or chimneys;

    **f.**  birds, vermin, rodents, insects or domestic animals, except for breakage of glass;

    **g.**  pressure from or presence of plant roots.

However, we do insure for any resulting loss from items **1.** through **6.** unless the resulting loss is itself excluded under **Building Property Losses We Do Not Cover** in this Section. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of the building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which water or steam escaped.

7.  **Pollution or Contamination,** meaning the existence of or the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape, emission, transmission or absorption of **pollutants or contaminants** at any time except as provided by **Additional Property Coverages — Household Products Coverage** under **Section I — Property Coverages.**

8.  **Ordinance or Law,** meaning any ordinance or law:

    **a.**  requiring or regulating the construction, remodeling, renovation, repair, or demolition of building property, including removal of resulting debris, unless specifically provided under this policy;

    **b.**  the requirements of which result in a loss in value to property; or

    **c.**  requiring any **insured** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants or contaminants.**

    This exclusion applies whether or not the building property has been physically damaged.

9.  **Earth Movement,** meaning:

    **a.**  the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not. Earth movement includes but is not limited to **earthquake,** landslide, mudflow, mudslide, sinkhole, subsidence, movement resulting from improper compaction, site selection or any other external forces, erosion including collapse or subsidence of land along a body of water as a result of erosion or undermining resulting from the action of water. This includes the channeling of a river or stream;

    **b.**  erosion, shifting or displacement of materials supporting the foundation; and

    **c.**  volcanic blast, volcanic explosion, shockwave, lava flow, lahars and fallout of volcanic particulate matter.

    This exclusion applies whether the earth movement is caused by or resulting from human or animal forces or any act of nature.

    We do cover direct loss by fire, explosion or theft.

10. **Water Damage,** meaning:

    **a.**  **(1)**  flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, storm surge or spray from any of these, whether or not driven by wind, including hurricane or similar storm; or

        **(2)**  release of water held by a dam, levee, dike or by a water or flood control device or structure;

    **b.**  water below the surface of the ground, including that which exerts pressure on, or seeps or leaks through a building, wall, bulkhead, sidewalk, driveway, foundation, swimming pool, hot tub or spa, including their filtration and circulation systems, or other structure;

000072DEBDEV71101011586 5          7865

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000023 of 000056

Filed        22-CI-00300        12/06/2022        Tiffany Franck Griffith, Marshall Circuit Clerk

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/06/2022 12:48:06 PM
89824-2

**c.** water which escapes or overflows from sewers or drains located off the *residence premises;*

**d.** water which escapes or overflows from drains or related plumbing appliances on the *residence premises.* However, this exclusion does not apply to overflow and escape caused by malfunction on the *residence premises,* or obstruction on the *residence premises,* of a drain or plumbing appliance on the *residence premises;* or

**e.** water which escapes or overflows or discharges, for any reason, from within a sump pump, sump pump well or any other system designed to remove water which is drained from the foundation area.

Water includes any water borne materials.

This exclusion applies whether the water damage is caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

**11. Power Interruption,** meaning the failure of power or other utility service if the failure takes place off the *residence premises.* If any **Building Property Losses We Cover** ensues on the *residence premises,* we will pay only for the ensuing loss.

**12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

**13.** Loss caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** undeclared war, civil war, insurrection, rebellion, or revolution;

**b.** warlike act by a military force or military personnel; or

**c.** destruction or seizure or use for a military purpose.

Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

**14. Nuclear Hazard,** meaning nuclear reaction, nuclear radiation, or radioactive contamination, all whether controlled or uncontrolled, and whether or not one of the forces initiating or contributing to these nuclear hazards is covered within the losses we cover in Section I except direct loss by fire resulting from the nuclear hazard is covered.

**15. Intentional Loss,** meaning any loss arising out of any act committed:

**a.** by or at the direction of any *insured;*

**b.** with the intent to cause a loss.

This exclusion does not apply to an otherwise covered property loss if the property loss is caused by an act of domestic abuse by another *insured* under the policy provided:

**c.** the *insured* claiming a property loss files a police report and cooperates with any law enforcement investigation relating to the act of domestic abuse; and

**d.** the *insured* claiming a property loss did not cooperate in or contribute to the creation of the property loss.

Payment pursuant to this provision shall be limited to the insurable interest in the property of the *insured* claiming a property loss, less payments made pursuant to **Section I — Property Conditions, Mortgage Clause.**

**e.** For purposes of this provision, "domestic abuse" means:

**(1)** physical harm, bodily injury, assault, or the infliction of fear of imminent physical harm, bodily injury, or assault between family or household members;

**(2)** sexual assault of one family or household member by another;

**(3)** stalking of one family or household member by another family or household member; or

**(4)** intentionally, knowingly, or recklessly causing damage to property so as to intimidate or attempt to control the behavior of another family or household member.

**16. Acts or Decisions,** including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss not excluded is covered.

**17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

Presiding Judge: HON. JAMES JAMESON (642359)

788SX

EXH : 000024 of 000056

NOT ORIGINAL DOCUMENT

**18.** **Planning, Construction or Maintenance,** meaning faulty, inadequate or defective:

   **a.** planning, zoning, development, surveying, siting;

   **b.** design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **c.** materials used in repair, construction, renovation or remodeling; or

   **d.** maintenance;

of property whether on or off the *insured location* by any person or organization. However, any ensuing loss not excluded is covered.

**19.** *Fungi,* **Wet or Dry Rot, or Bacteria** meaning the presence, growth, proliferation or spread of *fungi,* wet or dry rot, or bacteria. This exclusion does not apply to the extent coverage is provided for under **Additional Property Coverages — *Fungi,* Wet or Dry Rot, or Bacteria** in **Section I — Property Coverages.**

**20.** **Collapse,** except as provided under **Additional Property Coverages — Collapse** in **Section I — Property Coverages.** However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

## PERSONAL PROPERTY WE COVER

### COVERAGE C — PERSONAL PROPERTY

**1.** Personal property owned or used by any *insured* is covered while it is anywhere in the world. When personal property is usually located at an *insured's* residence, other than the *residence premises,* coverage is limited to 10% of the Coverage C limit. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days immediately after you begin to move the property there.

During the time the *residence premises* is under construction by or for the *insured,* our limit of liability for personal property other than on the *residence premises* shall be equal to the amount specified for Coverage **C.** Our total limit shall not exceed the policy limit for Coverage **C** in any one loss.

**2.** At your request we cover:

   **a.** personal property owned by others while the property is on that part of the *residence premises* occupied exclusively by any *insured;*

   **b.** personal property owned by a guest or a *residence employee,* while the property is at any residence occupied by any *insured.*

**3.** **SPECIAL LIMITS FOR PERSONAL PROPERTY**

The following groups of personal property are covered only up to the special limit shown on your Policy Declarations page. The special limit is the total amount available for each group for any one loss and does not increase the Coverage C limit. The loss of, or damage to, more than one item in a group arising from the same cause or event is considered one loss.

   **a.** Money, pre-paid cards or passes, monetary value carried on electronic chip or magnetic cards, bank notes, bullion, gold other than goldware, silver other than silverware and platinum.

   **b.** Rare coins and currency, medals, stamps, trading cards and comic books, including any of these that are part of a collection.

   **c.** Securities, debit cards, checks, cashier's checks, traveler's checks, money orders and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, personal documents, and records or data.

      The dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

      The limit includes the cost to research, replace or restore the material from the lost or damaged medium.

   **d.** Watercraft, including their trailers, furnishings, equipment and outboard motors.

   **e.** Trailers not used with watercraft.

   **f.** Theft of jewelry, watches, furs, precious and semiprecious stones.

   **g.** Theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359) EXH : 000025 of 000056

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

Silverware, goldware and pewterware include:

**(1)** plateware, flatware, hollowware, tea sets, trays, trophies and the like;

**(2)** other utilitarian items made of or including silver or gold; and

**(3)** all items of pewterware.

**h.** *Business* property, not excluded elsewhere, while located on the *residence premises.* Up to $1,000 of the limit on your Policy Declarations may be used for *business* property, not excluded elsewhere, while located off the *residence premises.*

**i.** Tapes, records, discs or other media in a motor vehicle or other motorized land conveyance on or away from the *residence premises.*

**j.** Theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging or other similar article.

**k.** Grave markers.

---

## PERSONAL PROPERTY WE DO NOT COVER

**1.** Articles separately described and specifically insured, regardless of insured limit, in this or any other insurance.

**2.** Animals, birds or fish.

**3.** Motorized land vehicles including their equipment, parts and accessories while in or upon the vehicle.

However, we do cover:

**a.** motorized land vehicles used solely to service a residence and not subject to motor vehicle registration or licensed for road use;

**b.** vehicles designed for the handicapped and not licensed for road use;

**c.** up to $500 for disassembled parts of a motorized land vehicle while located on the *residence premises;* or

**d.** up to $500 for electric motorized ride-on vehicles designed to be operated by children under the age of eight and designed for speeds of less than six miles per hour.

**4.** Electronic apparatus, including their accessories and antennas, designed to be operated solely by power from the electrical system of a motor vehicle. This exclusion applies only while such property is in or upon a motor vehicle.

**5.** Aircraft, including disassembled parts of aircraft. This exclusion does not apply to model aircraft. Any aircraft designed for carrying persons or cargo is not a model aircraft.

**6.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles.

**7.** Property of roomers, boarders, tenants and other residents not related to any *insured.*

**8.** Property in a location on the *residence premises,* when the location is rented or held for rental to others by any *insured* for more than 31 days in a calendar year. This exclusion does not apply to property of an *insured* in a sleeping room rented to others by an *insured* on the *residence premises.*

**9.** Property, away from the *residence premises,* rented or held for rental to others.

**10.** *Business* property or merchandise:

**a.** in storage;

**b.** held as a sample; or

**c.** held for sale or delivery after sale.

**11.** *Business* documents, records or data regardless of the medium on which they exist. However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market.

Presiding Judge: HON. JAMES JAMESON (642359)

786BX

EXH : 000026 of 000056

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

## PERSONAL PROPERTY LOSSES WE COVER

We cover accidental direct physical loss to property described in **Coverage C — Personal Property** caused by a peril listed below except as limited or excluded.

1. **Fire or lightning.**

2. **Windstorm or hail.**

    This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

    This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard motors, only while inside a building with:

    a. continuous walls on all sides extending from ground level to the roof;

    b. doors and windows in the walls at various locations; and

    c. a continuous roof sheltering all areas within the wall perimeter.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles,** meaning impact by, or with, or upset of, a vehicle.

7. **Smoke,** meaning sudden and accidental damage from smoke.

    This peril does not include loss caused by smoke from agricultural smudging or industrial operations, including slash burns.

8. **Vandalism or malicious mischief.**

9. **Theft,** including attempted theft and loss of property from a known location when it is likely that the property has been stolen.

    This peril does not include loss caused by theft:

    a. committed by any **insured** or by any other person regularly residing on the **insured location;**

    b. in, to or from a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

    c. from that part of a **residence premises** rented by any **insured** to other than an **insured.**

    This peril does not include loss caused by theft that occurs away from the **residence premises** of property while at any other residence owned, rented to, or occupied by any **insured,** except while an **insured** is temporarily residing there.

    Property of a student who is an **insured** is covered while at a residence away from home.

10. **Falling objects.**

    This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or from within a household appliance.

    This peril does not include loss:

    a. to the appliance or system from which the water or steam escaped;

    b. caused by or resulting from freezing except as provided in the peril of freezing below; or

    c. on the **residence premises** caused by accidental discharge or overflow which occurs off the **residence premises.**

    For purposes of coverage under this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Presiding Judge: HON. JAMES JAMESON (642359)

000072DEBDEV71101011 5867

7867

EXH : 000027 of 000056

Filed          22-CI-00366          12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include loss on the *residence premises* while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired, unless you have used reasonable care to:

**a.** maintain heat in the building; or

**b.** shut off the water supply and drain the system and appliances of water.

For purposes of coverage under this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden and accidental damage from artificially generated electrical current.**

16. **Breakage of glass,** meaning damage to personal property caused by breakage of glass which is a part of a building on the *residence premises*. There is no coverage if breakage of glass is caused by *earthquake.* There is no coverage for loss or damage to the glass.

---

## PERSONAL PROPERTY LOSSES WE DO NOT COVER

We do not cover loss caused directly or indirectly by any of the **Building Property Losses We Do Not Cover.** Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

---

## COVERAGE D — ADDITIONAL LIVING EXPENSE AND LOSS OF RENT

1. If a loss covered under this Section makes that part of the *residence premises* where you reside uninhabitable we cover **Additional Living Expense,** meaning the necessary increase in living expenses you incur so that your household can maintain its normal standard of living.

Payment shall be for the shortest time required, not exceeding 24 months, to repair or replace the damage or to permanently relocate.

2. If a loss covered under this Section makes that part of the *residence premises* you rent to others or hold for rental uninhabitable, we cover your loss of rent, meaning the rental income to you from that part of the *residence premises* you rent to others at the time of the loss, less any expenses that do not continue while the premises is uninhabitable.

This coverage does not apply to:

**a.** The *residence premises* or that part of the *insured location* that is not rented or leased to a tenant at the time of the loss; or

**b.** to any increase in rent or lease payment that occurs after the time of the loss.

Payment shall be for the shortest time required to repair or replace the damage, but not to exceed 24 months.

3. If a civil authority prohibits you from use of the *residence premises* as a result of direct damage to neighboring premises by a cause of loss we cover in this policy we cover the **Additional Living Expense** as provided under **1.,** above for no more than two weeks during which use is prohibited.

The total limit of liability available for **Additional Living Expense** and **Loss of Rent** is stated on your Policy Declarations page and is the most we will pay for all loss or costs under **1., 2.** and **3.,** above.

The periods of time under **1., 2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

No deductible applies to this coverage.

Presiding Judge: HON. JAMES JAMESON (642359)

787X

EXH : 000028 of 000056

Filed          22-CI-00366       12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

## ADDITIONAL PROPERTY COVERAGES

The following **Additional Property Coverages** are subject to all the terms, provisions, exclusions, and conditions of this policy.

1. **Debris Removal.** We will pay the reasonable expense you incur in the removal of debris of covered property provided coverage is afforded for the peril causing the loss. Debris removal expense is included in the limit of liability applying to the damaged property. When the amount payable for the actual damage to the property plus the expense for debris removal exceeds the limit of liability for the damaged property, an additional 5% of that limit of liability will be available to cover debris removal expense.

   We will also pay the reasonable expenses you incur, up to $500, for the removal of trees from the *residence premises,* provided the trees damage **Building Property We Cover.** The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** We will pay up to the amount stated in your Policy Declarations for the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage, following a covered loss. This coverage does not increase the limit of liability applying to the property being repaired.

3. **Trees, Shrubs and Other Plants.** We cover, as an additional amount of insurance, trees, shrubs, plants or lawns, on the *residence premises,* for loss caused by the following perils: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the *residence premises,* Vandalism or Malicious mischief and Theft.

   We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants and lawns. No more than $500 of this limit will be available for any one tree, shrub or plant.

4. **Fire Department Service Charge.** We will pay, up to the amount stated in your Policy Declarations, as an additional amount of insurance, for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a loss we cover.

   We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a loss we cover. We will cover this property for a maximum of 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Land Stabilization.** We will pay up to the amount stated in your Policy Declarations for the cost required to replace, rebuild, stabilize or otherwise restore the land necessary to support the insured dwelling or other structures sustaining a covered loss. This is an additional amount of insurance.

7. **Building Ordinance or Law Coverage.** We will pay for damage to **Building Property We Cover** resulting from a covered cause of loss in compliance with any ordinance or law that regulates the construction, repair or demolition of the property.

   This coverage does not apply unless you choose to repair or rebuild your property at its present location.

   We do not cover:

   a. the loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

   b. the costs to comply with any ordinance which requires any *insured* or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, *pollutants or contaminants.* However, for purposes of **Building Ordinance or Law Coverage,** *pollutants or contaminants* shall not include asbestos or materials containing asbestos or lead.

   You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated above.

   The limit of liability shown in your Policy Declarations is the most we will pay for the total of all loss or costs for **Building Property We Cover,** regardless of the number of locations or number of claims made.

Presiding Judge: HON. JAMES JAMESON (642359)

EXH - 000029 of 000056

000007 2DEBDEV71101015868    7868



Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

This is an additional amount of insurance.

**8.    Arson Reward.** We will pay up to the amount stated in your Policy Declarations for information which leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable.

However, we will not pay more than the amount stated in your Policy Declarations per event regardless of the number of persons providing information.

**9.    Household Products Coverage.** We cover direct physical loss to the property described in Coverages **A** and **B** arising out of a discharge, dispersal, spill, leak, release, escape, emission, transmission or absorption of household products on the **residence premises.** Household products include items currently in use or your possession at the **residence premises** in normal household quantities such as paint, paint thinners, soaps, bleach, pesticides, herbicides, motor oil, gasoline, heating fuel and similar items. For purposes of this coverage, household products do not include materials containing asbestos, lead or formaldehyde.

We will pay up to 5% of the Coverage A limit of liability stated in your Policy Declarations for any loss during the policy period under this coverage after you have paid your deductible. This is an additional amount of insurance.

This coverage does not apply to:

**a.**    any fee, assessment or expense of any governmental authority;

**b.**    loss arising out of household products possessed or used:

    **(1)**    for **business** purposes;

    **(2)**    for illegal purposes;

    **(3)**    by contractors; or

    **(4)**    on driveways or walkways.

**Pollution or Contamination** under **Section I — Building Property Losses We Do Not Cover** does not apply to this **Additional Property Coverage.**

In the event that a loss is covered under both this coverage and **Additional Property Coverages — Building Ordinance or Law Coverage,** you may elect either one of these coverages, but not both.

**10.    Fungi, Wet or Dry Rot, or Bacteria.** We will pay up to the amount stated in your Policy Declarations for:

**a.**    the direct physical loss to covered property caused by **fungi,** wet or dry rot, or bacteria;

**b.**    the cost to remove **fungi,** wet or dry rot, or bacteria from covered property;

**c.**    the cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi,** wet or dry rot, or bacteria;

**d.**    the cost of any testing of air or property to confirm the absence, presence or level of **fungi,** wet or dry rot, or bacteria, whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe there is the presence of **fungi,** wet or dry rot, or bacteria; and

**e.    Coverage D — Additional Living Expense and Loss Of Rent.**

This coverage, **10. Fungi, Wet or Dry Rot, or Bacteria,** only applies when such loss or costs:

**f.**    are a result of a loss we cover that occurs during the policy period;

**g.**    are not excluded under **Building Property Losses We Do Not Cover;** and

**h.**    only if all reasonable means are used to save and preserve the property from further damage.

This coverage does not apply to loss to trees, shrubs, or other plants.

The limit of liability stated in your Policy Declarations for **Fungi, Wet or Dry Rot, or Bacteria** is the most we will pay for the total of all loss or costs for Coverages **A, B, C** and **D,** and does not increase the limit of liability for these coverages, regardless of the number of locations or number of claims made.

Presiding Judge: HON. JAMES JAMESON (642359)

788BX

EXH : 000030 of 000056

Filed          22-CI-00300      12/06/2022      Tiffany Franck Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**11. Collapse.**

**a.** With respect to this coverage collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose:

**(1)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(2)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(3)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of the dwelling or any part of the dwelling if the collapse was caused by one or more of the following:

**(1)** The perils under **Personal Property Losses We Cover;**

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an *insured* prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an *insured* prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, hot tub or spa, including their filtration and circulation systems, landscape sprinkler system, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of the dwelling or any part of the dwelling to which it is attached.

This coverage does not increase the limit of liability that applies to the damaged covered property.

**12. Volunteer America**

We insure for all risks of accidental and direct physical loss to the property described in **Coverage C — Personal Property,** when the loss occurs as a direct result of acting as a *volunteer.* No deductible applies to this coverage.

**13. Criminal Conviction Reward.**

**a.** We will pay the amount stated in your Policy Declarations to an eligible person for information leading to the arrest and conviction of the person(s) committing a crime resulting in loss to covered property; and

**b.** We will pay up to the amount stated in your Policy Declarations to an eligible person for the return of stolen covered property, when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

**(1)** *actual cash value* of the stolen property at the time the property is returned, but not more than the amount that would have been required to repair or replace; or

**(2)** the amount determined by the loss settlement procedure applicable to the property returned had the property not been recovered.

**c.** This coverage applies subject to the following conditions:

**(1)** An eligible person means that person identified by a law enforcement agency as being the first to provide the necessary information or return the stolen property, and who is not:

**(a)** an *insured;*

**(b)** a relative of an *insured;*

**(c)** an employee of a law enforcement agency;

**(d)** an employee of a *business* engaged in property protection;

**(e)** any person who had custody of the property at the time the theft was committed; or



7869

0000072DEBDEV71101011 5869

Presiding Judge: HON. JAMES JAMESON (642359)

EXH-: 000031 of 000056

Filed          22-CI-00300      12/06/2022      Tiffany Franck Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

    **(f)**   any person involved in the crime.

**(2)**  No reward will be paid unless and until the person(s) committing the crime is (are) convicted or the property returned. The amount of the reward in items **a.** and **b.** above is the most we will pay for any one loss to an eligible person.

## SECTION I — PROPERTY CONDITIONS

**1.**  **Deductible.** In case of loss under **Section I — Property Coverages** of this policy, we cover only that part of the loss over the applicable deductible stated in your Policy Declarations.

    The deductible does not apply to **Coverage D — Additional Living Expense And Loss Of Rent** or **Fire Department Service Charge.**

**2.**  **Your Duties to Select and Maintain Policy Limits.** It is your responsibility to select and maintain adequate amounts of insurance on your dwelling, other structures and personal property. To assist you with this responsibility, we will suggest annual changes to your policy limits. These suggestions will be made effective on the renewal of your policy and will be based on information provided to us by you or your agent about your dwelling's features and may be supplemented by public record or inspection. Labor and material cost trends for your area supplied to us by recognized residential construction cost specialists will be included. Payment of your renewal is all that is necessary to indicate your acceptance of the new amount.

**3.**  **An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

    **a.**  cooperate with us in the investigation, settlement or defense of any claim or suit;

    **b.**  give immediate notice to us or our agent. With respect to loss caused by the peril of Windstorm or Hail, the notice must be within 365 days after the date of the loss;

    **c.**  notify the police in case of loss by theft;

    **d.**  protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

    **e.**  prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, *replacement cost* and age. Attach all bills, receipts and related documents that justify the figures in the inventory;

    **f.**  as often as we reasonably require:

        **(1)**  exhibit the damaged and undamaged property;

        **(2)**  provide us with records and documents we request and permit us to make copies; and

        **(3)**  submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or *domestic partner,* or any other *insured.* You shall not interfere with us examining any other *insured.*

    **g.**  submit to us, within 60 days after we request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

        **(1)**  the time and cause of loss;

        **(2)**  interest of the *insured* and all others in the property involved and all encumbrances on the property;

        **(3)**  other insurance which may cover the loss;

        **(4)**  changes in title or occupancy of the property during the term of the policy;

        **(5)**  specifications of any damaged building and detailed repair estimates;

        **(6)**  an inventory of damaged personal property described in **3.e.;**

        **(7)**  receipts for **Additional Living Expenses** incurred or records supporting the **Loss of Rent.**

**4.**  **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

    **a.**  for more than the amount of the *insured's* interest at the time of loss; or

    **b.**  for more than the applicable limit of liability,

Presiding Judge: HON. JAMES JAMESON (642359)

788BX

EXH : 000032 of 000056

Filed          22-CI-00366     12/06/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

whichever is less.

**5.    Loss Settlement.** Covered property losses are settled as follows:

**a.    Replacement Cost.** Property under Coverage A or B, including fences, at *replacement cost,* but not including those items listed in **b.(2), b.(3),** and **c.** below, subject to the following:

**(1)**    We will pay the full cost of repair or replacement, but not exceeding the smallest of the following amounts:

**(a)**    the limit of liability under the policy applying to Coverage A or B;

**(b)**    the *replacement cost* of that part of the damaged building or fence for equivalent construction and use on the same premises as determined shortly following the loss;

**(c)**    the full amount actually and necessarily incurred to repair or replace the damaged building or fence as determined shortly following the loss;

**(d)**    the direct financial loss you incur; or

**(e)**    our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

**(2)**    When more than one layer of siding or roofing exists for **Building Property We Cover,** we will pay for the replacement of one layer only. The layer to be replaced will be at your option. The payment will be subject to all other policy conditions relating to loss payment.

When more than one layer of finished flooring exists we will pay for the finish of only one layer.

**(3)**    If the cost to repair or replace is $2,500 or more, we will pay the difference between *actual cash value* and *replacement cost* only when the damaged or destroyed property is repaired or replaced.

**(4)**    You may disregard the *replacement cost* loss settlement provisions and make claim under this policy for loss or damage to buildings on an *actual cash value* basis but not exceeding the smallest of the following amounts:

**(a)**    the applicable limit of liability;

**(b)**    the direct financial loss you incur; or

**(c)**    our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

You may still make claim on a *replacement cost* basis by notifying us of your intent to do so within 180 days after the date of loss.

**b.    Actual Cash Value.**

**(1)**    Personal property covered under Coverage C;

**(2)**    Wood fences, outdoor antennae and awnings, all whether attached or not to buildings; and

**(3)**    Structures that are not buildings under Coverage B, except driveways, walkways and other structures connected to the building by only a fence, utility line, plumbing or similar connection;

at *actual cash value* at the time of loss not exceeding the amount necessary to repair or replace.

**c.    Windstorm or Hail Roof Surfacing Loss Percentage**

**Roof surfacing** losses caused by the peril of windstorm or hail will be paid at the percentage shown in the Roof Surfacing Loss Percentage Table below.

**Roof Surfacing Loss Percentage Table**

| Age | Asphalt | Metal | Other | Slate | Tile | Wood |
|-----|---------|-------|-------|-------|------|------|
| 0 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 1 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 2 | 94.0% | 97.3% | 93.8% | 97.3% | 96.0% | 95.0% |
| 3 | 91.0% | 96.0% | 90.7% | 96.0% | 94.0% | 92.5% |

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000033 of 000056

000072DEBDEV71101011587O

7870

Filed          22-CI-00366       12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
86924-2

| | | | | | |
|---|---|---|---|---|---|
| 4 | 88.0% | 94.7% | 87.6% | 94.7% | 92.0% | 90.0% |
| 5 | 85.0% | 93.4% | 84.5% | 93.4% | 90.0% | 87.5% |
| 6 | 82.0% | 92.0% | 81.4% | 92.0% | 88.0% | 85.0% |
| 7 | 79.0% | 90.7% | 78.3% | 90.7% | 86.0% | 82.5% |
| 8 | 76.0% | 89.4% | 75.2% | 89.4% | 84.0% | 80.0% |
| 9 | 73.0% | 88.0% | 72.1% | 88.0% | 82.0% | 77.5% |
| 10 | 70.0% | 86.7% | 69.1% | 86.7% | 80.0% | 75.0% |
| 11 | 67.0% | 85.4% | 66.0% | 85.4% | 78.0% | 72.5% |
| 12 | 64.0% | 84.0% | 62.9% | 84.0% | 76.0% | 70.0% |
| 13 | 61.0% | 82.7% | 59.8% | 82.7% | 74.0% | 67.5% |
| 14 | 58.0% | 81.4% | 56.7% | 81.4% | 72.0% | 65.0% |
| 15 | 55.0% | 80.1% | 53.6% | 80.1% | 70.0% | 62.5% |
| 16 | 52.0% | 78.7% | 50.5% | 78.7% | 68.0% | 60.0% |
| 17 | 49.0% | 77.4% | 47.4% | 77.4% | 66.0% | 57.5% |
| 18 | 46.0% | 76.1% | 44.3% | 76.1% | 64.0% | 55.0% |
| 19 | 43.0% | 74.7% | 41.2% | 74.7% | 62.0% | 52.5% |
| 20 | 40.0% | 73.4% | 38.1% | 73.4% | 60.0% | 50.0% |
| 21 | 37.0% | 72.1% | 35.0% | 72.1% | 58.0% | 47.5% |
| 22 | 34.0% | 70.7% | 31.9% | 70.7% | 56.0% | 45.0% |
| 23 | 31.0% | 69.4% | 28.8% | 69.4% | 54.0% | 42.5% |
| 24 | 28.0% | 68.1% | 25.7% | 68.1% | 52.0% | 40.0% |
| 25 | 25.0% | 66.8% | 25.0% | 66.8% | 50.0% | 37.5% |
| 26 | 25.0% | 65.4% | 25.0% | 65.4% | 48.0% | 35.0% |
| 27 | 25.0% | 64.1% | 25.0% | 64.1% | 46.0% | 32.5% |
| 28 | 25.0% | 62.8% | 25.0% | 62.8% | 44.0% | 30.0% |
| 29 | 25.0% | 61.4% | 25.0% | 61.4% | 42.0% | 27.5% |
| 30 or more | 25.0% | 60.1% | 25.0% | 60.1% | 40.0% | 25.0% |

Presiding Judge: HON. JAMES JAMESON (642359)

787DX

EXH : 000034 of 000056

For *roof surfacing* losses adjusted at ages 0 — 1 in the Roof Surfacing Loss Percentage table, all provisions under **5. Loss Settlement**, item **a.** apply.

**d.**  We will not pay for the cost to replace and/or match any undamaged siding, *roof surfacing* and/or windows due to any mismatch between the existing undamaged siding, *roof surfacing* and/or windows on a covered dwelling or other structure and any new materials used to repair or replace the damaged siding, roof and/or windows on a covered dwelling or other structure because of:

**(1)**  wear and tear, marring, scratching or deterioration;

**(2)**  fading, weathering, oxidizing or color;

**(3)**  texture or dimensional differences;

**(4)**  obsolescence or unavailability of materials; or

**(5)**  inherent vice, latent defect, mechanical breakdown.

Filed          22-CI-00366       12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
89824-2

**e.** We will not pay for any loss in value of property, whether actual or perceived, or any;

   **(1)** adverse impact on the ownership of, or transfer of ownership or title of property; or

   **(2)** adverse impact on the acquisition of financing resulting from the covered physical damage to the property.

**6. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

**a.** repair or replace any part to restore the pair or set to its value before the loss; or

**b.** pay the difference between *actual cash value* of the pair or set before and after the loss.

**7. Appraisal.** If you and we do not agree on the amount of the loss, including the amount of **actual cash value** or **replacement cost**, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon such umpire, then, on request of you or the company after notice of hearing to the non-requesting party by certified mail, such umpire shall be selected by a judge of a court of record in the county in which the property covered is located. The appraisers shall then appraise the loss, stating separately the **actual cash value** or **replacement cost** of each item, and failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two of these three, when filed with the company shall determine the amount of loss.

Each party will:

**a.** pay its own appraiser; and

**b.** bear the other expenses of the appraisal and umpire equally.

In no event will an appraisal be used for the purpose of interpreting any policy provision, determining causation or determining whether any item or loss is covered under this policy. If there is an appraisal, we still retain the right to deny the claim.

**8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions and the action is started within one year after the inception of the loss or damage.

**9. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the property damaged with equivalent property.

**10. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment. Loss will be payable 30 days after:

**a.** we reach agreement with you;

**b.** there is an entry of a final judgment; or

**c.** there is a filing of an appraisal award with us.

**11. Abandonment of Property.** We need not accept any property abandoned by any *insured.*

**12. Mortgage Clause.**

The word "mortgagee" includes trustee. If a mortgagee is named in this policy, any loss payable under Coverage A or B shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order of precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** pays any premium due under this policy on demand if you have neglected to pay the premium;

**c.** submits assigned, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

**d.** complies with item **3.e.** of **Section I — Property Conditions.**

Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee. If the policy is canceled or not renewed by us, the mortgagee shall be notified at least 20 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

**e.** we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or



Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000035 of 000056

000072DEBDEV71101011571

7871

Filed        22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/31/2022 12:16:45 PM
89821-2

**f.**  at our option, we shall receive full or partial assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt as our payment, including any accrued interest, as it bears to the amount of the principal on the mortgage.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**13. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

**14. Other Insurance and Service Agreements.** If a loss covered by this policy is also covered by:

**a.**  other insurance, we will pay only the proportion of the loss caused by a peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of insurance covering the loss; or

**b.**  a service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement includes a service plan, property restoration plan or warranty, even if it is characterized as insurance.

**15. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**16. Salvage Value.** Any value that may be realized from *salvage* will not diminish the amount owed by you under the deductible clause. We need not accept, but have all rights to *salvage.*

---

# SECTION II — LIABILITY COVERAGES

---

**LIABILITY LOSSES WE COVER**

**COVERAGE E — PERSONAL LIABILITY**

If a claim is made or a suit is brought against any insured for damages because of *bodily injury* or *property damage* caused by an *occurrence* to which this coverage applies, we will:

**1.**  pay up to our limit of liability for the damages for which the *insured* is legally liable; and

**2.**  provide a defense at our expense by counsel of our choice even if the allegations are groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the *occurrence* equals our limit of liability.

**COVERAGE F — MEDICAL PAYMENTS TO OTHERS**

We will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury.* Medical expenses means reasonable charges for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household other than *residence employees.* As to others, this coverage applies only:

**1.**  to a person on the *insured location* with the permission of any *insured;* or

**2.**  to a person off the *insured location,* if the *bodily injury:*

**a.**  arises out of a condition on the *insured location* or the ways immediately adjoining;

**b.**  is caused by the activities of any *insured;*

**c.**  is caused by a *residence employee* in the course of the *residence employee's* employment by any *insured;* or

**d.**  is caused by an animal owned by or in the care of any *insured.*

Presiding Judge: HON. JAMES JAMESON (642359)

787LX

EXH : 000036 of 000056

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

**LIABILITY LOSSES WE DO NOT COVER**

1.   **Coverage E — Personal Liability** and **Coverage F — Medical Payments to Others** do not apply to *bodily injury* or *property damage:*

   **a.**   which is expected or intended by any *insured* or which is the foreseeable result of an act or omission intended by any *insured;*

     This exclusion applies even if:

     **(1)**   such *bodily injury* or *property damage* is of a different kind or degree than expected or intended; or

     **(2)**   such *bodily injury* or *property damage* is sustained by a different person, or persons, than expected or intended.

     This exclusion does not apply to *bodily injury* resulting from the use of reasonable force by any *insured* to protect persons or property.

   **b.**   which results from violation of criminal law committed by, or with the knowledge or consent of any *insured.*

     This exclusion applies whether or not any *insured* is charged or convicted of a violation of criminal law, or local or municipal ordinance.

   **c.**   arising out of *business* pursuits of any *insured.*

     This exclusion does not apply to:

     **(1)**   activities which are ordinarily incident to non-*business* pursuits;

     **(2)**   the occasional or part-time *business* pursuits of any *insured* who is under 23 years of age;

     **(3)**   the rental or holding for rental of an *insured location:*

       **(a)**   on an occasional basis for the exclusive use as a residence;

       **(b)**   in part, unless intended for use as a residence by more than two roomers or boarders; or

       **(c)**   in part, as an office, school, studio or private garage;

   **d.**   arising out of the rendering or failing to render professional services;

   **e.**   arising out of any premises owned or rented to any *insured* which is not an *insured location;*

   **f.**   arising out of the ownership, maintenance, use, loading or unloading of:

     **(1)**   aircraft.

       This does not apply to model aircraft. Any aircraft designed for carrying persons or cargo is not a model aircraft.

     **(2)**   motorized land vehicles, including any trailers, owned or operated by or rented or loaned to any *insured.*

       This exclusion does not apply to:

      **(a)**   a trailer not towed by or carried on a motorized land vehicle;

      **(b)**   a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, licensing or permits and:

        **i.**   not owned by any *insured;* or

        **ii.**   owned by any *insured,* while on an *insured location;*

      **(c)**   a motorized golf cart which is owned by an *insured,* designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and at the time of an *occurrence* is within the legal boundaries of:

        **i.**   a golfing facility and is parked or stored there, or being used by an *insured* to:

         **(i)**   play the game of golf or for other recreational or leisure activity allowed by the facility;

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000037 of 000056

0000072DEBDEV711010115872

7872

Filed          22-CI-00366          12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
89824-2

        **(ii)** travel to or from an area where motor vehicles or golf carts are parked or stored; or

        **(iii)** cross public roads at designated points to access other parts of the golfing facility; or

    **ii.** a private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an **insured's** residence.

  **(d)** a motorized land vehicle used solely for assisting the handicapped or solely for the maintenance of a residence, which is:

    **i.** not designed for travel on public roads; and

    **ii.** not subject to motor vehicle registration, licensing or permits; or

  **(e)** electric motorized ride-on vehicles designed to be operated by children under the age of eight and designed for speeds of less than six miles per hour; or

  **(f)** a motorized land vehicle in dead storage on an **insured location.**

**(3)** watercraft:

  **(a)** owned by or rented to any **insured** if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

  **(b)** owned by or rented to any **insured** if it is a sailing vessel 26 feet or more in overall length, with or without auxiliary power;

  **(c)** powered by one or more outboard motors with 50 or more total horsepower if the outboard motors are owned by any **insured.**

    However, outboard motors of 50 or more total horsepower are covered for the policy period if:

    **i.** you acquired them prior to the policy inception, and:

        **(i)** declared them at policy inception; or

        **(ii)** you ask us in writing to insure them within 45 days after you become the owner;

    **ii.** you acquire them during the policy period, provided you ask us to insure them:

        **(i)** during the policy period in which you become the owner; or

        **(ii)** within 45 days after you become the owner;

        whichever is greater, and pay any resulting additional premium from the date acquired.

  **(d)** designed as an air boat, air cushion, or similar type of craft; or

  **(e)** owned by any **insured** which is a **personal watercraft.**

This exclusion does not apply while the watercraft is stored.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

Exclusions **e.** and **f.** do not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by any **insured;**

**g.** arising out of:

  **(1)** the entrustment by any insured to any person;

  **(2)** the supervision by any insured of any person;

  **(3)** any act, decision or omission by any insured;

  **(4)** any liability statutorily imposed on any insured; or

  **(5)** any liability assumed through an unwritten or written agreement by any insured;

with regard to any aircraft, motorized land vehicle or watercraft which is not covered under Section II of this policy.

Presiding Judge: HON. JAMES JAMESON (642359)

7872X

EXH : 000038 of 000056

Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
89824-2

**h.** caused directly or indirectly by war, including the following and any consequences of the following:

  **(1)** undeclared war, civil war, insurrection, rebellion, or revolution;

  **(2)** warlike act by a military force or military personnel; or

  **(3)** destruction or seizure or use for a military purpose.

  Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

**i.** which results from the legal liability of any *insured* because of home care services, day care or any hospice related activity provided to any person on a regular basis by or at the direction of:

  **(1)** any insured;

  **(2)** any employee of any insured;

  **(3)** any other person actually or apparently acting on behalf of any insured.

  Regular basis means more than 20 hours per week. This exclusion does not apply to:

  **(1)** home care services provided to the relatives of any *insured;*

  **(2)** occasional or part-time home care services provided by any *insured* under 23 years of age.

**j.** which arises out of the transmission of a communicable disease by any *insured;*

**k.** arising out of physical or mental abuse, sexual molestation or sexual harassment.

**l.** arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a controlled substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

  However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

**m.** arising out of any *insured's* participation in, or preparation or practice for any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft regardless of whether such contest is spontaneous, prearranged or organized. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power.

**2.** **Coverage E — Personal Liability** does not apply to:

**a.** Liability:

  **(1)** for any assessment charged against you as a member of an association of property owners except as provided under **Additional Liability Coverages — Loss Assessment Coverage** in **Section II — Liability Coverages;**

  **(2)** under any contract or agreement. However, this does not apply to written contracts:

    **(a)** that directly relate to the ownership, maintenance or use of an *insured location;* or

    **(b)** where the liability of others is assumed by the *insured* prior to an *occurrence;*

    unless excluded in **2.a.(1)** above or elsewhere in this policy;

  **(3)** liability arising out of any written or oral agreement for the sale or transfer of real property, including but not limited to liability for:

    **(a)** known or unknown property or structural defects;

    **(b)** known or hidden defects in the plumbing, heating, air conditioning or electrical systems;

    **(c)** known or unknown soil conditions or drainage problems; or

    **(d)** concealment or misrepresentation of any known defects.

**b.** *property damage* to property owned by any *insured;*

**c.** *property damage* to property rented to, occupied or used by or in the care of any *insured.* This exclusion does not apply to *property damage* caused by fire, smoke, explosion or water;

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000039 of 000056

0000072DEBDEV7110101115873

7873

Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
89824-2

**d.**  *bodily injury* to any person eligible to receive any benefits required to be provided or voluntarily provided by any *insured* under:

   **(1)**  any workers compensation;

   **(2)**  non-occupational disability; or

   **(3)**  occupational disease law;

**e.**  *bodily injury* or *property damage* for which any *insured* under this policy is also an *insured* under a nuclear energy liability policy or would be an *insured* but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors;

**f.**  *bodily injury* to an *insured* within the meaning of parts **(1)** or **(2)** of **Policy Definitions, 3.g. Insured;**

**g.**  *bodily injury* or *property damage* arising, in whole or part, out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape, emission, transmission, absorption, ingestion or inhalation of *pollutants or contaminants* at any time. This includes any loss, cost or expense arising out of any:

   **(1)**  request, demand or order that any *insured* or others test for, monitor, abate, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess, the effects of *pollutants or contaminants;*

   **(2)**  claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to, or assessing, the effects of *pollutants or contaminants;*

This exclusion does not apply to *bodily injury* sustained within a building on the *residence premises* and caused by, smoke, fumes, including carbon monoxide, vapor or soot from equipment used to heat that building.

**h.**  liability arising from any transmission, upload or download, whether intentional or not, of computer code, programs or data;

**i.**  liability arising out of any animal that any *insured* acquires, owns or keeps that:

   **(1)**  is of a breed or kind named by or controlled by any local, state, or federal ordinance or law because of public safety concerns;

   **(2)**  has previously inflicted injury upon any person resulting in;

      **(a)**  maiming, disfigurement, mutilation, impairment, disability or death; or

      **(b)**  loss of work, schooling, or a loss of ability to carry on with a normal routine;

   **(3)**  has been trained to fight or attack;

   **(4)**  has been trained to kill;

   **(5)**  is a wild canine or feral dog or an offspring from breeding with a wild canine;

   **(6)**  is illegal to acquire, own or keep;

   **(7)**  is wild by birth or by nature and the species is not customarily domesticated;

   **(8)**  is a bird of prey;

   **(9)**  is venomous; or

   **(10)** is a primate.

Item **(3)** above does not apply in the event the animal is reacting to protect people or property from imminent harm.

This exclusion does not apply to any person or organization described as an *insured* in **Policy Definitions,** item **g.(3).**

**3.**  **Coverage F — Medical Payments to Others** does not apply to *bodily injury:*

**a.**  to a *residence employee* if the *bodily injury* occurs off the *insured location* and does not arise out of or in the course of the *residence employee's* employment by an *insured;*

**b.**  to any person, eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation; non-occupational disability, or occupational disease law;

Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)

787X

EXH : 000040 of 000056

Filed   22-CI-00366   12/06/2022   Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2023 12:48:46 PM
89894-2

**c.** from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these;

**d.** to any person, other than a *residence employee* of any *insured,* regularly residing on any part of the *insured location.*

## ADDITIONAL LIABILITY COVERAGES

We cover the following in addition to the limits of liability:

**1. Claim Expenses.** We pay:

    **a.** expenses we incur and costs taxed against any *insured* in any suit we defend;

    **b.** premiums on bonds required in a suit we defend, but not for bond amounts greater than the limit of liability for **Coverage E — Personal Liability.** We are not obligated to apply for or furnish any bond; and

    **c.** reasonable expenses incurred by any *insured* at our request, including actual loss of earnings (but not loss of other income) up to $200 per day, for assisting us in the investigation or defense of any claim or suit.

**2. First Aid Expenses.** We will pay expenses for first aid to others incurred by any *insured* for *bodily injury* covered under this policy. We will not pay for first aid to you or any other *insured.*

**3. Damage to Property of Others.** We will pay on a *replacement cost* basis up to $500 per *occurrence* for *property damage* to property of others caused by any *insured.*

We will not pay for *property damage:*

    **a.** if insurance is otherwise provided in this policy;

    **b.** caused intentionally by any *insured* who is 13 years of age or older;

    **c.** to property owned by or rented to any *insured,* a tenant of any *insured,* or a resident in your household; or

    **d.** arising out of:

      **(1)** *business* pursuits;

      **(2)** any act or omission in connection with a premises owned, rented or controlled by an *insured,* other than the *insured location;* or

      **(3)** the ownership, maintenance, or use of aircraft, watercraft or motorized land vehicles. This does not apply to a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, licensing or permits and not owned by any *insured.*

**4. Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

We will pay up to the limit shown on your Policy Declarations page for:

    **a.** the legal obligation of an *insured* to pay because of theft or unauthorized use of credit cards issued to or registered in any *insured's* name;

    **b.** loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in any *insured's* name.

We do not cover use by a resident of your household, a person who has been entrusted with the credit card or fund transfer card or any person if any *insured* has not complied with all terms and conditions under which the credit card or fund transfer card is issued.

    **c.** loss to any *insured* caused by forgery or alteration of any check or negotiable instrument; and

    **d.** loss to any *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of *business* pursuits or dishonesty of any *insured.*

Defense:

    **a.** We may make any investigation and settle any claim or suit that we decide is appropriate.

Filed   22-CI-00366   12/06/2022   Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000041 of 000056

000072DEBDEV71101011 5874

7874

HOM-7030/EP 11/19

- 23 -

**b.** If a suit is brought against any *insured* for liability covered under this Credit Card or Fund Transfer Card Coverage, we will provide a defense at our expense by counsel of our choice.

**c.** We have the option to defend at our expense any *insured* or any *insured's* bank against any suit for the enforcement of payment under the forgery coverage.

5. **Statutorily Imposed Vicarious Parental Liability.**

   We will pay the lesser of:

   **a.** the statutorily imposed limit; or

   **b.** $3,000;

   for the legal obligation you are required to pay as a result of acts of a minor child who resides with you.

   This coverage is excess over any other valid and collectible insurance.

6. **Loss Assessment.**

   **a.** we will pay loss assessments charged during the policy period against you by the association of property owners up to the limit of liability stated in your Policy Declarations, when the assessment is made as a result of:

   **(1)** each direct loss to property, caused by a peril that would be covered under **Section I — Property Coverages** of this policy;

   **SPECIAL EXCLUSION:** There is no coverage for any loss assessment resulting from the peril of *earthquake.* However, loss assessment for ensuing direct loss by fire, explosion or theft is covered.

   **(2)** each *occurrence* to which **Section II — Liability Coverages** of this policy would apply; and

   **(3)** liability for each act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   **(a)** the director, officer or trustee is elected by the members of the association of property owners; and

   **(b)** the director, officer or trustee serves without deriving any income from the exercise of his/her duties, which are solely on behalf of the association of property owners.

   **b.** **DEDUCTIBLE.** We will pay only that part of your assessment per unit for property insured under Section I that exceeds $500. No other deductible applies to this coverage. If our liability for a loss results from Section I and coverage under this option, only the larger deductible will apply.

7. **Volunteer America.**

   **a.** Under **Section II — Liability Coverages,** the following applies:

   **(1)** **Property Damage to Others.** We will pay an additional $2,000 for direct damage caused as direct result of acting as a *volunteer.*

   **(2)** **Medical Payments to Others.** We will pay up to double the amount stated in your Policy Declarations for *bodily injury* caused as a direct result of acting as a *volunteer.*

   **b.** Under **Section II — Liability Losses We Do Not Cover** the following items are modified as follows:

   **(1)** Item **1.c.** does not apply to activities as a *volunteer.*

   **(2)** Item **1.d.** does not apply to professional services, other than professional health care services by a doctor, performed as a *volunteer.*

---

## SECTION II — LIABILITY CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one *occurrence* will not exceed the limit of liability for Coverage E stated in your Policy Declarations. This limit is the same regardless of the number of *insureds,* claims made or persons injured.

   Our total liability under Coverage F for all medical expense payable for *bodily injury* to one person as the result of one accident shall not exceed the limit of liability for Coverage F stated in your Policy Declarations.

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
89824-2

**2.** **Severability of Insurance.** This insurance applies separately to each *insured.* This condition shall not increase our limit of liability for any one *occurrence.*

**3.** **Your Duties After Loss.** In case of an accident or *occurrence,* the *insured* shall perform the following duties that apply:

  **a.** give written notice to us or our agent as soon as practicable, which sets forth:

  **(1)** the identity of the policy and *insured;*

  **(2)** reasonably available information on the time, place and circumstances of the accident or *occurrence;*

  **(3)** names and addresses of any claimants and witnesses; and

  **(4)** in case of loss under the **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money** also notify the credit card or fund transfer card company;

  **b.** promptly forward to us every notice, demand, summons or other process relating to the accident or *occurrence;*

  **c.** at our request, help us:

  **(1)** to make a settlement;

  **(2)** to enforce any right of contribution or indemnity against any person or organization who may be liable to any *insured;*

  **(3)** with the conduct of suits and attend hearings and trials;

  **(4)** to secure and give evidence and obtain the attendance of witnesses;

  **d.** under the **Additional Liability Coverages — Damage to the Property of Others** — submit to us within 60 days after the loss, a sworn statement of loss and exhibit the damaged property, if within the *insured's* control;

  **e.** submit within 60 days after the loss, evidence or affidavit supporting a claim under the **Additional Liability Coverages, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money Coverage,** stating the amount and cause of loss;

  **f.** the **insured** shall not, except at the *insured's* own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of the *bodily injury.*

**4.** **Duties of an Injured Person — Coverage F — Medical Payments to Others.** The injured person or someone acting for the injured person will:

  **a.** give us written proof of claim, under oath if required, as soon as practical;

  **b.** authorize us to obtain copies of medical reports and records.

The injured person shall submit to physical examination by a doctor selected by us when and as often as we reasonably require.

**5.** **Payment of Claim — Coverage F — Medical Payments to Others.** Payment under this coverage is not an admission of liability by any *insured* or us.

**6.** **Payment of Interest — Coverage E — Personal Liability.**

If a notice, demand, summons, judgment, or other process is promptly forwarded to us as required by **Liability Condition 3.b.** under **Your Duties After Loss** and we accept the defense or agree to the judgment, we will pay interest on the judgment, subject to all of the following:

  **a.** We will pay the interest on that part of the judgment that is covered by this policy and that does not exceed our applicable limit of liability.

  **b.** We will pay interest that accrues on the judgment until we pay, tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

  **c.** If we appeal the judgment, we will pay interest on the entire judgment.

  **d.** Post-judgment interest is in addition to the applicable limit of liability.

  **e.** Where we are required to cover prejudgment interest, it shall be included in the limit of liability and is not an additional amount of insurance.

**7.** **Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000043 of 000056

NOT ORIGINAL DOCUMENT
12/28/2022 3:10:08 PM
85613

No one shall have any right to join us as a party to any action against any *insured*. Further, no action with respect to Coverage E shall be brought against us until the obligation of the *insured* has been determined by final judgment or agreement signed by us.

**8.  Bankruptcy of an Insured.** Bankruptcy or insolvency of any *insured* shall not relieve us of any of our obligations under this policy.

**9.  Other Insurance — Coverage E — Personal Liability.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II — PROPERTY AND LIABILITY CONDITIONS

**1.  Policy Period and Changes.**

  **a.**  The effective time of this policy is 12:01 A.M. at the *residence premises.* This policy applies only to loss under Section I, or *bodily injury* or *property damage* under Section II, which occurs during the policy period. This policy may be renewed for successive policy periods if the required premium is paid and accepted by us on or before the expiration of the current policy period. The premium will be computed at our then current rate for coverage then offered.

  **b.**  Changes:

    **(1)**  Before the end of any policy period, we may offer to change the coverage provided in this policy. Payment of the premium billed by us for the next policy period will be your acceptance of our offer.

    **(2)**  This policy contains all agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us. If a change requires a premium adjustment, we will adjust the premium as of the effective date of change. Additional or return premium of $3.00 or less will be waived.

**2.  Concealment or Fraud.** This policy was issued in reliance upon the information provided on your application. We may void this policy if you or an *insured* have intentionally concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct at the time application was made or any time during the policy period.

We may void this policy or deny coverage for a loss or *occurrence* if you or an *insured* have intentionally concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

We may void this policy or deny coverage because of fraud or material misrepresentation even after a loss or *occurrence*. This means we will not be liable for any claims or damages which would otherwise be covered. If we make a payment, we may request that you reimburse us. If so, you must reimburse us for any payments we may have already made.

**3.  Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This liberalization clause does not apply to changes implemented that involve a broadening and a restriction of coverage or an increase in premium.

**4.  Cancellation.**

  **a.**  You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect. We may waive the requirement the notice be in writing by confirming the date and time of cancellation to you in writing.

  **b.**  We may cancel this policy only for the reasons stated below by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in your Policy Declarations. Proof of mailing shall be sufficient proof of notice.

    **(1)**  When you have not paid the premium we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect.

    **(2)**  When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by notifying you at least 10 days before the date cancellation takes effect.

Presiding Judge: HON. JAMES JAMESON (642359)

787SX

EXH : 000044 of 000056

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:58:16 PM

(3)  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least 15 days before the date cancellation takes effect.

**c.**  When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us for cancellation, we will refund it within a reasonable time after the date cancellation takes effect.

**5.  Non-Renewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in your Policy Declarations, written notice at least 20 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

**6.  Assignment.** Assignment of this policy shall not be valid unless and until we give our written consent.

**7.  Our Right to Recover Payment.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, the *insured* shall sign and deliver all related papers and cooperate with us in any reasonable manner.

Subrogation does not apply under Section II to **Coverage F — Medical Payments to Others** or **Additional Liability Coverages, Damage to Property of Others.**

**8.  Death.** If you die:

**a.**  we insure your legal representative, but only with respect to the premises and property of the deceased covered under the policy at the time of death.

**b.**  *insured* shall include:

(1)  any member of the household who is an *insured* at the time of your death, but only while a resident of the *residence premises;* and

(2)  with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.



Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000045 of 000056

Filed        22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000046 of 000056

Filed         22-CI-00366        12/06/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

# SPECIAL PROVISIONS — KENTUCKY

## POLICY DEFINITIONS

Item **3.a.** is deleted and replaced by the following:

**a.**   "**Actual cash value**"

**(1)**   When damage to property is economically repairable, *actual cash value* shall mean the cost that would be necessary to repair the damage based on the age and conditions of the materials making up the damaged property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

**(2)**   When damage to property is not economically repairable or loss prevents repair, *actual cash value* shall mean the market value of property in a used condition equal to that of the lost or damaged property, if reasonably available on the used market.

**(3)**   Otherwise, *actual cash value* shall mean the market value of new, identical, or nearly identical property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

The reasonable deduction in items **(1)** and **(3)**, above, will apply to materials, labor, and overhead and profit.

## SECTION I — PROPERTY CONDITIONS

Item **10.** is replaced by the following:

**10.**   **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable within 30 days after we receive your proof of loss and:

**a.**   reach agreement with you; or

**b.**   there is an entry of a final judgment; or

**c.**   there is a filing of an appraisal award with us.

## SECTIONS I AND II — PROPERTY AND LIABILITY CONDITIONS

Item **4.** is deleted and replaced by the following:

**4.**   **Cancellation**.

**a.**   You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

**b.**   We may cancel this policy only for the reasons stated below by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in your Policy Declarations or last known to us. Proof of mailing shall be sufficient proof of notice.

**(1)**   When you have not paid the premium, whether payable to us or to our agent or under any finance or credit plan, we may cancel at any time by notifying you at least 14 days before the date cancellation takes effect.

**(2)**   When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel by notifying you at least 14 days before the date cancellation takes effect.

**(3)**   When this policy has been in effect for more than 60 days or at any time if it is a renewal with us, we may cancel only as set forth in item **4.b.(1)** above, or for one or more of the following reasons:

**(a)**   Upon discovery of fraud or material misrepresentation made by, or with the knowledge of, the named *insured* in obtaining or continuing this policy, or in presenting a claim under this policy;

**(b)**   Upon discovery of willful or reckless acts or omissions on the part of the named *insured* which increase any hazard insured against;

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000047 of 000056

Filed         22-CI-00366        12/06/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk

HOM-7130/KYEP 12/20

Page 1 of 2

Filed          22-CI-00366     12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT

**(c)** Upon the occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(d)** If there is a violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or the occupancy of such property which substantially increases any hazard insured against; or

**(e)** If we are unable to reinsure the risk covered by the policy.

This can be done by letting you know at least 75 days before the date cancellation takes effect.

Item **5.** is deleted and replaced by the following:

**5.   Nonrenewal.**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your address shown in your Policy Declarations or last known to us, written notice at least 75 days before:

**1.**   The expiration date of the policy, for a policy written for a term of one year or less; or

**2.**   An anniversary date of the policy, for a policy written for a term of more than one year or for an indefinite term.

If we mail or deliver a renewal notice to you at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to you at your last known address a notice that the policy was not renewed and the date it was terminated.

Proof of mailing will be sufficient proof of notice.

The following paragraph is added to item **7. Our Right to Recover Payment:**

If we pay an innocent co-*insured* for a loss caused by an act of domestic abuse, the rights of that *insured* to recover damages from the perpetrator of the abuse are transferred to us to the extent of our payment. That *insured* may not waive such rights to recover against the perpetrator of the domestic abuse.

All other provisions of this policy apply.



Presiding Judge: HON. JAMES JAMESON (642359)

787X

EXH : 000048 of 000056

Filed      22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

# PERSONAL PROPERTY REPLACEMENT COST

1. **PROPERTY COVERED**

   For an additional premium, we cover:

   **a.** personal property under Coverage C; and

   **b.** awnings, carpeting, domestic appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings

   at *replacement cost* at the time of loss.

2. **PROPERTY NOT COVERED**

   The following property is not eligible for *replacement cost* settlement. Any loss shall be settled at *actual cash value* at the time of loss but not exceeding the amount necessary to repair or replace:

   **a.** antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced;

   **b.** memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

   **c.** personal property not maintained in good or workable condition;

   **d.** personal property that is outdated or obsolete and is stored or not being used;

   **e.** property not owned by any *insured;* and

   **f.** motorized land vehicles or earth moving or excavating equipment used to service the *residence premises.*

3. **CONDITIONS**

   **a.** We will pay the full cost of repair or replacement, but not exceeding the smallest of the following amounts:

   **(1)** the limit of liability of this policy applicable to the damaged, destroyed or stolen property;

   **(2)** the *replacement cost* of the property or any part;

   **(3)** the full amount actually and necessarily incurred by the *insured* in repairing or replacing the property or any part;

   **(4)** the direct financial loss you incur; or

   **(5)** our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

   **b.** We will pay the difference between *actual cash value* and *replacement cost* only after the damaged, destroyed or stolen property has actually been repaired or replaced.

   **c.** You may make a claim for loss on an *actual cash value* basis and then make a claim, within 180 days after loss, for additional liability under *replacement cost,* after you have repaired or replaced the property.

   All other provisions of this policy apply.

   HOM-7301/EP 1/09



0000072DEBDEV71101011 5878      7878

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000049 of 000056

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

## EXTENDED DWELLING COVERAGE

For an additional premium, we will settle covered losses to the dwelling described in Coverage A up to the additional limit of liability shown in your Policy Declarations for **Extended Dwelling Coverage** provided you:

1.   insure the dwelling to 100% of its *replacement cost* as agreed by us;

2.   accept any yearly adjustments by us of Coverage A reflecting changes in the cost of construction for the area;

3.   notify us of any addition or other remodeling which increases the *replacement cost* of the dwelling $5,000 or more within 180 days of the start of construction; and

4.   repair or replace the damaged dwelling.

If you fail to comply with any of the above provisions, the limit of liability shown in the Policy Declarations for Coverage A shall apply.

From time to time we may make requests of you for updated dwelling information. If you fail to provide the information, or if we disagree on *replacement cost,* we may delete **Extended Dwelling Coverage** effective at policy renewal.

All other provisions of this policy apply.

HOM-7300/EP 11/19

Presiding Judge: HON. JAMES JAMESON (642359)

787BX

EXH - 000050 of 000056

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk



Filed        22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM

# ESCAPE OF WATER FROM A SUMP, SUMP PUMP OR
# DRAIN ON THE RESIDENCE PREMISES (BUILDING AND CONTENTS)

1.  To the extent coverage is provided by this **EXTENSION OF COVERAGE** and up to the **LIMIT OF LIABILITY** described below, **Section I — Building Property Losses We Do Not Cover, Water Damage, 10.d.** and **10.e.** do not apply (items **3.d.** and **3.e.** under **Section I — Personal Property Losses We Do Not Cover** for HOM-7040/EP, Renters Policy).

2.  **EXTENSION OF COVERAGE**

    For an additional premium, we cover accidental direct physical loss to property covered under **Section I — Property Coverages** caused solely by water that escapes, overflows or discharges from a sump, sump pump, sump pump well or a drain or related plumbing appliance located on the *residence premises.*

    For purposes of coverage under this **EXTENSION OF COVERAGE,** a drain or related plumbing appliance does not include a roof drain, gutter, downspout or similar fixture or equipment.

3.  **EXCLUSION**

    **THIS IS NOT FLOOD INSURANCE.**

    There shall be no coverage under this **EXTENSION OF COVERAGE** if water excluded under **Section I — Building Property Losses We Do Not Cover, Water Damage, 10.a., 10.b.** or **10.c.** (items **3.a., 3.b.** or **3.c.** under **Section I — Personal Property Losses We Do Not Cover** for HOM-7040/EP, Renters Policy):

    a.  is concurrent with, in sequence with, or causes or contributes to the escape of water as described in this **EXTENSION OF COVERAGE,** and

    b.  damages property covered under **Section I — Property Coverages** other than solely by escape, overflow or discharge from a sump, sump pump, sump pump well, or a drain or related plumbing appliance located on the *residence premises.*

4.  **LIMIT OF LIABILITY**

    Our limit of liability for this **EXTENSION OF COVERAGE** shall be up to the amount shown in the Declarations for this **EXTENSION OF COVERAGE.**

5.  **DEDUCTIBLE**

    We will pay only that part of the loss that exceeds the applicable deductible shown in the Policy Declarations.

    All other provisions of this policy apply.

HOM-7311/EP 1/09



0000072DEBDEV71101011 5879

7879

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000051 of 000056

Filed        22-CI-00366        12/06/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

# REPLACEMENT COST ON ROOF SURFACING
## FOR WINDSTORM OR HAIL LOSSES

For an additional premium, it is agreed that the policy is amended as follows. All of the changes below apply only to the extent coverage is provided by this endorsement.

## SECTION I — PROPERTY CONDITIONS

Under **5. Loss Settlement**, the opening paragraph of item **a.** is deleted and replaced by the following:

> *Replacement Cost*. Property under Coverage A or B, including fences, at **replacement cost**, not including those items listed in **b.(2)** and **(3)** below, and subject to the following:

Item **5.c. Windstorm or Hail Roof Surfacing Loss Percentage** is deleted.

All other provisions of this policy apply.

HOM-7336/EP 11/19
G1




Presiding Judge: HON. JAMES JAMESON (642359)

787BX

EXH : 000052 of 000056

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89624-2

# EQUIPMENT BREAKDOWN COVERAGE

## PROPERTY WE COVER

For an additional premium we cover up to the amount stated in your policy declarations for accidental direct physical loss to your covered property located on the **residence premises** caused by equipment **breakdown** as described in this endorsement.

## BUILDING PROPERTY WE COVER

We cover **equipment breakdown.** To the extent **equipment breakdown** coverage is provided under this endorsement, "mechanical breakdown" named in **Building Property Losses We Do Not Cover, 6.b.,** does not apply.

## PERSONAL PROPERTY WE COVER

**Equipment breakdown** is added to **Personal Property Losses We Cover**

## EQUIPMENT BREAKDOWN ADDITIONAL COVERAGES

The following **Equipment Breakdown** coverages are added:

1.  **Expediting Expense**

    We will pay up to $3,000 per occurrence for the extra costs to expedite repair or replacement to covered property for loss due to an **equipment breakdown,** meaning:

    The reasonable extra cost of temporary repair and of expediting the repair or replacement of damaged equipment, including overtime and the extra cost of express or other rapid means of transportation.

2.  **Spoilage Coverage**

    We will pay up to $3,000 per occurrence for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an **equipment breakdown** to covered property.

3.  **Cleanup and Removal of Pollutants or Contaminants**

    We will pay up to $3,000 per occurrence for the necessary clean up and removal of **pollutants or contaminants** resulting from an **equipment breakdown.**

    The limit of liability for each additional coverage described in **1.** through **3.,** above, shall not increase the limit of liability shown in the policy declarations for this endorsement.

## EQUIPMENT BREAKDOWN CONDITIONS

The following Loss Settlement Conditions shall apply to covered loss caused by **equipment breakdown:**

1.  **Deductible** We cover only that part of the loss that exceeds $500. In the event that more than one deductible may be applied to a loss that includes **equipment breakdown** the single highest deductible shall be applied.

    You may, however, elect a separate loss settlement for **equipment breakdown,** separate from any other loss covered under the policy, subject to a $500 deductible.

2.  **Loss Settlement**

    a.  We will pay the amount actually and necessarily incurred to repair or replace covered property damaged by an **equipment breakdown.** Our payment will be the lesser of:

        (1)  The cost at the time of the **equipment breakdown** to repair the damaged covered property;

        (2)  The cost at the time of the **equipment breakdown** to replace the covered property with property of like kind, capacity, size and quality; or

        (3)  The amount you actually spend that is necessary to repair or replace the damaged property.

    b.  Repair parts or replacement covered property must be:

        (1)  of like kind, capacity, size and quality; and

        (2)  used for the same purpose.

    c.  If the cost of repairing or replacing only a part of the covered property is greater than:

        (1)  The cost of repairing the covered Property; or



7880    0000072DEBDEV711010115880

Presiding Judge: HON. JAMES JAMESON (642359)

EXH : 000053 of 000056

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:48:46 PM
89824-2

    **(2)**   The cost of replacing the entire Covered Property on the same site.

    We will pay the lesser of **(1)** or **(2)**.

**d.**   *Equipment Breakdown* coverage does not extend beyond the *Residence Premises.*

**e.**   **ENERGY STAR Improvements —** *Using Less Energy, Saving Money and Helping to Protect our Environment*

    If Covered Property requires replacement due to an *equipment breakdown,* we will pay the additional cost to replace non ENERGY STAR rated equipment with equipment that is an ENERGY STAR Qualified Product as stated within www.energystar.gov.

    However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable coverage limits or apply to any Actual Cash Value loss settlement.

    ENERGY STAR is a joint program of the U.S. Environmental Protection Agency and the U.S. Department of Energy whose objective it is to help you save money and protect the environment through energy efficient products and practices.

**DEFINITIONS**

The following definition is added with respect to this endorsement only:

*Equipment breakdown* means:

**1.**   Accidental physical loss or damage originating within:

   **a.**   Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

       **(1)**   waste disposal piping;

       **(2)**   any piping forming part of a fire protective system; and

       **(3)**   any water piping other than:

           **(a)**   boiler feed water piping between the feed pump and the boiler;

           **(b)**   boiler condensate return piping; or

           **(c)**   water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes;

   **b.**   all mechanical, electrical, electronic or fiber optic equipment;

**2.**   caused by, resulting from, or consisting of:

   **a.**   mechanical breakdown;

   **b.**   electrical or electronic breakdown; or

   **c.**   rupture, bursting, bulging, implosion, or steam explosion.

**3.**   However, *Equipment breakdown* shall not mean loss, damage, cost or expense directly caused by, contributed to, resulting from or arising out of the following causes of loss:

   **a.**   Losses excluded under the policy to which this endorsement is attached; or

   **b.**   Perils insured against under Personal Property Losses We Cover of the policy to which this endorsement is attached; or

   **c.**   any sinkhole collapse, volcanic action, earth movement, leakage from fire extinguishing equipment, water, or flood.

All other provisions of this policy apply.

Presiding Judge: HON. JAMES JAMESON (642359)

788DX

EXH : 000054 of 000056

Filed 22-CI-00366 12/06/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

This policy is signed on our behalf by our President and Secretary.

James MacPhee
President

Mark C. Touhey
Vice President and Secretary

This policy includes copyrighted material of Insurance Services Office, Inc. with its permission.

HOM-7232/EP 1/09
G5



7881

0000072DEBDEV71101015881

Filed    22-CI-00366    12/06/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk

EXH : 000055 of 000056    Presiding Judge: HON. JAMES JAMESON (642359)

Filed          22-CI-00366          12/06/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

EXH·I·000056 of 000056

Presiding Judge: HON. JAMES JAMESON (642359)

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:49:39 PM
89820:46

AOC-104          Doc. Code: CCCS
Rev. 7-22
Page 1 of 1

Commonwealth of Kentucky
Court of Justice      *www.kycourts.gov*



**CIVIL CASE COVER SHEET**

Case No.: _____

Court:  Circuit

County:  Marshall

Division: _____

PLAINTIFF/PETITIONER *OR* IN RE/IN THE INTEREST OF:
 FAYE BYRNES

DEFENDANT/RESPONDENT, *if applicable:*
 AMERICAN ECONOMY INSURANCE COMPANY

☐  Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:**   Place a "X" to the left of the ***ONE*** case category that most accurately describes your ***PRIMARY CASE***.  If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**

☐ Dissolution/Divorce with Children (DISSOC)

☐ Dissolution/Divorce without Children (DISSO)

☐ Paternity (PA)

☐ Custody (CUSTO)

☐ Child Support IV-D (SUPIV)

☐ Child Support Private Non IV-D (SUPPRI)

☐ URESA/UIFSA (UR)

☐ Visitation/Parenting Time (VISIT)

☐ Voluntary Termination of Parental Rights (VTPR)

☐ Involuntary Termination of Parental Rights (ITPR)

☐ Adoption (ADPT)

☐ Other: (DFOTH) _____

**PROBATE / ESTATE**

☐ Guardianship-Adult (GCADLT)

☐ Guardianship-Juvenile (GCJUV)

☐ Adult Conservatorship - Trusteeship (CONSVA)

☐ Juvenile Conservatorship - Trusteeship (CONSVJ)

☐ Probate-Testate (with a will) (PBTEST)

☐ Probate-Intestate (without a will) (PBINT)

☐ Petition to Dispense with Administration (PBDIS)

☐ Name Change (NC)

☐ Will Contest (WC)

☐ Other: (PBOTH) _____

**TORT** (Injury)

☐ Automobile (AUTO)

☐ Intentional (INTENT)

☐ Malpractice-Medical (MDML)

☐ Malpractice-Other (MLOTH)

_____

☐ Premises Liability (PREM)

☐ Product Liability (PROD)

☐ Property Damage (PD)

☐ Slander/Libel/Defamation (SLAND)

☐ Other: (PIOTH)

_____

**REAL PROPERTY**

☐ Abandoned and Blighted Property Conservatorship (PC)

☐ Property Rights (PR)

☐ Condemnation (DOMAIN)

☐ Forcible Detainer - Eviction (FD)

☐ Forcible Entry (FENTRY)

☐ Foreclosure (FCL) *eFile Only

☐ Other: (COOTH) _____

**EMPLOYMENT**

☐ Employment-Discrimination (DSCR)

☐ Employment-Other (DISPU)

_____

**CONSUMER**

☐ Seller Consumer Goods (DEBTG)

☐ Seller Consumer Services (DEBTS)

☐ Buyer Consumer Goods (BUYERG)

☐ Buyer Consumer Services (BUYERS)

☐ Credit Card Debt (CREDIT) *eFile Only

☐ Fraud (FRAUD)

☐ Other: (COOTH)

_____

**APPEALS**

☐ Appeal from Administrative Agency (AB)

☐ Appeal from District Court (XI)

☐ Other: (OTH)

_____

**MISC CIVIL**

☐ Constitutional Challenge (CCHAL)

☐ Habeas Corpus (HABEAS)

☐ Non-Domestic Relations Restraining Order (IP)

☐ Tax (TAX)

☐ Writs (WRITS)

☑ Other: (OTH)  Breach of Contract

**BUSINESS / COMMERCIAL**

☐ Business Tort (BCPI)

☐ Statutory Action (BCSA)

☐ Business Contract Dispute (BCCO)

☐ Other: (BCOTH) _____

Presiding Judge: HON. JAMES JAMESON (642359)

MIS : 000001 of 000001

Filed          22-CI-00366      12/06/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366     12/06/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:49:57 PM
89814-2

| AOC-105           Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | <br>**CIVIL SUMMONS** | Case No. _____<br>Court  ☑ Circuit  ☐ District<br>County  Marshall |

**PLAINTIFF**

FAYE                                    BYRNES

412 Fly Away Drive

Benton                    Kentucky              42025

**VS.**

**DEFENDANT**

AMERICAN ECONOMY INSURANCE COMPANY

175 Berkley Street

Boston                    Massachusettes        02116

**Service of Process Agent for Defendant:**

Corporation Service Company, Process Agent

421 West Main Street

Frankfort                              Kentucky              40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

  You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

  The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:  _____, 2_____          _____Clerk

                                  By:  _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                                  Served by:  _____

                                  _____Title

Presiding Judge: HON. JAMES JAMESON (642359)

MIS : 000001 of 000001

AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
12/28/2022  Case #: **22-CI-00366**
898841 2  Court:     **CIRCUIT**
County:  **MARSHALL**

---

*Plantiff,* **BYRNES, FAYE VS. AMERICAN ECONOMY INSURANCE COMPANY**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**

   **421 WEST MAIN STREET**

   **FRANKFORT, KY 40601**

Memo: Related party is AMERICAN ECONOMY INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**AMERICAN ECONOMY INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tiffany Fralick Griffith*

Marshall Circuit Clerk
Date: **12/6/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____        _____
                                                              Served By

                                                              _____
                                                              Title

---

Summons ID: @00001155923
CIRCUIT: 22-CI-00366 Certified Mail
BYRNES, FAYE VS. AMERICAN ECONOMY INSURANCE COMPANY



Page 1 of 1

eFiled

Presiding Judge: HON. JAMES JAMESON (642359)

CI : 000001 of 000001

Filed          22-CI-00366     12/20/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:13 PM
89824-2

# IN THE 42nd JUDICIAL CIRCUIT COURT OF MARSHALL COUNTY, KENTUCKY

FAYE BYRNES,

      Petitioner,

v.                                                                No: 22-CI-00366
                                                                  JURY DEMAND

AMERICAN ECONOMY INSURANCE
COMPANY,

      Respondent.

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Baker Greyson Evans ("Applicant") and moves this Court to grant my admission to the 42nd Judicial Circuit Court of Marshall County, Kentucky *pro hac vice* to represent the Plaintiff, Faye Byrnes ("Plaintiff") in this case.

Applicant is an associate attorney of the law firm of McWherter Scott & Bobbitt, PLC, located at 54 Exeter Dr., Jackson, Tennessee 38305.  Applicant's telephone number is 731-664-1340, and Applicant's email is baker@msb.law.  Applicant is admitted to the Tennessee bar as of April 13, 2022 and is in good standing.  Please see the attached Exhibit 1: a certificate of good standing, which was obtained from the highest court of Tennessee, Applicant's state of residency, within the last 90 days.  Further, Applicant was admitted to the Georgia bar on November 2, 2022 and is in good standing.  Please see the attached Exhibit 2: a certificate of good standing, which was obtained from the highest court of Georgia, within the last 90 days.

Applicant has not been disbarred, suspended from practice, or subject to any disciplinary action by any court, state, territory or the District of Columbia.  By way of this Motion for

MAPHV : 000001 of 000003

Filed          22-CI-00366          12/20/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:13 PM
89824-2

Admission *Pro Hac Vice*, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

Applicant has paid the *pro hac vice* fee, and Applicant's receipts thereof are attached as Exhibit 3, Exhibit 4, and Exhibit 5.  Applicant's *pro hac vice* number is PH29785597.  Plaintiff is currently represented by Clinton H. Scott, who is a member of the Kentucky bar and a partner of McWherter Scott & Bobbitt, PLC.  Applicant desires to be co-counsel with Mr. Scott in this matter only.  Applicant desires to represent Plaintiff in any in-person matter, other than trial, before this Court, with and/or without the presence of Mr. Scott.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Baker G. Evans to the 42nd Judicial Circuit Court of Marshall County, Kentucky for this case only.

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

s/Baker G. Evans
BAKER G. EVANS (TN BAR #039868)
(PHV: #PH29785597)
baker@msb.law
CLINTON H. SCOTT (KYBN #95862)
clint@msb.law
54 Exeter Rd., Ste. D
Jackson, Tennessee 38305
Telephone: (731) 664-1340
Facsimile: (731) 664-1540

*Attorneys for Petitioner*

2

MAPHV : 000002 of 000003

Filed          22-CI-00366      12/20/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:13 PM
89824-2

## NOTICE OF HEARING

**THIS MOTION IS SET TO BE HEARD ON TUESDAY, JANUARY 10th, AT 9:30 A.M. (CST) ON THE CIRCUIT COURT MOTION DOCKET AT THE MARSHALL COUNTY COURTHOUSE.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the **MOTION FOR ADMISSION *PRO HAC VICE*** was served via Certified U.S. Mail this the 20th day of December 2022 to:

American Economy Insurance Company
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

s/Baker G. Evans

3

MAPHV : 000003 of 000003

Filed          22-CI-00366      12/20/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed 22-CI-00366 12/20/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:51:55 PM
89821



**Kentucky Bar Association**
514 West Main Street
Frankfort, KY 40601 -1812
(502) 564-3795



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2022 | 200089193 |

| Bill To | Recipient Information |
|---------|----------------------|
| Clint Scott<br>119 Reserve Drive<br>Jackson, TN 38305<br>United States | Baker Evans<br>McWherter Scott & Bobbittt<br>54 Exeter Road<br>Suite D<br>Jackson, TN 38305<br>United States |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 11/15/2022 |

| Date | Qty | Description | Price | Totals |
|------|-----|-------------|-------|--------|
| 11/15/2022 | 1 | Pro Hac Fee (Amount includes a 2.50% Administrative Processing Fee) | $317.75 | $317.75 |
| | | | **Sub-Total** | $317.75 |
| | | | **Total** | $317.75 |

# Payments/Refunds

| Date | Qty | Description | Price | Totals |
|------|-----|-------------|-------|--------|
| 11/15/2022 | 1 | Payment via Credit Card (using card xxxxxxxxxxxx5494)<br>*Applied to invoice on 11/15/2022 2:52:47 PM* | ($317.75) | ($317.75) |
| | | | **Total Payments/Refunds** | ($317.75) |
| | | | **Balance Due** | $0.00 |

**Comments:**
The Kentucky Bar Association certifies that Baker Greyson Evans has paid the per-case fee of $310.00 on 11/15/2022 for the Marshall County Circuit Court Case no. 22-CI-00292 as required in SCR 3.030(2).
Pro Hac Vice #PH29785597

Filed 22-CI-00366 12/20/2022 Tiffany Fralicx Griffith, Marshall Circuit Clerk



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Mr. Baker Greyson Evans**
**McWherter Scott and Bobbit PLC**
**54 Exeter Road Suite D**
**Jackson, TN  38305**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **11/02/2022** |
| **BAR NUMBER:** | **626956** |
| **TODAY'S DATE:** | **11/28/2022** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA  31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435

EXH·: 000001 of 000001

Filed      22-CI-00366      12/20/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Baker Greyson Evans

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on April 13, 2022, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 13th day of December, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _Donna Gilmore_
Donna Gilmore, D.C.

EXH : 000001 of 000001

Filed        22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:23 PM
89824-2

# IN THE 42ⁿᵈ JUDICIAL CIRCUIT COURT OF MARSHALL COUNTY, KENTUCKY

**FAYE BYRNES,**

       **Plaintiff,**

**v.**                                                      **No: 22-CI-00366**
                                                           **JURY DEMAND**

**AMERICAN ECONOMY INSURANCE**
**COMPANY,**

       **Defendant.**

## PLAINTIFF'S MOTION FOR APPOINTMENT OF APPRAISAL UMPIRE

COMES NOW the Plaintiff, Faye Byrnes ("Plaintiff"), by and through counsel, and moves the Court for the appointment of an Appraisal Umpire pursuant to the terms of its insurance policy with the Defendant, American Economy Insurance Company.  In support, Plaintiff relies on its Memorandum in Support submitted herewith, the entire record in this case, and requests that the Court appoint one of the following candidates as the Appraisal Umpire:

1.    Tom Barrett;

2.    Luke Bowman;

3.    Austin Burton;

4.    Brian Haden;

5.    Charles Howarth;

6.    Toby Johnson;

7.    Paul Middleton;

8.    Thomas Powell;

9.    John Robison;

10.    Mike Thompson;

11.    Mike Ward; or

12.    Justin Willits.

AEA : 000001 of 000003

Filed          22-CI-00366      12/21/2022      Tiffany Fralick Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:23 PM
89824-2

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court grant this Motion and appoint one of the umpires suggested above.

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

s/Clinton H. Scott
CLINTON H. SCOTT (KYBN #95862)
clint@msb.law
BAKER G. EVANS (TN Bar #039868)
To be admitted *pro hac vice*
(KY PHV ID#: 29785597)
baker@msb.law
54 Exeter Rd., Ste. D
Jackson, Tennessee 38305
Telephone: (731) 664-1340
Facsimile: (731) 664-1540

*Attorneys for Plaintiff*

AEA : 000002 of 000003

Filed          22-CI-00366      12/21/2022      Tiffany Fralick Griffith, Marshall Circuit Clerk

Filed          22-CI-00366     12/21/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:23 PM
89824-2

## NOTICE OF HEARING

**THIS MOTION IS SET TO BE HEARD ON TUESDAY, JANUARY 10th, AT 9:30 A.M. (CST) ON THE CIRCUIT COURT MOTION DOCKET AT THE MARSHALL COUNTY COURTHOUSE.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the **PLAINTIFF'S MOTION FOR APPOINTMENT OF APPRAISAL UMPIRE** was served via Certified U.S. Mail this the 21st day of December 2022 to:

American Economy Insurance Company
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

s/Clinton H. Scott

AEA : 000003 of 000003

3

Filed          22-CI-00366        12/21/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

# IN THE 42nd JUDICIAL CIRCUIT COURT OF MARSHALL COUNTY, KENTUCKY

**FAYE BYRNES,**

      **Plaintiff,**

**v.**                                **No: 22-CI-00366**
                                           **JURY DEMAND**

**AMERICAN ECONOMY INSURANCE
COMPANY,**

      **Defendant.**

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF APPRAISAL UMPIRE

COMES NOW the Plaintiff, Faye Byrnes ("Plaintiff"), by and through counsel, and submits the following Memorandum in Support of its Motion for Appointment of Appraisal Umpire:

### I.  INTRODUCTION AND FACTUAL BACKGROUND

This is an insurance dispute between Plaintiff and American Economy Insurance Company ("Defendant").  The dispute arises due to a disagreement concerning the amount of loss associated with damage resulting from a windstorm that struck Plaintiff's property located at 412 Fly Away Drive, Benton, Kentucky 42025 (the "Insured Premises") on December 10, 2021.  The governing insurance policy issued by Defendant to Plaintiff contains an alternative dispute resolution process known as appraisal, which has been properly invoked.   Specifically, the insurance policy's appraisal clause provides as follows:

> **7.**      **Appraisal.** If you and we do not agree on the amount of the loss, including the amount of **actual cash value** or **replacement cost**, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of such demand. The appraisers shall first select a competent and disinterested umpire; and

Filed          22-CI-00366        12/21/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

MEM : 000001 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

failing for 15 days to agree upon such umpire, then, on request of you or the company after notice of hearing to the non-requesting party by certified mail, such umpire shall be selected by a judge of a court of record in the county in which the property covered is located. The appraisers shall then appraise the loss, stating separately the **actual cash value** or **replacement cost** of each item and failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any of these three, when filed with the company shall determine the amount of loss.

Each party will:
**a.** pay its own appraiser; and
**b.** bear the other expenses of the appraisal and umpire equally.

In no event will an appraisal be used for purpose of interpreting policy provision, determining causation or determining whether any item or loss is covered under this policy. If there is an appraisal, we still retain the right to deny the claim.

(*See* Policy, ***Exhibit 1*** to Plaintiff's Complaint, at Policy Page 17 (pdf 35 of Policy, pdf 44 of Complaint)).

Plaintiff invoked appraisal and named Arthur Grandinetti as its appraiser. Defendant agreed to appraisal and select Michael Schwartz as its appraiser but has since appointed Todd James to take Mr. Schwartz's place. However, the appraisers have been unable to agree to an umpire.

As such, on September 28, 2022, Plaintiff petitioned this Court, seeking the appointment of an appraisal umpire. (*See* Petition for Appointment of Appraisal Umpire, Case No. 22-CI-00292). Defendant failed to file a response thereto. Plaintiff filed a Motion for Default Judgment, which is pending. In this Motion and pursuant to the Policy, Plaintiff requests that the Court appoint a competent and impartial appraisal umpire, as authorized by the insurance policy, so the appraisal process can move forward and the claim can continue toward its ultimate resolution.

MEM : 000002 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

## II. PROPOSED UMPIRES FOR APPOINTMENT

Plaintiff submits that someone knowledgeable, credentialed, and experienced in insurance estimating and commercial building restoration after windstorm damage should be appointed as the umpire in this matter.  The umpire should also have ample knowledge of the proper protocol and methodology to accomplish necessary repairs, as well as the cost of same.  Moreover, the umpire should be experienced with commercial claims and be competent with estimating software such that an appraisal award can be properly itemized for later review by the Court, if necessary.

The following twelve proposed candidates all meet these criteria.  Plaintiff has no preference among these candidates and lists them in alphabetical order.

1.   **Tom Barrett**
     Toba, LLC
     Louisville, KY

Mr. Barrett (CV attached as **Ex. 1**) of Toba, LLC in Louisville, Kentucky started in the insurance industry as an insurance adjuster in the early 1990s handling property and casualty claims, including over 50 catastrophic events.  After two decades of working for various insurance companies, he began working for policyholders as a licensed public adjuster in 2019 in Kentucky, Indiana, Ohio and the Carolinas.   Mr. Barrett has extensive experience with the appraisal process and has served as an appraiser, for both policyholders and insurance carriers, and as an umpire on appraisal panels.

2.   **Luke Bowman**
     Undisputed Consulting
     New Orleans, LA

According to his CV (attached as **Ex. 2**), Mr. Luke Bowman is the CEO of Undisputed Consulting.  He has also worked as Project Manager and Project Estimator, with a strong emphasis in property loss restoration, for more than 20 years.  His experience ranges from senior care

3

MEM : 000003 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralick Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

facilities to multi-family housing units and medical hospitals to military housing installments, including overseeing multi-million dollar projects.  Mr. Bowman is currently the Principal of Undisputed Consulting, based out of New Orleans, Louisiana, but he began his career in the construction industry with his family's contracting company.  Mr. Bowman has received training in Xactimate, a claims adjusting software program, to increase the depth of his building consulting and estimating knowledge base.  Mr. Bowman has served as an appraiser and umpire in multiple states and has been court appointed as well.

    3.    **Austin Burton**
        MidSouth Construction, LLC
        Nashville, TN

Mr. Austin Burton (CV attached as **Ex. 3**) is a general contractor whose experience includes both remodels and new constructions.  As the Owner of MidSouth Construction, Mr. Burton oversees estimators, project managers, and repair or restoration projects on a daily basis. In the past 11 years, he has constructed and managed approximately $40,000,000 in construction work through his company.  Mr. Burton is a Licensed General Contractor in 11 states, holds a Level 1 Infrared Thermography certification, and holds a LEED AP credential.

    4.    **Brian Haden**
        Insurance Claims Specialists
        Haden Claim Service
        Dallas, TX

According to Brian Mr. Haden's CV (attached as **Ex. 4**), he is a former claims adjuster with State Farm and Liberty Mutual and presently owns Insurance Claims Specialists / Haden Claims Service, through which he provides independent adjuster, public adjuster, appraiser/umpire, and expert witness services.  Mr. Haden's experience in the insurance industry dates back more than twenty years, handling claims ranging from small to $80 million on a single project.  Mr. Haden has handled over 3,000 appraisals as an appraiser or umpire, ranging from

MEM : 000004 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

several thousand to nearly $10 million.  Mr. Haden has been a licensed adjuster since 1998.  He

holds an umpire certification by the Insurance Appraisal and Umpire Association (IAUA).

Finally, Mr. Haden has been recognized as an expert in both federal and state courts and often

teaches continuing education classes on insurance appraisal procedures, ethics, and proper claims

handling.

5.     **Charles Howarth**
The Howarth Group, Inc.
Nashville, TN

According to his CV (attached as **Ex. 5**), Mr. Charles Howarth has over 35 years of

experience adjusting property insurance claims for corporations, small businesses, individuals, and

insurance companies alike.  As the Owner and President of The Howarth Group, Inc., Mr. Howarth

provides insurance claim consulting and appraisal services to insurance companies and

policyholders throughout the Southeast.  His expertise includes building damage valuation,

business interruption calculation, personal property valuation, and appraisals for properties

ranging from retail stores and manufacturing facilities to multi-level housing and condominium

complexes.  He holds the CPCU (Chartered Property & Casualty Underwriter) and AIC (Associate

in Claims) certifications, and is a former adjuster with State Farm.

6.     **Toby Johnson**
Omega Insurance Appraisals
Jackson, TN

Mr. Toby Johnson (CV attached as **Ex. 6**) is an insurance consultant, building consultant,

adjuster, appraiser, and umpire who has worked in the property insurance industry for over 17

years.  Mr. Johnson has adjusted thousands of property insurance claims for various insurance

companies as an independent adjuster and, as such, has expertise in the claim adjustment process.

He is credentialed as a Level III Xactimate Subject Matter Expert and skilled at estimating losses.

MEM : 000005 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

He has served both as an appraiser and as an appraisal umpire in many insurance disputes and therefore, is personally familiar with and knowledgeable of the appraisal process.

7.    **Paul Middleton**
      Elite Claims Services
      Atlanta, GA

Mr. Paul Middleton (CV attached as **Ex. 7**) serves as an umpire and appraiser for both insurance companies and policyholders and has been working in the insurance industry for over 34 years.  He has served in the capacity of appraiser or umpire on over 6,500 claims (as umpire in more than 4,000 of those), including claims with values up to $20 million.  Mr. Middleton currently serves as the President and General Adjuster for Elite Claims Services, Inc. and Insurance Estimating and Appraisal, Inc., which provides services including confirming causes of loss, coverage analyses, financial loss, litigation management, scope of damages, and preparation of damages estimates.  He has served as the President of the Insurance Appraisal and Umpire Association, is routinely appointed as appraiser by both policyholders and insurance companies, and has been court appointed as an appraisal umpire.

8.    **Thomas Powell**
      eXcell Forensics and Consulting, LLC
      Hempstead, TX

Mr. Thomas Powell (CV attached as **Ex. 8**) has 39 years of experience in commercial property claims and 30 years' experience in the management of property and casualty claims, with multiple claims exceeding $10 million and one claim exceeding $300 million.  Mr. Powell's experience includes investigations, audits, and adjustments of major commercial losses, including elements of physical damage, business personal property, business interruption, increased cost evaluations, and extra expense claims.  Mr. Powell presently works as the Senior Executive General Adjuster for eXcell Forensics and Consulting, where he has served as an appraiser,

MEM : 000006 of 000011

Filed          22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

umpire, arbitrator, and expert witness for property loss claims. Mr. Powell's educational background includes attendance at the USMC/Tennessee Military Academy and Union University. Additionally, he holds a Windstorm Umpire Certification, has been trained in Business Interruption Accounting, and has taken both basic and advanced property loss adjusting courses to refine his skillset.

> 9. **John Robison**
>    The CSI Group, LLC
>    The Property Loss Appraisal Network
>    Canton, GA

According to his CV (attached as **Ex. 9**), Mr. John Robison has worked for the past 15 years specializing in providing impartial, third party support and dispute resolution services to both insured policyholders and insurance companies through his company, The CSI Group. Mr. Robison has over 40 years of experience in the insurance and restoration industries, having served as an appraisal umpire in over 700 insurance appraisals and as a party appraiser (for both insurers and insureds) in more than 1,000 appraisals. He has been recognized as an expert witness in several courts, and has extensive experience with Xactimate, a claims estimating software program. Mr. Robison is experienced in providing accurate cost estimations and damage evaluation reports for projects ranging in scale from large commercial and industrial claims to multi-family losses and residential claims. He holds numerous certifications and court recognitions. Additionally, as the Founder & Executive Director of Property Loss Appraisal Network (P.L.A.N.), Mr. Robison also provides training to property loss professionals regarding alternative dispute resolution protocols, including appraisals and umpire services. Mr. Robison also teaches P.L.A.N.'s umpire and appraiser certification courses.

MEM : 000007 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

10.     **Mike Thompson, P.E., L.S.**
        Executive Engineer
        Wallace & Todd
        Lexington, KY

Mr. Mike Thompson (CV attached as **Ex. 10**) is a civil and structural engineer and land surveyor with over thirty years of experience in the construction industry. Formerly with EFI Global, Mr. Thompson now works as an Executive Engineer with Wallace & Todd, an engineering firm based in Lexington, Kentucky. Mr. Thompson is licensed as a professional engineer in Mississippi, Kentucky, Ohio, Tennessee, Missouri, Arkansas, Georgia, Louisiana, North Carolina, Indiana, and Texas. Even more, he has held property adjuster licenses in multiple states since 2008 with experience in residential and commercial applications and is Xactimate Level 2 Certified. Mr. Thompson's engineering background includes the design and construction of residential, commercial, and industrial projects, and he uses this varied experience in a wide range of forensic and civil projects, such as causation analysis, structural damage evaluation, soil mechanics, foundation investigations, etc., concerning losses ranging from catastrophic to daily claims. Finally, Mr. Thompson has served as both an appraiser and umpire on numerous occasions, and he has been recognized as an expert witness by several courts in the country.

11.     **Mike Ward**
        Republic Roofing & Restoration, LLC
        Collierville, TN

According to his CV (attached as **Ex. 11**), Mr. Mike Ward has more than 15 years of experience in large loss estimating and reconstruction, and he presently serves as the President of Republic Roofing & Restoration, LLC, which provides building consultant and contracting services. With extensive experience in appraisals, Mr. Ward is often chosen to serve as an appraiser, building consultant, general contractor, or umpire for claims across the country. His consulting and contracting experience includes residential, commercial, and industrial properties

MEM : 000008 of 000011

8

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

damaged by perils such as windstorms, water, fire, earthquakes, and other disasters.  Mr. Ward has personally overseen more than $25,000,000 of disaster reconstruction at his firm and has evaluated more than 6,000 individual roofing systems in his career.

12. **Justin Willits**
Principal Claims Group Consulting
Franklin, TN

Mr. Justin Willits (CV attached as **Ex. 12**) is the COO and Lead Building Consultant with Principal Claims Group Consulting.  He was formerly an estimator, senior structure adjuster, and operations manager for the public adjusting firm FirstCall.  In addition to being a licensed public adjuster, he also works as a loss/construction/building consultant for various contractors and attorneys, as well as other similar situated within the insurance industry.  Prior to his work in the insurance industry, he was a co-owner of a construction company in Nashville, TN that was involved in commercial and residential construction.  He is also a Level III subject matter expert in Xactimate and has approximately 20 years working with the Xactware software.  He is familiar with the various methods of repair and replacement associated with all aspects of fire, wind, and water damages.  Finally, Mr. Willits has adjusted, scoped, and priced more than 1,000 claims.  He works as a building consultant for both insurance carriers and insureds.

### III.  CONCLUSION

In light of the foregoing, Plaintiff respectfully requests that the Court appoint an umpire from the list submitted above.

MEM : 000009 of 000011

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed         22-CI-00366       12/21/2022       Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

s/Clinton H. Scott
CLINTON H. SCOTT (KYBN #95862)
clint@msb.law
BAKER G. EVANS (TN Bar #039868)
To be admitted *pro hac vice*
(KY PHV ID#: 29785597)
baker@msb.law
54 Exeter Rd., Ste. D
Jackson, Tennessee 38305
Telephone: (731) 664-1340
Facsimile: (731) 664-1540

*Attorneys for Plaintiff*

MEM : 000010 of 000011

Filed         22-CI-00366       12/21/2022       Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:55:48 PM
89824-2

## NOTICE OF HEARING

**THIS MOTION IS SET TO BE HEARD ON TUESDAY, JANUARY 10th, AT 9:30 A.M. (CST) ON THE CIRCUIT COURT MOTION DOCKET AT THE MARSHALL COUNTY COURTHOUSE.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the **PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF APPRAISAL UMPIRE** was served via Certified U.S. Mail this the 21st day of December 2022 to:

American Economy Insurance Company
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

s/Clinton H. Scott

MEM : 000011 of 000011

Filed          22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:01 PM
89824-2

**MICHAEL R. WARD**

    1810 Elk River Cove, Collierville, TN 38017 – 901.651.2385 – mward@RepublicExteriors.com

**PRESIDENT – REPUBLIC ROOFING & RESTORATION, LLC**

    91 Peyton Pkwy Ste. 101 Collierville, TN 38017 – 888.297.4432 – www.RepublicExteriors.com

**PROFESSIONAL BIOGRAPHY**

Michael Ward is the President of Republic Roofing & Restoration, LLC. serving as a building consultant and national contractor with more than fifteen-years' experience in large loss estimating and reconstruction. Having extensive experience in the appraisal sector involving complex insurance claims, Mr. Ward is frequently chosen to serve as an appraiser, building consultant, general contractor or umpire across the country. Mr. Ward's contracting and consulting experience provides accurate and reliable cost and time analysis of commercial, industrial and residential property due to loss by fire, water, earthquakes, floods, hurricanes and other disasters.

Specializing in large loss estimating and disaster reconstruction, Mr. Ward is uniquely qualified to assist property owners, architects, engineers and insurance carriers by offering an independent evaluation of the loss and reliable cost estimates for damages. Mr. Ward has been called on to serve as either a building consultant, appraiser or umpire in Tennessee, Alabama, Mississippi, Arkansas, Kentucky, North Carolina, Illinois and Iowa. Mr. Ward has personally overseen over 25 million dollars of disaster reconstruction at his firm and evaluated more than 6,000 individual roofing systems. Mr. Ward has also obtained credentials as a roofing inspector through HAAG Engineering Co. and is certified as OSHA 10 through the Occupational Safety Health Administration by the United States Department of Labor.

| | |
|---|---|
| **Platinum Advisory Board Member – Owens Corning Roofing & Asphalt** | **2013-2016** |
| Republic Roofing & Restoration, LLC President Michael R. Ward joins an elite group of roofing professionals who offer industry perspective by evaluating products and providing suggestions for improvements. Hand-picked by Owens Corning for a three-year board term, Mr. Ward will represent the entire southeast region of the United States. | |
| **Master Shingle Applicator – CertainTeed Saint-Gobain Corporation** | **2015-Present** |
| Passed and obtained continuous good standing within CertainTeed Saint-Gobain contractor network | |
| **HAAG Engineering- Certified Inspector** | **2012-Present** |
| Developed highly proficient damage identification standards with all major types of roof substrates and comprehensive understanding of manufacture, installation, weathering, hail damage, wind damage, maintenance, and mechanical damage. | |
| **Occupational Safety Health Administration** | **Lifetime** |
| OSHA 10 | |

EXH - 000001 of 000002

Filed        22-CI-00366      12/21/2022       Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:55:01 PM
89824-2

WORK EXPERIENCE

Organization
**Quality Exteriors, Inc – Project Manager**                                        **2005 – 2007**

Organization
**ASI, Inc – Senior Project Manager**                                               **2007 – 2008**

Organization
**QE Restoration and Roofing – General Manager**                                    **2008 – 2010**

Organization
**Republic Roofing & Restoration, LLC – President**                                 **2011 - Present**

BUSINESS/ STATE LICENSES

Arkansas – Building Lic. # 0341540521 (Commercial & Residential) $750,000.00
Iowa – Certificate of Authorization ID: CS196240
Missouri – Certificate of Registration FL001423555
South Carolina – General Contractor Lic. # G118787 Building – BD2
Tennessee – Contractor ID #: 64729 BC-A $1,235,000.00; BC-b(sm) $750,000.00
Tennessee – Home Improvement Contractor ID #: 6782

PROFESSIONAL MEMBERSHIPS, ACCREDITATIONS AND CERTIFICATIONS

Midwest Roofing Contractors Association Member
National Home Builders Association Member
Better Business Bureau Accredited Member
American Concrete Institute (ACI) Field Testing Technician – Grade I
American Concrete Institute (ACI) Flatwork Technician
Occupational Safety Health Administration – OSHA 10
GAF Commercial Roofing Products Division – Authorized Roofing Contractor
Owens Corning Platinum Certified Contractor
CertainTeed Master Shingle Applicator
Carlisle Syntec Authorized Commercial Applicator
Associated Builders and Contractors Association, Inc - Certified Blueprint Reading
HAAG Certified Inspector
Versico Roofing Systems – Certificate of Achievement
GAF Materials Corp – Certified Maintenance Professional
National Federation of Independent Business – Member

EXH - 000002 of 000002





## Justin Willits

**COO and Lead Building Consultant / Partner**
**PCG Consulting, LLC**

**Tel**: (615) 626-2323
**Email**: justin@consultpcg.com

**Mailing Address:**
2000 Mallory Lane, Suite 130 #239
Franklin, TN 37067

## Biography

Justin grew up in the construction industry. He began his construction career working for his fathers company at a young age and developed into his Father's main project manager. His father owns a multi-faceted Commercial and Residential construction company and has been a General Contractor for over 35 years. That's where Justin learned first-hand how to build a structure from the ground up – by doing it himself. After branching off from his father's company, Justin owned and ran his own construction business for several years before entering into the building consulting industry in 2007.

Justin has been assisting Contractors, Attorneys, Insurance Carriers, and Policy holders as a contractor and consultant for over 18 years and brings a wealth of knowledge to each client he serves.

Justin began specializing in understanding how to properly estimate a loss in the insurance company's software "Xactimate" while working as a restoration contractor beginning in 2002. Justin has expanded that understanding over almost 2 decades and now is accustomed to handling large complex losses all over the United States. Justin is one of about 300 level III certified Xactimate experts in the nation and his expertise in presenting complex multi-million dollar insurance estimates has provided his clients peace of mind knowing they have a great expert on their side. Justin has been certified as a Federal court expert on estimating and pricing in multiple cases. Justin specializes in Large commercial and industrial losses many of which far exceed $1,000,000.00 in Structural damages.

## Credentials

Level III Certified Xactimate
OSHA 10 Certified

## Deposition and Court Testimony (prior 4 years)

*United States Roller Works v State Auto Property & Casualty Insurance Company*, U.S. Middle District of TN, 2018

*Smart Alabama, LLC v Sompo Japan Insurance Company,* U.S. Middle District of AL, 2019

*The Highlands Condominium Homeowners Association v Owners Ins. Co.,* Circuit Court for Sevier County, TN 2020

EXH - 000001 of 000001

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:29 PM
89824-2

**Tom Barrett**

**2246 Boulevard Napoleon**

**Louisville, KY 40205**

**Cell: 843-810-2423**

**Tbarrett@tobaclaims.com**


## Insurance Claims Experience


**Toba, LLC – Louisville, KY**                                                **2019-Present**

 I have expertise in determining cause of residential and commercial property damage and estimation of repair.  I am also a state licensed Public Insurance Adjuster in Kentucky, Indiana, Ohio, North Carolina and South Carolina.  In addition, my experience has been sought by other parties in need of insurance property damage claim consulting and the insurance appraisal process.

Toba, LLC is a company that provides property insurance claim assistance, property damage consulting and property repair estimation.


**Daily Claims Adjuster – KY & IN**                                                **2016-2019**

**Independent Adjuster**

Handled claims for multiple independent adjusting companies in the Kentucky and Indiana area. In addition to claims handling I have been involved in the appraisal process, mediations, and file review.


**T. Barrett & Associates, Louisville, KY**                                                **2008-2016**

**Partner/Operations Manager**

Involved in the ground-up development of all internal and external processes, business development, product accuracy, staff & subcontractor management, file management, and quality control.

**Results**

§   Provided successful and innovative service to our clients in times of catastrophic events and in the handling of daily claims that resulted in accurate indemnity recommendations and a significant reduction in supplemental requests from the policyholder and/or their representative.  The best practices that were implemented resulted in a significant savings, per the client.

§   Acquired the confidence of our clients and were allowed to handle the more intricate claims including but not but not limited to municipality and multi-million dollar commercial claims.

EXH - 000001 of 000003

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:29 PM
89824-2

- § Developed a claim review and management protocol which has been utilized by several of our clients as their ongoing claims quality control strategy.
- § Consistently provide timely support to field staff and acted as the key point of contact with the insurance company throughout the claim process.

### James C. Greene Company                                                      2000- 2001

*An independent adjusting company that provides claim handling service to North and South Carolina.*

**Property and Casualty Adjuster**

Staff adjuster for the Charleston, South Carolina office.  Handled property and casualty claims in Charleston, South Carolina, and surrounding counties.

- Assisted with local office reformation and reported directly to the Vice President of the company.

### Cunningham Lindsey                                                            2001- 2002

*A national company that provides claim handling services.*

**Property and Casualty Adjuster**

Sole adjuster for the Charleston, South Carolina office.  Handled property and casualty claims for the entire state of South Carolina.   Reported to a manager in Atlanta, GA.

### Tom Barrett, LLC                                                              1992- 2008

*Acted as a field adjuster for multiple independent adjusting companies.*

**Property and Casualty Adjuster**

Started my career in the insurance industry as an independent adjuster.  I have handled claims for 53 catastrophic events, including but not limited to hurricane, hail, earthquake, flood, and business interruption claims after the World Trade Center fell.

- Field experience has provided much insight and experience which has contributed to my ability to effectively manage and qualify field staff.
- Provided the opportunity to develop a constructive and enduring work ethic in times of chaotic intervals with dynamic environments while utilizing reduced resources.

### Education

University of Kentucky - 1991
Indiana University Southeast - 1994
Sullivan University – 1995 – 1997
College of Charleston- 2003
Vale Tech Property Course
Vale Tech Casualty Course

EXH : 000002 of 000003

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:29 PM
89824-2

## Licenses

- Kentucky Resident Public Adjuster          – License number: 390484
- Indiana Non- Resident Public Adjuster          – License Number: 3494861
- Ohio Non-Resident Public Adjuster          – License Number: 1295343
- South Carolina Non-Resident Public Adjuster          – License Number: 3629499
- North Carolina Non-Resident Public Adjuster          – License Number: 3629499

EXH : 000003 of 000003

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:52:58 PM
89824-2

# Austin Thomas Burton, LEED AP

5115 Whites Creek Pike. Whites Creek, TN 37189
Phone: (615) 542-0485
E-mail: Austin@midsouthconstruction.net

## EDUCATION

Middle Tennessee State University: August 2008
- Engineering Technology & Industrial Studies Department
- Bachelor of Science in Concrete Industry Management
- Business Administration Minor

## CERTIFICATIONS & ACCREDIATIONS

- Currently Licensed General Contractor in 11 states
- Infrared Thermography Certification Level 1
- LEED AP
- MidSouth Construction is a GAF Master Elite Contractor
- MidSouth Construction is Carlisle and Firestone Certified Roofing Installers

## WORK EXPERIENCE

**MidSouth Construction,** LLC-Nashville, TN
 Jan 2011-Present
- Owner: Manage Estimators, Project Managers, Salesman & Quantity takeoffs. We have had thousands of customers. We specialize in all types of roofing. Constructed & Managed approximately $40,000,000 in construction work since January 2011

**Q.E. Construction,** LLC-Murfreesboro, TN
March 2009-Dec 2010
- Salesman/Project Manager: Created, Sold, Managed, Collected & Constructed General Contracting jobs ranging from $5,000-$70,000, sold over 1.8 million dollars of business in 2 years

**Lithko Contracting,** Inc.-Nashville, TN
September 2008-February 2009
- Project Coordinator: Interpreted blueprints, performed quantity takeoffs, coordinated with field, Compared JTD reports with budget, worked on jobs ranging from $300,000-$800,000
- Field Technician: Updated project logs/reports, laid out jobsite, Worked cast-in-place wall crew, Carpenter

**Concrete Technologies,** Inc.-Murfreesboro, TN
December 2006-January 2008
- Laborer: Constructed residential and commercial concrete work

**John Murray Construction -Murfreesboro,** TN
 August 2006-November 2006
- Laborer: Remodeled, redesigned and constructed upscale homes

EXH - 000001 of 000001

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed        22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:23 PM
89824-2

# <u>Charles (Chuck) W. Howarth, CPCU</u>

137 Third Avenue North
Franklin, TN 37064
(615) 406-0834

---

**Objective:   Insurance Claim Consulting Services For Businesses, Individuals & Carriers**

## SUMMARY OF QUALIFICATIONS

ALMOST FORTY (40) years of adjusting Property Insurance Claims for Insurance Companies, Corporations, Small Businesses, Condominiums, Apartments and Homeowners.  Expert Testimony and Adjusting Experience that encompasses the full spectrum of the claims process, including Building Damage Valuation, Business Interruption calculation, Personal Property valuation, the Claims Adjusting process, Good Faith Claims Practices, The Appraisal Process, etc. in multiple State and Federal Courts throughout the Southeast US.

- Manufacturing
- Retail Stores
- Condominiums
- Hotels/Motels
- Multi-level Housing
- Major Corporations

**OWNER / PRESIDENT**

Insurance Claim Consulting / Appraisal / Expert in the business of assisting policyholders and carriers throughout the South-East United States from Indiana to the Florida Keys, including the Virgin Islands.  The Corporate office is in the Nashville, Tennessee area.

*The Howarth Group, Inc. 1992-2021*

**BRANCH MANAGER**

Managed the Tampa Branch of a small PA Company headquartered out of Jacksonville, Florida. Required the full range of management skills necessary to the smooth and profitable operation of a fully staffed insurance claims office.

*Howard Wehnes, Jr. & Co., Inc. 1986-1992*

EXH·: 000001 of 000007

Filed        22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:23 PM
89824-2

Page-2, C.V.
Charles W. Howarth, CPCU

## STATE FARM Re-INSPECTOR/TRAINER, CLAIMS ADJUSTER

Started out as a property claims adjuster with State Farm Insurance Company and was ultimately promoted to the position of Re-inspector/Trainer for the West Coast of Florida. The responsibilities of the job were to both train property claims adjusters for State Farm Insurance Co. in proper good faith claims handling practices as well as auditing closed claim files to evaluate training needs in my region.

*State Farm Insurance Company 1980-1986*

## EDUCATION, SPECIALIZED TRAINING and ACCOMPLISHMENTS

- Holmes Bible College, Greenville, SC – Degree - Theology

- CPCU Degree – (Chartered Property & Casualty Underwriter) The American Institute for Property and Casualty Underwriters, Inc.

- AIC Degree – (Associate in Claims) Insurance Institute of America

### MEMBERSHIPS (Past & Present)

- National Society of CPCU.
- Rule-31 Approved Mediator, Supreme Court of Tennessee

## PERSONAL

Born in Florida                    Married, 43 Years
Birthdate: 8-28-54                 Four Children, Two Grandsons

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:23 PM
89824-2

**Page-3, C.V.**
**Charles W. Howarth, CPCU**

## PRIOR EXPERT TESTIMONY (Partial)

### FEDERAL & STATE COURTS

Stuart's Sleep Center, Inc. dba Matter Bros. Furniture vs. Atlantic Mutual Ins. Co., Case No. 92-95-CIV-FTM-22D, US District Court, Ft. Myers Division.

Prudential Prop. & Cas. Ins. Co. vs. Nicholas Grados, Case No. 91-1104-CIV-T-99B, US District Court, Tampa Division.

United States of America vs. Stephen E. Cantor and Irwin H. Cantor, Case No. 93-291- CR-T-25(B), US District Court, Tampa Division.

Tampa Brass & Aluminum Corp., vs. American Employers Insurance Co., Case No. 9308456, Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida.

Manard Clark, Clark Hardware of Ruskin, Inc., dba Clark's Home Furnishings, and Apollo Beach 1, Inc., dba Ruskin Village Barber Shop & Ruskin Village Beauty Shop, vs. Auto Owners Insurance Company and East Bay Insurance Agency, Inc., Case No. 92-09683, Circuit Court of the 13th Judicial Circuit, Hillsborough Co., Florida.

Robert Silas Pierce and Orlando Oquendo vs. The Standard Fire Insurance Company, Case No. C197-4106, Division 39, The Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Civil Division.

Bayside Seafood Depot, Inc. vs. Yanoff South Inc. and Scottsdale Ins. Co., Case No. 961585-P, Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida.

Aability Medical vs. General Accident Insurance Company of America, Case No. 96-2660-CIV-T-17C, US District Court, Middle District of Florida, Tampa Division.

Mark Fazzone and Elizabeth Fazzone f/k/a Elizabeth Coons, vs. USAA Casualty Insurance Company f/k/a USAA Property and Casualty Insurance, Case No. 98-483-CA, The Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida, General Civil Division.

Frank Rea vs. First Floridian Auto and Home Insurance Company a Florida Corporation, Case No. 97-09330, Division-A, The Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, General Civil Division.

The Palms of Islamorada Condominium Association, Inc., Case No. 98-20713 CA 03, The Circuit Court of the Sixteenth Judicial Circuit, In and for Monroe County, Florida, Civil Division.

Richards Golf Co., a Florida Corporation vs. Assurance Company of America, a Maryland Corporation, Case No. 98-2352, The Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

EXH - 000003 of 000007

Page-4, C.V.
Charles W. Howarth, CPCU

**Prior Expert Testimony Continued:**

Kathy Regan and Judith Utley d/b/a The Lamp Lighter, vs. Talmage Insurance Agency, Inc. and Juanita Talmage, individually and The Northern Insurance Company of New York, Case No. 99-796-CA, The Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida.

Joseph Parziale and Marie Parziale, his wife, Chuck Howarth and Dale McCrory, Individually and d/b/a Chuck Howarth & Associates vs. Government Employees Insurance Company and Timothy Ferro, Case No. 98-2697, Division-E, The Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division.

Paul D. Hussey vs. Southern Guaranty Insurance Company, Case No. 98-3681-111, The Chancery Court for Davidson County, Tennessee at Nashville

Thomas and Bobbie Allen vs. Allstate Insurance Company and Allstate Indemnity Company, Case No. 99-50-11, Chancery Court, Davidson County, State of Tennessee.

Bailey B. Stack Individually and d/b/a Lawing-Johnson Garvin Company vs. Grange Mutual Casualty Company, Case No. C 13-904, The Circuit Court for Montgomery County, Tennessee.

Inez Sisco and Francis Sisco vs. Certain Underwriters at Lloyds, London, Case No. 3-990513, U.S. District Court, Middle District of Tennessee, Nashville Division.

Billie Rose Daniel vs. Tennessee Farmers Mutual Insurance Company, Case No. 00C1750, In The Fifth Circuit Court For Davidson County, Tennessee.

Lettuce Feed You, Inc., d/b/a Farmers Market Restaurant vs. Commercial Propane, Inc., Case No. 98-2588-CA-RWP, In The Circuit Court of the Twentieth Judicial Circuit In and For Lee County, Florida.

Eudora Faye Keen vs. Allstate Insurance Company, Case No. 99C-3254, In The Eighth Circuit Court For Davidson County, Tennessee.

Continental Property Management, LLC vs. General Accident Insurance Company and CGU Insurance Company, Docket No. 3-01-0098, In The United States District Court Middle District of Tennessee, Nashville Division.

West Florida Village Inn, Inc. d/b/a Best Western Village Inn vs. General Star Indemnity Company, Case No.: 02-3124, In The Circuit Court of the Third Judicial Circuit in Hillsborough County Florida, Civil Division.

Gregory Boyd Baker vs. Auto Owners Insurance Company and Sharon Kathleen Cline, Civil Action No. _____, In The Commonwealth of Kentucky Madison County Circuit Court.

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:23 PM
89824-2

Page-5, C.V.
**Charles W. Howarth, CPCU**

**<u>Prior Expert Testimony Continued:</u>**

Sunday School Publishing Board of the National Baptist Convention of the USA vs. CGU Insurance Company, Civil Action No. 3-00-0123, In The United States District Court Middle District of Tennessee, Nashville Division.

Kevin Hall vs. Roy Duncan and State Farm Fire and Casualty Insurance Company, Civil Action No. 02-CI-00043, In The Commonwealth of Kentucky Jessamine County Circuit Court.

William L. Yoder and Joanne T. Yoder vs. Tim Hall, individually and d/b/a H&H Construction, and Anderson Distribution, Inc., Coffee County Chancery Court Case No. 00-375.

Scott Reader, Trustee of the Scott Reader Trust and Larry Peach, d/b/a Peachtree Galleries vs. Owners Insurance Company; United States District Court Western District of Kentucky at Owensboro, Civil Action No: 4:07CV-00046-JHM.

Gulf Shores Surf & Racquet Club Condominium Association, Inc. vs. Westchester Surplus Lines Insurance Company, CV-2008-900117, In The Circuit Court of Baldwin County, Alabama.

Romar House Association, Inc. vs. Westchester Surplus Lines Insurance Company, NO. 08-455, The United States District Court for the Southern District of Alabama, Southern Division.

Greg Ross vs. State Farm Fire & Casualty Company, NO. 3-09-1196, The United States District Court for the Middle District of Tennessee, Nashville Division.

Jerome S. Tannenbaum and Deborah M. Tannenbaum vs. Federal Insurance Company, NO. 3-11-1077, The United States District Court for the Middle District of Tennessee, Nashville Division.

Alexander Properties Group, Inc., et al vs. Commonwealth Insurance Company, Arbitration before the Honorable Charlie Trotter, Nashville, TN

J. T. Carneal dba J. T. Carneal Enterprises and Suzanne Roberts dba Anne's Bridals, LLC vs. Travelers Casualty Insurance of America and Henneberger and Flynn Insurance Agency, Inc. NO. 5-12-CV-174-R, The United Stated District Court for the Western District of KY, Paducah Division.

EXH : 000005 of 000007

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:23 PM
89824-2

**Page-6, C.V.**
**Charles W. Howarth, CPCU**


**Prior Expert Testimony Continued:**


Jinil Corporation and Arvind Patel, individually and as Agent of Jinil Corporation vs. Western Rivers
    Corporation; Bolton & Company, Civil Action No. 09-CI-00045, In The McCracken Circuit Court,
    Division No. 1, Commonwealth of Kentucky.

Union Insurance v. Blakeney Palmer.  No.: 7:12-CV-04072.  In the United States District Court for the Northern
    District of Alabama, Western Division.

VJ, LLC vs. State Auto Property and Casualty Insurance Company.  No. 2:14-cv-02919-SHM-dkv.  In the United
    States District Court for the Western District of Tennessee Western Division.

Robert Sadler and Karen Sadler vs. Auto-Owners Insurance Company.  No. 15-CV-7.  In The Circuit Court of Decatur
    County, Tennessee at Decatureville.

Willard Cole and Tammy Cole vs. Auto-Owners Ins. Co.  No 5:16-cv-00834-KOB.  In The United States District
    Court For The Northern District of Alabama Northeastern Division.

Copper Ridge Owner's Association v. Philadelphia Indemnity Insurance Company.  No 3:16-ev-305.  In the United
    States District Court For The Western District of North Carolina Charlotte Division.

Haman, Inc. dba Knights Inn v. Chubb Custom Insurance Company.  No CV 2016-900146.  In the Circuit Court of
    Jefferson County, AL.

Cobblestone Condominium Association, Inc. v. Travelers Casualty Insurance Company of America.  No.: 5:16-cv-
    00573-MHH.  In the United States District Court for the Northern District of Alabama Northeastern Division.

Hatfield Inn, LLC vs. Eaves Insurance Agency, LLC.  No. 15-CI-00071.  In The Commonwealth of Kentucky Grayson
    Circuit Court, Div. II.

Central Baptist Church of Albany, GA, Inc. vs. Church Mutual Insurance Company.  No. 1:16 cv00231-LJA.  In the
    United States District Court Middle District of Georgia Albany Division.

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:23 PM
89824-2

**Page-7, C.V.**
**Charles W. Howarth, CPCU**

**Prior Expert Testimony Continued:**

Catlin Syndicate Limited, vs. Ramuji, LLC dba Budget Inn, and Peoples Independent Bank.  No. 4:16-CV-01331-VEH.  In the United States District Court For The Northern District of Alabama Northern Division

Donald Harbison and Rebecca Harbison vs. Nationwide Property & Casualty Ins. Co.  No. 5:20 – CV – 00804-AKK.  In the United States District Court For The Northern District of Alabama Northern Division

Kevin MacIsaac vs. State Farm Fire & Casualty Company.   No. 3:19-cv-00118.   In the United States District Court for the Eastern District of Tennessee at Knoxville.

Southern Wholesale Fibers & Recycling, Inc. vs. Evanston Ins. Co.  No. 28-CV-2018-900331.00  In the Circuit Court of DeKalb County, Alabama.

Dale Ingram vs. State Farm Fire & Casualty Company.  No. 1:11-CV-75.  In the United States District Court for the Eastern District of Tennessee.

Michael Hickey vs. State Farm Fire & Casualty Company.  No. 2022-00159-CG-B.  In the United States District Court for the Southern District of Alabama Southern Division.

EXH : 000007 of 000007

Filed          22-CI-00306          12/21/2022          Tiffany Franex Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:09 PM
89824-2

**Brian J. Haden AIC/FLCA/FLCS/OSHA 10/ IICRC FSRT**
**1540 Keller Pkwy**
**Ste 108-320**
**Keller TX 76248**
**(O) 866-582-4591**

## Curriculum Vitae
_____

**Job History:**   Orange County Fire Department – CA -1991-1994
              Wild Land Firefighter
         Merriam Fire Department KS – 1994-1996
              Fire Fighter / EMT
         State Farm Insurance – VA – 1998-2006
              Auto Claims Processor
              Fire Claim Representative
              Special Investigative Unit – Adjuster
         Liberty Mutual Insurance – FL – 2006-2006
              Catastrophe Adjuster
         Insurance Claims Specialists / Haden Claims Service 2006- Present
              Independent Adjuster
              Expert Witness for both Defense and Plaintiff work
              Public Adjuster
              Appraiser / Umpire

**Education:**   Woodbridge High School – Irvine California – Graduated 1992
         Orange County Fire Department Fire Academy – 1992
         University of Kansas Fire Fighter I & II / EMT 1996
         Bachelor of Science – Criminal Justice – Bluefield College 2001

*Designations*:
              Firefighter I & II – University of Kansas 1996
              Associates in Claims – American Educational Institute 2000
              Fraud Claims Law Specialists – American Educational Institute 2004
              Fraud Claims Law Associates – American Educational Institute 2005
              Legal Principals – American Educational Institute – 2005
              Ordained Pastor – Calvary Chapel – Police Chaplain 2001-2005

*Certificates:*
         Licensed - Adjuster - since 1998
         National Flood Insurance Program – Certified Adjuster
         FEMA – Environmental Disaster Certified Adjuster
         Windstorm Network Appraiser Certified
         Windstorm Network Advanced Umpire Certified
         IICRC – Fire and Smoke Restoration Technician
         OSHA 10 – Certified
         IAUA – Appraiser & Umpire Certified

**Memberships:**
         Windstorm Network
         Claims Litigation Management

EXH - 000001 of 000005

Haden Claims Service LLC 1540 Keller Pkwy Ste 108-320 Keller TX 76248 – (O) 866-582-4591

Filed          22-CI-00300          12/21/2022          Tiffany Franex Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:09 PM
89824-2

Texas Association of Public Insurance Adjusters –
    Board of Directors, Vice President 2019-2020
International Appraiser & Umpire Association
National Association of Public Insurance Adjusters


**Volunteer:**        Mission of Hope Bolivia – Board Member – 2002 – 2016
Operation Underground Railroad – 2013 – 2018
Children's Restoration and Safe House 2015 – Co-Founder
Bible Teacher – Still Creek Boys & Girls Ranch – 2011-2013
Houston Livestock Show & Rodeo – 2011 – 2014
Martha Jefferson Hospital – Community Action Committee – 2000-2004
Texas Association of Public Insurance Adjusters Board Member -2015-Present
Albemarle County Police Department – Police Chaplain 2001-2005
Calvary Chapel Charlottesville – Youth Pastor / Assoc. Pastor 1998 - 2003


**Client Types:**

| | |
|---|---|
| Residential Property Owners | Hospitals |
| School Districts | Apartment Complexes |
| Condominium Complexes | Churches |
| Commercial Retail & Industrial | Hotels/Motels |
| Aviation Facilities | Shopping Malls |
| Assisted Living Facilities | Storage Facilities |
| Restaurants | Lumber Mill |
| Insurers | Cold Storage Facilities |

EXH· - 000002 of 000005

Haden Claims Service LLC. 417 E Dallas Rd. Grapevine TX 76051 (O) 866-582-4591

Filed          22-CI-00306          12/21/2022          Tiffany Francx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:09 PM
89824-2

**Years of Experience:** 20+

Brian Haden is a licensed insurance adjuster in multiple states across the United States.  Mr. Haden began his insurance career after spending six years in the fire service.  Mr. Haden began working for State Farm insurance in 1998 and continued with State Farm until 2005.  Mr. Haden started his career at State Farm as a Claims Processor and while raising a family and holding two jobs, he continued his education and received his BS in Criminal Justice from Bluefield College located in Bluefield Virginia.  After receiving his degree, Mr. Haden was promoted to a Claims Representative.  Mr. Haden continued his education and received several designations related to the field of insurance adjuster and claims handling practices.  Mr. Haden was again promoted to State Farm's "Special Investigative Unit".

In 2005, Mr. Haden accepted an offer from Liberty Mutual Catastrophe Team.  This move was based upon improved salary, benefits, and experience.  Mr. Haden left Liberty Mutual after Hurricane Katrina made landfall to create Haden Claims Services LLC.  As an independent adjuster with Eberl's Claims Service Mr. Haden handled claims across the Southern US and was assigned to Citizens Property Insurance Corporation in Florida as a special investigator for the state.

Mr. Haden has handled every size claim and structure, ranging from automobile, boats, mobile homes, single-family dwellings, high rise condominiums, hospitals, to entire school districts.  As a licensed adjuster/appraiser/umpire, Mr. Haden has worked a multitude of losses including, but not limited to theft, vandalism, malicious mischief, accidental fires, arson fires, wild land fires, lightning, collapse, vehicle impact, hurricanes, tornadoes, hail/wind, and structural defect.  Mr. Haden is known for his detailed work, knowledge of the insurance policy, and most importantly a fair and balanced approach to settling claims.  It's this philosophy which allows Mr. Haden to be one of a very few adjusters who are recognized by insurance companies, defense firms, as well as property owners and plaintiff firms, as a fair and accurate expert adjuster.  Mr. Haden continues to receive expert assignment from both defense and plaintiff law firms.  Mr. Haden's expert work values range from damages in the hundreds of thousands to as much as $80 million on a single project.  As an appraiser/umpire, Mr. Haden has handled over 3,000 appraisals ranging in value from several thousand to nearly ten million dollars.

Mr. Haden often teaches continuing education classes on insurance appraisal procedures, ethics, and proper claims handling.

Mr. Haden's years of experience provides him access to some of the best experts in construction, meteorology, claims handling, economic loss evaluators and other experts to assist in the fair and proper settlement of claims handling.

Mr. Haden has been recognized in both Federal and State Courts as an expert witness.

EXH : 000003 of 000005

Filed          22-CI-00306          12/21/2022          Tiffany Francx Griffith, Marshall Circuit Clerk

Haden Claims Service LLC, 1540 Keller Pkwy Ste 108-320 Keller TX 76248 - (O) 866-582-4591

Filed          22-CI-00300      12/21/2022      Tiffany Francx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:09 PM
89824-2

**Project Experience:**

*School Systems:*    Pearl River ISD – Mississippi
Jefferson Davis ISD – Mississippi
Beaumont ISD - Texas
Prosper ISD – Texas
Freer ISD – Texas
Amarillo ISD – Texas
River Road ISD - Texas

*Hotels/Motels:*    Days Inn Vernon – Texas
Holiday Inn -  Texas
Guest Motel -  Texas
Great Western Inn – Texas
La Quinta Inn & Suites – Texas
OVP Properties - Texas

*Apartments/Condos:* The Trials – Tennessee
Pebble Point – Indiana
Fisherman's Village - Indiana
Woodforest Apartments – Texas
Southwinds Condos – Florida
Southwinds Condos - Texas
Strawberry Hill Apartments – Texas
6111 Ridgeway - Tennessee
AVPM Properties (21 apartment complexes) – Dallas
Carlingford Apartments – Texas
Dominion Condo's - Florida
Pebble Point Apartments– Indiana
Fishermans Village - Indiana
Strawberry Apartments – Texas
Ridgeway Apartments – Memphis
The Trails Apartments – Nashville
Approx. 100 additional Apartment complexes – Across the USA

*Hospitals / Medical:* Medistar a/k/a Apex Hospital – Texas
Centaurus Properties – Texas
Grogan's Park – Texas
Southland Medical – Texas
Cuidado Home Health Center - Texas

EXH - 000004 of 000005

Filed          22-CI-00366          12/21/2022          Tiffany Franex Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:09 PM
89824-2

*Commercial / Industrial:*

> Hong Kong Mall
> Westport Shopping
> Dickinson Plaza
> Agellan Capitol
> Deerbrook Shopping
> Lakeside Plaza
> Wilcrest Properties
> SMF Investments
> Viet Hoa Shopping Center
> Durek Investments
> Wilcrest Properties
> Capital Village

*Churches:*

> First Church of Pearland
> Living Word Church
> Fellowship Church
> New Hope Baptist
> Still Creek Boys & Girls Home
> First Baptist of Lakeland
> Evangelical Church of Christ
> Additional 30+ Churches

*Specialty:*

> Switzer Locker Room Storage Facilities
> Griffin Aviation
> US Frozen Foods
> US Aviation
> Greenpoint Aviation
> Jet Center of Dallas

EXH : 000005 of 000005

Filed            22-CI-00306        12/21/2022        Tiffany Franex Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
90830



**Curriculum Vitae**

# Toby J. Johnson

31 Northhaven Drive, Jackson, TN 38305
Phone: 806-438-7457
Toby@Omegabcs.com

## PROFESSIONAL BIOGRAPHY:

Toby Johnson is an insurance consultant and adjuster with more than twenty-years' experience and has adjusted insurance claims in nineteen states on behalf of more than seventy insurance companies, including seven of the largest carriers in the United States. Having acquired more than fourteen-years' experience as an insurance carrier and policyholder appraiser, Mr. Johnson is frequently called upon to serve as a neutral appraisal umpire across the country and has successfully resolved complex disputes on losses in excess of $16 million. Holding "IAUA" and "P.L.A.N." appraisal and umpire certifications, Mr. Johnson has presided as an appraisal umpire in excess of 200 times for appraisals located in Alabama, Florida, Georgia, Indiana, Iowa, Kentucky, Louisiana, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Carolina, South Carolina, Tennessee, Texas, and Wyoming. Mr. Johnson has also been designated as a court appointed neutral umpire in numerous courts across Florida, Kentucky, North Carolina, Tennessee, and Wyoming, and has also served as an arbitrator member for Arbitration Tribunals concerning property insurance dispute resolution matters. Mr. Johnson is also accredited as a Continuing Education (CE) Provider by the Florida Department of Financial Services.

Licensed in numerous states as an adjuster and with vast experience working on behalf of both insurance companies and policyholders, Mr. Johnson is uniquely positioned to offer an independent evaluation of claims and is often called on to serve as a building consultant or expert witness in various settings. Having handled more than 6,000 first-party insurance claims, Mr. Johnson has experience and expertise in evaluating and estimating a variety of structure losses. Credentialed as a Level III Xactimate Subject Matter Expert and certified for Advanced Property Adjusting, combined with extensive experience in working with a multitude of general contractors, engineers, adjusters, and building consultants, Mr. Johnson is skilled at estimating losses and is frequently called upon to accurately evaluate and determine the amount of loss on property damage claims. Mr. Johnson has also been recognized as an expert witness in both State and Federal Courts.

Having personally evaluated more than 6,000 roof systems totaling more than 30 million square feet, Mr. Johnson is uniquely skilled to appraise roof related damage and repair costs. Mr. Johnson has received accreditation by Haag Engineering, Co. as a Haag Certified Inspector for both Residential and Commercial roof systems. Mr. Johnson also holds certifications from Liberty Mutual, USAA, and Texas Windstorm specifically to evaluate wind and hail related damage.

Mr. Johnson has obtained eight "IICRC" designations from the Institute of Inspection Cleaning and Restoration Certification related to fire and smoke restoration and has also earned his certification from Restoration Sciences Academy (RSA) in Fire, Odor Control, Upholstery, Fabric, and Carpet Cleaning and Restoration. Mr. Johnson has successfully obtained the highest level of education and training available from the IICRC in fire restoration and is recognized as a "Master Fire & Smoke Restorer" by the IICRC Board of Directors. Mr. Johnson has personally evaluated hundreds of fire losses on both residential and commercial structures and has presented millions of dollars in repair estimates related to fire and smoke restoration.

EXH - 000001 of 000001 of 000019

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed            12/21/2022        Tiffany Franex Griffith, Marshall Circuit Clerk

Filed          22-CI-00366          12/21/2022          Tiffany Franck Griffith, Marshall Circuit Clerk
II
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80824-2

**Curriculum Vitae**

## PROFESSIONAL INDUSTRY SPECIFIC ACCREDITATIONS:

| | |
|---|---|
| **Alabama: -** Independent Insurance Adjuster | #0445549 |
| **AMCAT: -** Advanced Property Adjusting Certification | #A702 |
| **California: -** Earthquake Adjuster Certified | #021207 |
| **Florida: -** All Lines Independent Insurance Adjuster | #E162023 |
| **Haag Engineering Co. -** Commercial Roof Inspector Certified | #201904110 |
| **Haag Engineering Co. -** Residential Roof Inspector Certified | #201904110 |
| **HomeWise: -** Property Adjuster Certification | #022410 |
| **IAUA: -** Property Appraiser and Umpire Certified | #101419 |
| **IICRC: -** Carpet Cleaning Certified | #229425 |
| **IICRC: -** Fire and Smoke Restoration Certified | #229425 |
| **IICRC: -** Health & Safety Equivalent Certified | #229425 |
| **IICRC: -** Journeyman Fire & Some Restorer Certified | #229425 |
| **IICRC: -** Journeyman Textile Cleaner Certified | #229425 |
| **IICRC: -** Master Fire and Smoke Restorer Certified | #229425 |
| **IICRC: -** Odor Control Certified | #229425 |
| **IICRC: -** Upholstery & Fabric Cleaning Certified | #229425 |
| **Indiana: -** Property & Casualty Independent Insurance Adjuster | #847842 |
| **Kentucky: -** Independent Insurance Adjuster | #643100 |
| **Liberty Mutual: -** Hail Investigation Procedures Certified | #070507 |
| **Louisiana: -** Comprehensive Independent Insurance Adjuster | #439117 |
| **Louisiana: -** Registered Insurance Appraiser | #439117 |
| **Minnesota: -** Multiple Lines Independent Catastrophe Adjuster | #40104706 |
| **Mississippi: -** Independent Insurance Adjuster | #10050076 |
| **Mississippi: -** Public Insurance Adjuster | #10050076 |
| **Oklahoma: -** Property Independent Insurance Adjuster | #40049138 |
| **OSHA: -** OSHA 10 Certified | #34006126499 |
| **P.L.A.N.: -** Property Loss Appraiser & Umpire Certified | #627282919 |
| **Restoration Sciences Academy: -** Carpet Cleaning Certified | #0702038A |
| **Restoration Sciences Academy: -** Fire Restoration Certified | #0151 |
| **Restoration Sciences Academy: -** Odor Control Certified | #0111 |
| **Restoration Sciences Academy: -** Upholstery & Fabric Cleaning Certified | #0702023A |
| **Shelter Insurance: -** Property Adjuster Certification | #041110 |
| **Tennessee: -** Public Insurance Adjuster | #2282596 |
| **Texas: -** All Lines Independent Insurance Adjuster | #1308860 |
| **Texas: -** Public Insurance Adjuster | #1970291 |
| **Texas Fair Plain Association: -** Residential Adjuster Certified | #104484 |
| **Texas Windstorm Insurance Association: -** Commercial Adjuster Certified | #104483 |
| **Texas Windstorm Insurance Association: -** Residential Adjuster Certified | #104484 |
| **USAA: -** Catastrophe Property Adjuster Certified | #033016 |
| **Xactware: -** Xactimate Level 3 Subject Matter Expert Certified | #1513757 |

## INDUSTRY SPECIFIC PROFESSIONAL EXPERIENCE:

2019—2022: Principal & Founder
Omega Building Consultants & Omega Insurance Appraisals
Jackson, Tennessee

2018—2022 Property Loss Appraiser
Unity Claims Management
Frisco, Texas

2014—2022: President
Cornerstone Public Adjusting & Consulting
Jackson, Tennessee

2010—2014: Property & Casualty Claims Adjuster
Wardlaw Claims Service
Waco, Texas

2005—2015: Senior Property Claims Adjuster
Ideal Adjusting
Sugarland, Texas

2005—2017: Catastrophic Property Claims Adjuster
Mason Claim Services
Boerne, Texas

2004—2009: Property & Casualty Claims Adjuster
Accurate Insurance Claims Service
Knoxville, Tennessee

2001—2004: Apprenticeship for Property Insurance Claims Adjusting
Johnson Insurance
Aspermont, Texas

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH : 000002 of 000019

Filed          22-CI-00366          12/21/2022          Tiffany Franck Griffith, Marshall Circuit Clerk

Filed        22-CI-00366        12/21/2022        III        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
89824-2

**Curriculum Vitae**

## TECHNICAL ACTIVITIES:

### Court Appointments:

- Approved as an expert witness by the Federal Court of the United States District Court for the Southern District of Alabama

- Approved as an expert witness by the Circuit Court of Henderson County Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 26th Judicial District, Division III, of Madison, Chester, and Henderson Counties, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 30th Judicial District, Division I, of Jefferson County, Kentucky

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 21st Judicial District, Division IV, of Williamson, Hickman, Lewis, and Perry Counties, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 13th Judicial District, Division IV, of Shelby County, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Chancery Court of the 26th Judicial District, of Madison, Chester, and Henderson Counties, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 14th Judicial Circuit, in and for Bay County, Florida

- Court Appointed to serve as a Neutral Appraisal Umpire by the District Court of the 6th Judicial District, of Campbell County, Wyoming

- Court Appointed to serve as a Neutral Appraisal Umpire by the District Court for the Western District, Charlotte Division, North Carolina

### Insurance Appraisal and Appraisal Umpire Service:

- Served in the capacity of an Arbitrator, Appraiser, and Appraisal Umpire during Alternative Dispute Resolution (ADR) settings

- Appointed by insurance carriers to act within the Appraisal provisions of the insurance contract

- Appointed by policyholders to act within the Appraisal provisions of the insurance contract

- Appointed by defense counsel to act within the Appraisal provisions of the insurance contract

- Appointed by plaintiff counsel to act within the Appraisal provisions of the insurance contract

- Appointed to serve as a Neutral Appraisal Umpire and mutually agreed upon by both insurance carrier and policyholder appraisers, on numerous occasions across multiple states

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH - 000003 of 000019

Filed        22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed                 22-CI-00366        12/21/2022        Tiffany France Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80834:2

IV

**Curriculum Vitae**

### TECHNICAL ACTIVITIES CONTINUED:

**Partial List of Insurance Appraisal and Appraisal Umpire Experience:**

- 2022 - Court Appointed Umpire by Judge David S. Cayer - Wind Loss
- 2022 - Court Appointed Umpire by Judge Stuart Healy III - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2022 - Court Appointed Umpire by Judge William Henry - Hurricane Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Tornado Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Court Appointed Umpire by Judge Steven Maroney - Wind Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2021 - Appointed Appraiser by Policyholder - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Court Appointed Umpire by Judge Gina Higgins - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Water Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH : 000004 of 000019

Filed                 22-CI-00366        12/21/2022        Tiffany France Griffith, Marshall Circuit Clerk

Filed                22-CI-00366              12/21/2022            Tiffany Fraley Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
88824-2

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

### Insurance Appraisal and Umpire History Continued:

- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hurricane Loss
- 2020 - Appointed Appraiser by Policyholder - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hurricane Loss
- 2020 - Appointed Appraiser by Policyholder - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH - 000005 of 000019

Filed                22-CI-00366              12/21/2022

Filed                  22-CI-00366        12/21/2022        Tiffany Frantex Griffith, Marshall Circuit Clerk
VI
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
88834:2

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

### Insurance Appraisal and Umpire History Continued:

- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Lightning Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Tornado Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Water Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hurricane  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Court Appointed Umpire by Judge Deanna Johnson - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Appraiser by Policyholder - Ice/Snow Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH - 000006 of 000019

EXH - 000006 of 000019

Filed                  22-CI-00366        12/21/2022

Case 5:22-cv-00183-BJB   Document 1-1   Filed 12/28/22   Page 118 of 148 PageID #: 123

Filed          22-CI-00300        12/21/2022    Tiffany Fralex Griffith, Marshall Circuit Clerk

VII

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
88834-2

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

### Insurance Appraisal and Umpire History Continued:

- 2019 - Appointed Umpire by both Parties' Appraiser - Hurricane  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Tornado Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Flood Loss
- 2018 - Court Appointed Umpire by Judge Barry Willett - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Court Appointed Umpire by Judge Kyle Atkins - Fire Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH - 000007 of 000019

EXH - 000007 of 000019

Filed                    22-CI-00300          12/21/2022      Tiffany Fralex Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80834:2

VIII

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

### Insurance Appraisal and Umpire History Continued:

- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Water Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2016 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2016 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2016 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2015 - Appointed Appraiser by Policyholder - Fire Loss
- 2015 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2014 - Appointed Appraiser by Insurance Carrier - Fire Loss
- 2013 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2008 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2008 - Appointed Appraiser by Insurance Carrier - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed                    22-CI-00300          12/21/2022

EXH - 000008 of 000019

EXH - 000008 of 000019

Filed          22-CI-00306          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk
IX
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80824-2

| Curriculum Vitae |
| --- |

## SEMINARS AND SHORT COURSES ATTENDED:

2022:   "Ethical Business Practices: Diversity, Equity, and Inclusion"
- WebCE, Inc.

2021:   "Good Faith, Bad Faith, No Faith at all"
- Rimkus Consulting Group

2021:   "Structural Analysis: Impact of Snow Loads on Roofs"
- Rimkus Consulting Group

2020:   "Sharpen the Pencil not the Sword" "Providing a True and Just
Appraisal Award - Appraisal Umpire Certification Program"
- The Property Loss Appraisal Network (P.L.A.N.) [Instructor]

2020:   "The "Do's and Don'ts" of the Property Loss Appraisal Process -
Appraiser Certification Program"
- The Property Loss Appraisal Network (P.L.A.N.) [Instructor]

2020:   "Wind and Hail Damage"
- Rimkus Consulting Group

2019:   "Estimating the Safe Workplace Repair Site"
- Merlin Law Group, Disaster Response Group, & 1 Life Safety

2019:   "Protective Safeguards Endorsements"
- Merlin Law Group

2019:   "What Is and How Do You Identify [Bad Faith] vs [Bad
Adjustment]"
- Merlin Law Group

2019:   "Adjusting Losses Where Fraud Has been Alleged"
- Lerner, Arnold, & Winston

2019:   "Detection and Prevention of an Insurance Fraud"
- American Policyholders Association & Young Adjustment Company

2019:   "The Use of Advanced Technology Including Drones and Other
Remote Technologies"
- Merlin Law Group

2019:   "Windstorm, Hail, and Related Causes of Damage"
- Merlin Law Group

2019:   "Errors & Omissions Claims and How to Avoid Them"
- Pandit Law

2019:   "Environmental Considerations in First Party Insurance Claims"
- Kramon & Graham

2019:   "Identifying Flaws in Engineering Reports"
- Forensic Weather Consultants, Berger Singerman, & GCI Consultants

Toby Johnson
31 Northhaven Dr.
Jackson TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH : 000009 of 000019

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk
X
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80824-2

| **Curriculum Vitae** |
|---|

### SEMINARS AND SHORT COURSES ATTENDED:

2019:   "Adjuster Ethics - Appraisal, Conflict of Interest, Fee Sharing, Escrow Accounts, and the Like"
- Kramon & Graham, Young Adjustment Company, & Kellis Soffer

2019:   "Umpire & Appraiser Certification - Certified Property Insurance Appraiser, Certified Property Insurance Umpire (CPAU)"
- Insurance Appraisal and Umpire Association, Inc. (IAUA)

2019:   "OSHA 10 Certification Course"
- 1 Life Safety

2019:   "The "Do's and Don'ts" of the Property Loss Appraisal Process - Appraisal Certification Program"
- The Property Loss Appraisal Network (P.L.A.N)

2019:   "Haag Certified Inspector - Commercial Roofs V2"
- Haag Education

2019:   "Haag Certified Inspector - Residential Roofs V2"
- Haag Education

2019:   "IICRC Upholstery & Fabric Cleaning Course"
- Restoration Science Academy

2019:   "IICRC Carpet Cleaning Course"
- Restoration Science Academy

2019:   "Upholstery & Fabric Cleaning Course"
- Restoration Science Academy

2019:   "Carpet Cleaning Course"
- Restoration Science Academy

2018:   "Staying Up-to-Date with Low-Slope Roofing Trends, Standards and Innovations"
- Johns Manville

2018:   "Essential Law For The Claims Professionals"
- International Risk Management Institute

2018:   "Resiliency Starts at the Top with Your Low Slope Roof"
- General Aniline & Film (GAF)

2018:   "Xactimate 28 Level 3 Certification Course"
- Top Adjuster Xactimate Training

2018:   "Homeowners: Property Coverages & Covered Perils"
- International Risk Management Institute

2018:   "Commercial Property Insurance"
- International Risk Management Institute

2018:   "Ethics Performance With Integrity"
- International Risk Management Institute

2018:   "Increased Building And Repair Costs Often Not Included In Construction Estimates"
- Merlin Law Group

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

EXH : 000010 of 000019

Filed          22-CI-00366          12/21/2022          Tiffany Fralex Griffith, Marshall Circuit Clerk

XI

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80824-2

| Curriculum Vitae | **SEMINARS AND SHORT COURSES ATTENDED CONTINUED:** |
|---|---|

2018:   "Proving Wind Damage To Walls Windows And Roofs And New Hail Research"
- Merlin Law Group

2018:   "Understanding Ice Dam And Weight Of Snow Ice Claims"
- Merlin Law Group

2018:   "Most Overlooked Damages In Fire Claims"
- Merlin Law Group

2018:   "Misrepresentations Mistakes How A False Statement Can Derail A Covered Claim"
- Merlin Law Group

2018:   "Recent Cases Trends Impacting Public Adjusters"
- Merlin Law Group

2018:   "Proving Hail Damage To Roofs VS. Preexisting Damage Or Wear Tear"
- Merlin Law Group

2018:   "Methods Used To Delay Deny Claims"
- Merlin Law Group

2016:   "2016 TWIA Commercial Adjuster Certification"
- 2021 Training, LLC

2016:   "2016 TWIA/TFPA Residential Adjuster Certification"
- 2021 Training, LLC

2016:   "Legal Principles Affecting The P&C Insurance Contract"
- International Risk Management Institute

2016:   "Insurance Law For P&C Professionals"
- International Risk Management Institute

2016:   "Claims Resolution"
- International Risk Management Institute

2016:   "Ethics For The Claims Professional"
- International Risk Management Institute

2016:   "Xactimate 28 Level 3 Certification Course"
- Top Adjuster Xactimate Training

2016:   "United Services Automobile Association Certification Course"
- IAS Claim Services

2016:   "RSA Fire Restoration 151 Course"
- Restoration Science Academy

2016:   "RSA Odor Control 111 Course"
- Restoration Science Academy

2016:   "IICRC Fire and Smoke Restoration Certification"
- Restoration Science Academy

2016:   "IICRC Odor Control Technician Certification"
- Restoration Science Academy

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed          22-CI-00366          12/21/2022          Tiffany Fralex Griffith, Marshall Circuit Clerk

EXH : 000011 of 000019

Filed                    22-CI-00366         12/21/2022       Tiffany Franex Griffith, Marshall Circuit Clerk
                                                   XII
                                                            NOT ORIGINAL DOCUMENT
                                                            12/28/2022 12:53:36 PM
                                                            80824-2

| Curriculum Vitae |
| --- |

## SEMINARS AND SHORT COURSES ATTENDED CONTINUED:

2015:   "2015 TWIA/TFPA Residential Adjuster Certification"
- 2021 Training, LLC

2014:   "Texas Measure of Damages for First Party Property Losses"
- Merlin Law Group

2014:   "Ethical Consideration Permissible vs. Fraudulent Conduct"
-Merlin Law Group

2014:   "Adjuster Liability: Sources and Mitigation of Risk"
- Wardlaw Claims Service

2014:   "Basic Parts of the Insurance Contract"
- Wardlaw Claims Service

2014:   "Property Claims Estimating Tricks and Tips"
- Wardlaw Claims Service

2013:   "Estimating Fire and Water Losses"
- Wardlaw Claims Service

2013:   "Bad Faith in Claims Handling"
- Doyen Sebesta

2013:   "Fire Related Evidence Preservation/Recovery"
- Donan Engineering

2013:   "Lightning Claims"
- Donan Engineering

2013:   "Metal Roofs Damage Assessment"
- Haag Education

2013:   "Water Intrusion"
- Donan Engineering

2013:   "Wind & Hail 100S"
- Donan Engineering

2012:   "Asphalt Shingle Residential Roofing 300"
- Donan Engineering

2012:   "Ethics for Insurance Professionals"
- Rainbow International Restoration & Cleaning

2012:   "Water Damage Restoration Current Trends & Standards"
- Rainbow International Restoration & Cleaning

2012:   "Assessing Catastrophe Damage to HVAC Systems"
- Rimkus Consulting Group

2012:   "Business Interruption & Lost Profits"
- Rimkus Consulting Group

2012:   "Commercial Roof Construction & Damage"
- Rimkus Consulting Group

2012: 2021 TWIA Adjuster Workshop
- Texas Windstorm Insurance Association

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed                    22-CI-00366         12/21/2022       Tiffany Franex Griffith, Marshall Circuit Clerk

EXH : 000012 of 000019

Filed          22-CI-00300       12/21/2022       Tiffany Fraliex Griffith, Marshall Circuit Clerk
XIII
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80824-2

| **Curriculum Vitae** | **SEMINARS AND SHORT COURSES ATTENDED CONTINUED:** |

2011:    "Xactimate 27 Training for Adjusters"
- Mason Catastrophe Claims Services

2010    "Roofing Claims Overview"
- ITEL Laboratories

2010:    "Siding Claims Overview"
- ITEL Laboratories

2010:    "Corrugated Stainless Steel & Lightning Protection Requirement
- PT&C Forensic Consulting Services

2010:    "Identifying the Cause of Wood Floor Damage"
- PT&C Forensic Consulting Services

2010:    "Introduction to Fire Investigation"
- PT&C Forensic Consulting Services

2010:    "Introduction to Rope and Harness"
- Catastrophe Career Specialists

2010:    "Roofing Claims and Infrared Technology"
- PT&C Forensic Consulting Services

2010:    "Automobile Subrogation in Texas"
- John D. Malanga

2010:    "Delivering Better Catastrophe Adjusting Services"
- Mason Catastrophe Claims Services

2010:    "So What's the Ya'llternative Ethics"
- Mason Catastrophe Claims Services

2010:    "Textile Restoration Procedures and Economics"
- Certified Restoration Drycleaning Network

2010:    "The Adjuster's Role in the Personal Injury Lawsuit"
- John D. Malanga

2010:    "Xactimate & Xactanalysis Helpful Hints"
- Mason Catastrophe Claims Services

2010:    "Ethics for Insurance Industry Professionals"
- Steamatic

2010:    "Mechanical Damage to Roofs"
- Haag Education

2010:    "Wind vs. Wave Damage Assessment"
- Haag Education

2010:    "Court Decisions"
- PT&C Forensic Consulting Services

2010:    "Foundation Assessments"
- PT&C Forensic Consulting Services

2010:    "Red Flags-Fraud Fires"
- PT&C Forensic Consulting Services

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed          22-CI-00300       12/21/2022       Tiffany Fraliex Griffith, Marshall Circuit Clerk

EXH - 000013 of 000019

Case 5:22-cv-00183-BJB   Document 1-1   Filed 12/28/22   Page 125 of 148 PageID #: 130

Filed          22-CI-00306          12/21/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk
                                                  XIV
                                                  NOT ORIGINAL DOCUMENT
                                                  12/28/2022 12:53:36 PM
                                                  80824-2

| Curriculum Vitae | **Seminars and Short Courses Attended Continued:** |

2010:   "Roof Expo 2010"
- Lon Smith Roofing

2010:   "Restoration Techniques for Special Textiles and Garments"
- Certified Restoration Drycleaning Network

2009:   "Roof Construction, Materials & Damages"
- Rimkus Consulting Group

2007:   "California Earthquake Adjuster Accreditation Course"
- Haag Engineering Co.

2007:   "Earthquake Damage and Reconstruction"
- Haag Engineering Co

2007:   "Commercial Roofs Damage Assessment"
- Haag Engineering Co.

2007:   "Defending UM/UIM Claims in Texas"
- John D. Malanga

2007:   "Roof Construction, Materials & Problems"
- Rimkus Consulting Group

2006:   "Bad Faith in Texas"
- John D. Malanga

2006:   "Siding Damage Assessment"
- Haag Engineering Co.

2006:   "Sudden Damage vs. Maintenance Problems in Buildings"
- Haag Engineering Co.

2006:   "Composition Roofs Damage Assessment"
- Haag Engineering Co.

2006:   "Tile Roofs Damage Assessment"
- Haag Engineering Co.

2006:   "Wind vs. Wave Damage Assessment"
- Haag Engineering Co.

2005:   "Water Damage and Dehumidifying"
- Haag Engineering Co.

2005:   "Sudden Damage vs. Maintenance Problems in Buildings"
- Haag Engineering Co.

2005:   "Wood Roofs Damage Assessment"
- Haag Engineering Co.

2005:   "Composition Roofs Damage Assessment"
- Haag Engineering Co.

2005:   "Ins. Co./Def. Counsel Rel. In Texas"
- John D. Malanga

2005:   "Residential Structure
- Total Restoration/InStar Services Group

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed                    22-CI-00300          12/21/2022          Tiffany Fralick Griffith, Marshall Circuit Clerk
XV
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
89824-2

**Curriculum Vitae**

## TECHNICAL RESPONSIBILITIES:

### Catastrophic Property Claims Insurance Adjuster:

- Immediately deployed to affected catastrophe sites within 48 hours following a catastrophic event
- Served as a catastrophic property claims adjuster on behalf of insurance carriers for natural disasters and catastrophic events
- Inspected property losses that were subjected to catastrophic failure
- Prepared detailed estimates and diagrams related to the restoration of damaged property due to catastrophic failure
- Re-inspected catastrophic property claims to validate proper estimating and settlement procedures
- Negotiated and settled first-party catastrophic losses on behalf of insurance carriers

### Property and Casualty Insurance Adjuster:

- Insurance carrier representation in first-party & casualty insurance claims
- Inspected and estimated property damage on behalf of more than seventy insurance carriers including seven of the largest insurers in the U.S.
- Prepared scale diagrams of damaged and undamaged structures
- Prepared detailed estimates related to the restoration of damaged property
- Inspected residential properties valued up to $4,000,000.00
- Inspected commercial properties valued up to $36,000,000.00
- Insurance appraisal services on behalf of insurance carriers
- Investigated structure damage due to natural disasters
- Investigated structure damage due to man-made accidents
- Investigated causality claims on behalf of insurance carriers
- Re-inspected first-party insurance claims to validate proper estimating and settlement procedures
- Insurance carrier representation in third party insurance claims
- Negotiated and settled first-party property and casualty losses on behalf of insurance carriers

### Public Insurance Adjuster:

- Policyholder representation in first-party insurance claims
- Inspected and estimated property damage on behalf of policyholders
- Policy review and analysis as appropriate
- Prepared scale diagrams of damaged structures
- Residential and commercial insurance policy evaluation
- Residential and commercial insurance policy application
- Investigated structure damage due to natural disasters
- Investigated structure damage due to man-made accidents
- Pre-loss inspection and evaluation
- Post-loss consulting
- Cause of loss review and consulting
- Cost of damage review and consulting
- Scope of work review consulting
- Digital loss reconstruction
- Consulting support related to common insurance practices, methods, and standards
- Negotiated and settled first-party property losses on behalf of policyholders

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH - 000015 of 000019

Filed                    12/21/2022          Tiffany Fralick Griffith, Marshall Circuit Clerk

Filed                22-CI-00366            12/21/2022        Tiffany Frailex Griffith, Marshall Circuit Clerk
                                            XVI
                                                             NOT ORIGINAL DOCUMENT
                                                             12/28/2022 12:53:36 PM
                                                             89834-3

**Curriculum Vitae**

## TECHNICAL RESPONSIBILITIES CONTINUED:

### Construction Building Consultant:

- Provide consulting and expert witness services regarding causation of damage, repair methodology, construction, loss adjusting, and cost estimating.

### Partial List of Construction Building Consulting Experience:

- Alabama - Served as a consulting expert for a 170,000 square-foot roofing project for a retail shopping center. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Arkansas - Served as a consulting expert for a 220,000 square-foot roofing project for a distribution facility. Opined on the causation of damage and the acceptable methods of repair.

- Arkansas - Served as a consulting expert for a $5.2 million-dollar roofing project for a manufacturing and distribution complex. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Arkansas - Served as a consulting expert for a $14 million-dollar municipality roofing project. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Arkansas - Served as a consulting expert for a downtown and high-rise roofing project for a multi-structure financial institute. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Indiana - Served as a consulting expert for a 65,000 square-foot roofing project for a retail shopping center. Opined on the causation of damage.

- Kentucky - Served as a consulting expert for a 97,000 square-foot roofing project for a retail shopping center. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Mississippi - Served as a consulting expert for a $2.4 million-dollar roofing project for a retail shopping center. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Mississippi - Served as a consulting expert for a 140,000 square-foot roofing project for an industrial structure. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Mississippi - Served as a consulting expert for a 215,000 square-foot roofing project for a multi-structure medical facility. Opined on the causation of damage and the acceptable methods of repair.

- Missouri - Served as a consulting expert for a 245,000 square-foot roofing project for a multi-structure retail shopping center. Opined on the causation of damage and the acceptable methods of repair.

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH - 000016 of 000019

Filed                12/21/2022            22-CI-00366        Tiffany Frailex Griffith, Marshall Circuit Clerk

Filed                22-CI-00300        12/21/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk
                                                       NOT ORIGINAL DOCUMENT
                                                       12/28/2022 12:53:36 PM
                                                       89834-3
XVII

**Curriculum Vitae**

## TECHNICAL RESPONSIBILITIES CONTINUED:

### Partial List of Consulting and Construction Experience Continued:

- Missouri - Served as a consulting expert for a $2.2 million-dollar roofing project for a multi-structure homeowners association. Opined on the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a residential fire loss in excess of $400,000 Opined on the acceptable methods of repair for burned structural members and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a multi-family fire loss involving damage to multiple units. Opined on the acceptable methods of repair for smoke & soot remediation and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a $3.9 million-dollar roofing project for a multi-structure homeowners association. Opined on the acceptable methods of repair, and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a commercial fire loss exceeding $500,000. Opined on the acceptable methods of repair for smoke & soot remediation and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a roof collapse loss for an assisted living facility. Opined on the acceptable methods of repair.

- Tennessee - Served as a consulting expert for a 650,000 square-foot roofing project for an industrial complex involving multiple structures. Opined on the causation of damage and acceptable methods of repairs.

- Tennessee - Served as a consulting expert for a $800,000 roofing project for a recreational center. Opined on the acceptable methods of repair and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a 300,000 square-foot roofing project for a multi-structure college preparatory school. Opined on the causation of damage and the acceptable methods of repairs.

- Tennessee - Served as a consulting expert for a $12 million-dollar roofing project for a manufacturing and distribution center. Opined on the acceptable methods of repair, and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a $3.6 million-dollar roofing project for a distribution complex. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a 815,000 square-foot roofing project for a manufacturing and distribution complex. Opined on the causation of damage and acceptable methods of repair.

- Texas - Served as a consulting expert for a 58,000 square-foot roofing project for a multi-structure non-profit organization. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed                                                   12/21/2022
EXH - 000017 of 000019

Filed        22-CI-00300        12/21/2022        Tiffany Fralex Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
89834 2

XVIII

**Curriculum Vitae**

## TECHNICAL RESPONSIBILITIES CONTINUED:

**Catastrophic Deployment Events:**

| | | |
|---|---|---|
| **2021:** | **Western Kentucky/Tennessee** | **Tornado** |
| **2021:** | **Central United States** | **Ice Storm** |
| **2020:** | **Nashville, Tennessee** | **Tornado** |
| **2019:** | **Little Rock, Arkansas** | **Tornado** |
| **2018:** | **Greenville, Mississippi** | **Hail Storm** |
| **2018:** | **Pine Bluff, Arkansas** | **Hail Storm** |
| **2018:** | **Jackson, Tennessee** | **Ice Storm** |
| **2017:** | **Jackson, Tennessee** | **Hail Storm** |
| **2016:** | **Jackson, Tennessee** | **Hail Storm** |
| **2016:** | **Gatlinburg, Tennessee** | **Wildfire** |
| **2015:** | **Port Arthur, Texas** | **Hail Storm** |
| **2014:** | **Abilene, Texas** | **Hail Storm** |
| **2014:** | **Allice, Texas** | **Hail Storm** |
| **2014:** | **Wills Point, Texas** | **Hail Storm** |
| **2014:** | **Allen, Texas** | **Hail Storm** |
| **2013:** | **Lubbock, Texas** | **Hail Storm** |
| **2013:** | **Amarillo, Texas** | **Hail Storm** |
| **2013:** | **Indianapolis, Indiana** | **Hail Storm** |
| **2012:** | **Indianapolis, Indiana** | **Hail Storm** |
| **2012:** | **New Orleans, Louisiana** | **Hurricane Isaac** |
| **2012:** | **Dallas/Fort Worth, Texas** | **Hail Storm** |
| **2012:** | **Henderson, Tennessee** | **Tornado** |
| **2012:** | **Louisville, Kentucky** | **Hail Storm** |
| **2011:** | **Williamston, North Carolina** | **Hurricane Irene** |
| **2011:** | **Dayton, Ohio** | **Hail Storm** |
| **2011:** | **Memphis, Tennessee** | **Tornado** |
| **2010:** | **Phoenix, Arizona** | **Hail Storm** |
| **2010:** | **Colorado Springs, Colorado** | **Hail Storm** |
| **2010:** | **Williamstown, New Jersey** | **Wind Storm** |
| **2010:** | **Selmer, Tennessee** | **Tornado** |
| **2009:** | **Lexington, Kentucky** | **Ice Storm** |
| **2009:** | **Oklahoma City, Oklahoma** | **Hail Storm** |
| **2009:** | **Memphis, Tennessee** | **Tornado** |
| **2008:** | **Houston, Texas** | **Hurricane Ike** |
| **2008:** | **New Orleans, Louisiana** | **Hurricane Gustav** |
| **2008:** | **Brownsville, Texas** | **Hurricane Dolly** |
| **2008:** | **Amarillo, Texas** | **Hail Storm** |
| **2008:** | **Minneapolis, Minnesota** | **Hail Storm** |
| **2008:** | **Jackson, Tennessee** | **Tornado** |
| **2007:** | **Jackson, Tennessee** | **Hail Storm** |
| **2006:** | **Memphis, Tennessee** | **Tornado** |
| **2006:** | **Gallatin, Tennessee** | **Tornado** |
| **2006:** | **Brownwood, Texas** | **Hail Storm** |
| **2005:** | **Fort Lauderdale, Florida** | **Hurricane Wilma** |
| **2005:** | **New Orleans, Louisiana** | **Hurricane Katrina** |
| **2005:** | **Key West, Florida** | **Hurricane Dennis** |
| **2005:** | **Albuquerque, New Mexico** | **Hail Storm** |
| **2004:** | **Winter Haven, Florida** | **Hurricane Jeanne** |
| **2004:** | **Kissimmee, Florida** | **Hurricane Frances** |
| **2004:** | **Orlando, Florida** | **Hurricane Charley** |
| **2003:** | **Memphis, Tennessee** | **Wind Storm** |
| **2003:** | **Jackson, Tennessee** | **Tornado** |
| **2003:** | **Midland, Texas** | **Hail Storm** |

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

Filed        22-CI-00300        12/21/2022        Tiffany Fralex Griffith, Marshall Circuit Clerk

EXH - 000018 of 000019

Filed          22-CI-00306          12/21/2022          Tiffany Franck Griffith, Marshall Circuit Clerk
XIX
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:36 PM
80824-2

**Curriculum Vitae**

## PREVIOUS CLIENT ASSOCIATION:

21st Century-AAA Auto Club—Acceptance Indemnity Insurance—All American Roofing—Allstate—American Commerce—American Modern—American Summit—Amica Mutual—Anchor Managing General Agency—ANPAC—Armed Forces—Atlas General Agency—Attorney General's Office of Tennessee—Balboa—Beal Law Office—Butsch-Roberts & Associates—Byron-Carlson-Petri-Kalb—Carmody-MacDonald—Chubb Group—Church Mutual—Citizens—City of McLemoresville—CJW & Associates—Commerce Group—Commercial Claims Tech—Compass Adjusting—Cotton States—Donegal—Eagle Adjusting—Electric—Elite Adjusting Services—Elite Contractors—Erie—Esurance—Faith Deliverance Center—Farmers Mutual—Fidelity National—Fireman's Fund—First Acceptance—First American—First Baptist Church—Foam Fabricators—Fourseventy Claim Management—Franklin Christian Church—Geico—General Electric—Gilbert-McWherter-Scott-Bobbitt—GMAC—Golden Circle Graphics—Great American—GuideOne—Harold Hall Roofing—Heckethorn Manufacturing—Home Baptist Church—Homesite—Indiana Insurance—Insurance Claims Adjusters—Insurance Claims Specialists—Imperial Inn—Jacobson-Press-Fields—Kemper—Kentucky Farm Bureau—Larson-King—Liberty Mutual Agency Markets—Liberty Mutual—LOGIC Church—Lloyds of London—Martin-Tate —McLarens Young International—Mehr, Fairbanks & Peterson—MiniCo—Mission Select— Morgan & Morgan—National Lloyds—New Jersey Manufacturers—New St. Luke MB Church—North Carolina Farm Bureau—Northcross Restoration—North Pointe—Ohio Casualty—Olympic Steak & Pizza—Pacesetter Claims Service—Peerless—Pharmacists Mutual—Progressive—Pro Point—Prudential—QBE—Ranchers & Farmers—RD&M Construction—Red Roof Inn—Republic Group—Resnick & Louis—Safeco—Scottsdale—Seiler & Houston—Sentry—Seventh Day Adventist Church—Sher-Corwin-Winters—Shuttleworth—Southern Trust—Southwestern Business Corporation—State Farm—Team One Adjusting Services—Tennessee Farm Bureau—Texas Fair Plain Association—Texas Farm Bureau—Texas Windstorm Insurance Association—The Campbell Firm—Titan Quality Roofing & Construction—Union Standard—Unitrin—Unity Claims Management—Universal North America—USAA—Volunteer Management & Development—Waller Lansden Dortch & Davis—Wells Fargo Homeowners—Western World—York Risk Services Group—ZC Sterling—Zelle—Zion Church

## AREAS OF EXPERIENCE:

- Principal adjuster assigned to more than 6,000 first-party insurance claims
- Personally examined or studied more than 6,000 roof systems
- Chief building consultant assigned to a $14 million-dollar municipality roofing project
- Roofing surfaces and components
- Causation determination of damage to roof surfaces and components
- Construction defects vs. storm damage to roof surfaces and components
- Insurance appraisals & umpire service
- Insurance claim negotiation and settlement procedures
- Building damage assessments
- Large loss reconstruction
- Line item estimating
- Insurance policy application
- Insurance claim standard practices
- Insurance adjusting standard practices
- Insurance claim dispute resolutions
- Property loss analysis
- Casualty loss analysis
- Xactimate principals & components
- Xactimate line item classification
- Xactimate comparison and variations
- Xactimate certified subject matter expert

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

EXH : 000019 of 000019

Filed          22-CI-00306          12/21/2022          Henry Franck Griffith, Marshall Circuit Clerk



Filed        22-CI-00366      12/21/2022    Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/21/2022 12:52:45 PM
89824-2



# LUKE BOWMAN

## CHIEF EXECUTIVE OFFICER

**LUKE BOWMAN** is Co-Founder & CEO of UNDISPUTED Consulting, a building consulting firm focused on providing an innovative, hands-on, problem-solving approach to complex claim resolution.

Prior to co-founding UNDISPUTED Consulting, Luke endeavored passionately with his hands-on approach to understanding disaster & crisis recovery, general contracting, and the insurance restoration industry, through managing and estimating projects across the US, Hawaii, and Central America, gathering the necessary knowledge base and skill set to negotiate and resolve complex issues while becoming a recognized industry leader, possessing more than 25 years of combined building science, disaster management, and large-loss claims reconciliation experience.

Luke's interest in the building industry took root during his early childhood years growing up in the family construction business, acquiring an early understanding of residential and commercial building concepts. Following the catastrophic impact of hurricane Mitch in October 1998, Luke traveled to Central America with a recovery team to assist with rebuilding badly damaged communities. This and other similar experiences exposed Luke to devastation of human life, businesses, and communities, along with the financial impact that follows catastrophic weather events. In 2002 Luke took a disaster recovery position with a multi-family property management company near Breckenridge, Colorado overseeing more than 5,000 multi-family units. Luke was responsible for performing property surveys to establish capital repair and improvement scopes of work, prepare detailed estimates, negotiate contracts with property owners, and facilitate repairs. In addition to capital improvement projects, Luke also facilitated emergency disaster recovery losses, surveying damages, preparing detailed repair estimates, and undisputed resolution with insurance adjusters and property owners.

Events in 2008 led Luke back to his home state of Ohio, taking a position with a general contractor specializing in recovery of exterior and roofing storm damages. Luke continued to survey damages, estimate, and manage recovery projects while obtaining his Level I Xactimate certification. Luke was eventually relocated to Middle-Tennessee where he remained until 2014 and further pursued to understand the dynamics of insurance restoration and recovery as a contractor.

In 2014 Luke accepted a position with a national building consulting firm and relocated to New Orleans, Louisiana to recruit, train, and manage a team of building consultants while expanding the firm's coverage area. Since 2014 Luke has been engaged across the United States and Hawaii to manage and provide consultation on more than two thousand complex claim matters and disputes including, but not limited to Manufacturing, Multi-Family, Churches, Public Schools, Ports, Public Municipality, University, Prison Systems, Hospitality, Military, Senior Care, Medical/Hospital, Highrise Condominium, etc., insured by a variety of foregn & domestic insurance markets. While always dedicating his focus to expanding his personal knowledge base and effectiveness in loss reconciliation, Luke has also participated in recruiting, mentoring, and managing nearly 350 consultants and adjusters since 2014, providing up-and-coming professionals with the understanding and skills necessary to achieve success.

## LUKE BOWMAN

**PARTNER** | CHIEF EXECUTIVE OFFICER

Luke@UndisputedConsulting.com

DIRECT: (615) 218-3978
MOBILE: (985) 273-1336

www.UndisputedConsulting.com



NEW ORLEANS, LA

EXH - 000001 of 000004

# UNDISPUTED
## CONSULTING

# LUKE BOWMAN
## CHIEF EXECUTIVE OFFICER

## PROFESSIONAL EXPERIENCE

- 2021 - Present - Chief Executive Officer at UNDISPUTED Consulting
- 2014 - 2021 - Senior Regional Consultant and Southeast Leadership Panel, YOUNG & Associates
- 2012 - 2014 - Project Manager & Estimator, Don Kennedy Roofing
- 2009 - 2012 - Partner/Project Manager & Estimator at A & B Restoration, Inc.
- 2007 - 2009 - Project Manager & Estimator, Universal Builders of America
- 2004 - 2007 - Partner/Project Manager & Estimator, Peak Choice Maintenance & Mechanical
- 2002 - 2004 - Estimator & Technician, Wildernest Property Management

## CREDENTIALS

- IICRC Designations - Applied Structural Drying (ASD) - 2016
- Asbestos Awareness Training - 2014
- Lead Awareness Training - 2014
- IICRC Designations - Water Restoration Technician (WRT) - 2014
- Certified Roof Inspector (HCI), HAAG - 2012
- Level I Xactimate Certification - 2008
- State Licensed Mechanical Contractor (Colorado) - 2005
- Certified Pool & Spa Operator (CPO) - 2004
- Training - Construction Project Scheduling, Budgeting & Estimating Timberline, MS & RS Means - 2002

## KEY SKILLS

- **CAT & Complex Loss Evaluation**
- **Complex Loss Oversight**
- **Claims Resolution & Reconciliation**
- **Contract Negotiation**
- **Dispute Resolution**
- **Builders Risk**
- **Estimating**
- **T & E Invoice Analysis**
- **Claim File Analysis**
- **Expert Witness**
- **Multi-State Appraiser / Umpire**
- **Court Appointed Umpire**

## SPECIALTY SPOTLIGHTS

- **Multi-Family / Habitational**
- **Military Habitational**
- **Condominiums** (Low-rise, Mid-rise, High-rise)
- **Churches & Religious Worship Facilities**
- **Senior Care Facilities**
- **Public Entity**
- **Public Municipality**
- **Public School Systems**
- **Public Housing**
- **Manufacturing & Industrial**
- **Ports & Terminals**
- **High Net-Worth Residential**

EXH - 000002 of 000004

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOTARIAL DOCUMENT
12/21/2022 4:52:45 PM
89824-2

**UNDISPUTED**
**C O N S U L T I N G**

# LUKE BOWMAN
## CHIEF EXECUTIVE OFFICER

## ASSIGNMENT & CLIENT EXPERIENCE

➢ **Hurricane IDA 2021 – CAT Management, Hurricane - $169+ Million**
- Public School System - *Various Lloyd's syndicates*
- Port Authority  - *Various Lloyd's syndicates*
- Convention Center - *Various Lloyd's syndicates*
- Senior Care Facilities - *Various Lloyd's syndicates*
- Multiple Church Entities - *Various Lloyd's syndicates*
- Multiple Hotel & Hospitality Facilities - *Various Lloyd's syndicates*
- Multiple Public Housing & Apartment Facilities - *Various Lloyd's syndicates*
- Multiple Private Housing & Apartment Facilities - *Various Lloyd's syndicates*
- Appraisal & Umpire Assignments - *Various Domestic and Lloyd's syndicates*
  - Private Residential
  - Commercial Strip Center
  - Fuel Centers
  - Churches
  - Farm & Agricultural

➢ **Hurricane Laura 2020 – CAT Management, Hurricane/Flood - $385+ Million**
- Public Municipality Facilities, Prisons, Community Centers - *Various Lloyd's syndicates*
- Public School System - *Various Lloyd's syndicates*
- Multiple Hotel & Hospitality Facilities - *Various Lloyd's syndicates*
- Multiple Public Housing & Apartment Facilities - *Various Lloyd's syndicates*
- Multiple Private Housing & Apartment Facilities - *Various Lloyd's syndicates*
- Multiple High-network Private Residential - *Various Domestic carriers*
- Appraisal & Umpire Assignments - *Various Domestic and Lloyd's syndicates*
  - Private Residential
  - Commercial Strip Centers
  - Churches
  - Farms

➢ **Hurricane Delta 2020 – CAT Management, Hurricane/Flood - $95+ Million**
- Public Municipality Facilities, Prisons, Community Centers - *Various Lloyd's syndicates*
- Public School System - *Various Lloyd's syndicates*
- Multiple Hotel & Hospitality Facilities- *Various Lloyd's syndicates*
- Multiple Public Housing & Apartment Facilities- *Various Lloyd's syndicates*
- Multiple Private Housing & Apartment Facilities- *Various Lloyd's syndicates*
- Multiple High-network Private Residential - *Various Domestic carriers*
- Appraisal & Umpire Assignments - *Various Domestic and Lloyd's syndicates*
  - Private Residential
  - Commercial Strip Centers
  - Churches
  - Farms

EXH - 000003 of 000004

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/21/2022 2:52:45 PM
89824-2

# LUKE BOWMAN
## CHIEF EXECUTIVE OFFICER

➤ **Hurricane Zeta 2020 – CAT Management, Hurricane/Flood - $57+ Million**
  ○ Public School System - *Various Lloyd's syndicates*
  ○ Multiple Public Housing & Apartment Facilities - *Various Lloyd's syndicates*
  ○ Multiple Private Housing & Apartment Facilities - *Various Lloyd's syndicates*

➤ **Hurricane Michael 2018 - CAT Management, Hurricane - $167 Million**
  ○ 18+ Beachfront Highrise & Midrise Condominium Structures - *Various Lloyd's syndicates*
  ○ Multiple High-network Private Residential - *Various Domestic carriers*
  ○ Multiple Hotel & Hospitality Facilities - *Various Lloyd's syndicates*
  ○ Appraisal & Umpire Assignments - *Various Domestic carriers*
    ■ Farm & Agricultural

➤ **Hurricane Florence 2018 -  Military Housing CAT Management, Hurricane - $197 Million**
  ○ 5,000+ multi-family units situated at multiple military installments

➤ **Hurricane Irma 2017 - CAT Management, Hurricane - $246 Million**
  ○ Hospital/Healthcare Facilities County-wide, Miami-Dade - *Various Lloyd's syndicates*
  ○ Multiple Beachfront Highrise & Midrise Condominium Facilities - *Various Lloyd's syndicates*
  ○ Multiple High-network Private Residential - *Various Domestic carriers*
  ○ Multiple Hotel & Hospitality Facilities- *Various Domestic & Lloyd's syndicates*
  ○ Multiple Senior Care Facilities - *Various Domestic carriers*
  ○ Multiple Habitational Communities - *Various Domestic & Lloyd's syndicates*

➤ **Hurricane Harvey 2017 - CAT Management, Hurricane, Flood - $145 Million**
  ○ Multiple Senior Care Facilities - *Various Domestic carriers*
  ○ Multiple Habitational Communities - *Various Domestic & Lloyd's syndicates*

➤ **Chattanooga TN, Community-wide 2017 CAT Manager, Hail - $37 Million**
➤ **Central FL, Greek Orthodox Church 2017, Wind - $3.6 Million**
➤ **Fort Smith AR, Community-wide 2016 CAT Manager, Hail - $19.8 Million**
➤ **Hurricane Matthew Coastal Impact 2016, CAT Manager, Flood & Wind - $42+ Million**
➤ **Baton Rouge Flood 2016, CAT Manager- $74+ Million**
➤ **Parish-wide Public School System, 2016 Flood - $5.8 Million**
➤ **Louisiana Supermarket 2016, Flood - $9.9 Million**
➤ **Dine-In Movie Facility 2016, Flood - $9.2 Million**
➤ **State & Public Entity Multi-Facility 2016, Flood - $35 Million**
➤ **State University Medical Facility 2016, Fire/Soot/Smoke - $6.6 Million**
➤ **School Fire 2015, Fire - $11.2 Million**
➤ **Jackson, MS Hail Event, Manager 2015, Hail - $8.6 Million**
➤ **Mega-Church Facility 2015, Water - $3.2 Million**
➤ **Greek Orthodox Church 2015, Fire - $2.6 Million**
➤ **Military Installments Hawaii 2015, Wind - $18.2 Million**
➤ **County Medical Center 2014, Tornado - $22 Million**
➤ **Apartment Community 2014, Fire/Soot/Smoke - $7.8 Million**

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366       12/21/2022       Tiffany Fralicx Griffith, Marshall Circuit Clerk
NOT ORIGINAL DOCUMENT
12/28/2022 12:53:48 PM
89824-2

# Paul E. Middleton

---

**CONTACT:**

(800) 223-3818

paul@ieausa.com

3535 Peachtree Road NE, STE 520-546, Atlanta, GA  30326

303 S Broadway, STE 200-133, Denver, CO  80209

1518 Cleveland Street, Hollywood, FL  33020

5802 Banfield Canyon Lane, Porter, TX  77365

1806 Cincinnati Avenue, Panama City, FL  32405

---

**SUMMARY:**

Active in insurance claims field for over 34 years and has participated in excess of 4,000 appraisals as Umpire.  Frequently hired by both insurance companies and policyholders to serve as an unbiased Appraiser and works throughout several regions in the US.  Experience also includes resolving disputes via Arbitration clauses where the laws of New York, Tennessee and other non-domiciled states are applied. Damage valuation expertise encompasses commercial, residential, condominium, apartments, hotels, business income, motor truck cargo, watercraft and auto damage claims.

---

**EDUCATION:**

**Texas A&M University**
*B.B.A. in Management, May 1982*

**Insurance Technical Training Institute**
*Property Estimating training, Dallas, Texas, June 1982*

**Insurance Institute of America**
*AIC 35, May 1992*

**Crawford & Company – Advanced Property School**
*Business Interruption, April 1995*

---

**EXPERIENCE:**

**ELITE CLAIM SERVICES, INC.**   and
**INSURANCE ESTIMATING and APPRAISAL, INC.**
**President and General Adjuster**

January 1999
to current

Serve as Umpire and serve as Appraiser for both insurance companies and policyholders in order to resolve disputed claims.  Served as Umpire & Appraiser on more than 6,500 claims up to $20 million.  Investigation expertise includes confirming cause of loss, coverage analysis, financial loss, litigation management, scope of damages and preparing damages estimates.

EXH - 000001 of 000003

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:48 PM
89824-2

**USF&G INSURANCE**
**Property Claim Specialist**

September 1990
to December 1998

Investigate and settle commercial and personal claims with heavy emphasis on structural damage.  Handled claims up to $750,000 under lines of business for Commercial Property, Residential Property, Builders Risk, Motor Truck Cargo, Contractors Equipment, Business Income, and Litigation Management.  Also adjusted Commercial General Liability, Business Auto, Personal Auto and Trick & Device claims.

**VARIOUS MANAGEMENT POSITIONS**

February 1986 to
September 1990

1.  Responsible for retail store sales, inventory control, supervision personnel, and client solicitation.
2.  New accounts representative and Accounts/Customer manager
3.  Restaurant personnel Supervisor for high volume store and reported inventory to Restaurant manager.

**AETNA LIFE & CASUALTY**
**Senior Property Claims Representative**

June 1982 to
January 1986

Investigated automobile and homeowner claims and negotiated settlements.  Participated on storm catastrophe teams for victims of hurricanes, tornadoes, and other perils.

## OTHER ACTIVITIES:

- Windstorm Insurance Network Umpire Recertification Course, 2019
- President,  South Florida Claims Association, 2011
- President,  Insurance Appraisal and Umpire Association, 2010
  - CPAU designation as certified property appraiser and umpire
- Instructor/Speaker at numerous Industry Conventions and Numerous Educational Seminars
  - Windstorm Conference
    - CSI:  Forensic Weather Data, Orlando, FL in January 2016
    - Pre-Suit Actions & Claim Litigation, Orlando, FL  January 2016
    - Proving Hail Damage, New Orleans, LA in January 2015
    - Late Notice, Orlando, FL in January 2014
    - Umpires – What Makes Us Tick, Tampa, FL in January 2007
  - Indoor Air Quality Association Seminar
    - Florida Atlantic University, Davie, FL  March 2006 and March 2007
- National Association of Fire Investigators
  - CFII designation as certified fire investigator instructor in 2009.
  - CFEI designation as certified fire and explosion investigator in 1999
- Florida Independent Adjuster License A178238, Effective 1990
- Georgia Public Adjuster License 2790618, Effective 2011

EXH - 000002 of 000003

Filed          22-CI-00366      12/21/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:53:48 PM
89824-2

## NOTABLE CATASTROPHES:

- 2018  Hurricane Michael in Florida
- 2017  Hurricane Irma & Hurricane Harvey in Florida & Texas
- 2016  Windstorm & Flooding in Louisiana
- 2014  Hailstorms in Colorado & Missouri
- 2013  Tornados in Oklahoma
- 2013  Hailstorms in Georgia & Kansas
- 2013  Blackforest Wildfire in Colorado
- 2012  Hurricane Sandy in New York and New Jersey
- 2012  Las Conchas Wildfire in New Mexico
- 2012  Waldo Canyon Wildfire in Colorado
- 2011  Comanche Wildfire in California
- 2008  Hurricane Ike in Texas
- 2006  Hailstorms in Missouri
- 2005  Hurricane Wilma & Hurricane Katrina in Florida
- 2004  Hurricane Jean, Hurricane Frances, Hurricane Ivan & Hurricane Charlie in Florida
- 1992  Hurricane Andrew in Florida
- 1983  Hurricane Alicia in Texas

EXH : 000003 of 000003

Filed 12/28/2022 NOT ORIGINAL DOCUMENT 89824-2





## Thomas 'Tom' L. Powell, Senior Executive General Adjuster

**Experience**

- Thirty-Nine (39) years in claims with extensive experience in commercial property claims.
- Thirty (30) years experience in management of property and casualty claims.
- Supervisor for major national commercial property accounts.
- Investigation, audit and adjustment of major commercial losses including elements of physical damage, business personal property, business interruption, increased cost evaluations, and extra expense.
- Handled all types of Agricultural claims, Farming Equipment, Crop claims, Equine claims, Cattle claims, Pork claims, Egg Production, Beef Production, Chicken Food Processing, Milk Production facilities, Feed Mills, Processing Plants
- Refineries, Pumping Stations, Manufacturing, Retail operations
- Serve the industry as Appraiser, Arbitrator, and Umpire in appraisal and disputed claims.

**Specialties**

- Extensive knowledge of arson, fraud, cause and origin (C&O) and business interruption (BI) in property claims.
- Experienced interpreting coverage evaluations and providing opinions on commercial, residential, and manufacturing losses.
- Experienced in damage assessment and estimating losses for commercial TV and cable operations.
- Experienced in Agricultural claims, marine claims, cargo claims, energy claims, manufacturing and all types of complicated commercial claims.
- Serves the industry as Appraiser, Arbitrator, and Umpire, specialty litigation file reviews, and expert witness.

**Selected Claim History**

| | | |
|---|---|---|
| Concrete Roof Tile Manufacturing | California | $ 12 million |
| Egg Production Facility | Ohio | $ 25 million |
| Pork Industry Loss | Canada | $ 35 million |
| Cable Communications | USA | $300 million + |
| Egg Processing Facility | Washington | $ 10 million |

**Education**

- Union University, Jackson, TN
- Basic and Advanced Property Loss Adjusting Courses
- Windstorm Umpire Certification
- Business Interruption Accounting
- USMC/Tennessee Military Academy
- Continuing Education 15 hours per year

**T** 281-371-3022
**C** 713-542-2707
**E** tpowell@excellforensics.com

EXH : 000001 of 000001

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:13 PM

# Professional Curriculum Vitae

### John C. Robison
1-844-CSI-INFO (1-844-274-4636)
404-937-3994
Cellular: 404-386-2496
250 E. Main Street, Suite 104, Canton GA 30114
Email j.robison@csigroupna.com
www.csigroupna.com



To whom it may concern,

     Please find the Professional Curriculum Vitae of Mr. John C. Robison.
Mr. Robison has over (40) forty years experience within the Construction and Insurance Restoration Industries. Over the course of the past (15) fifteen years through his own Company The CSI Group, he has specialized in providing impartial, third party, support and dispute resolution to the Insurance and Construction Industries, as well as Individual Property Owners.

     Through his vast and well versed resources of knowledge and experiences within the Disaster Restoration, Construction and Insurance Industries; Mr. Robison has provided extensive commercial and residential sales, estimating, project management, and labor support on numerous multi-million dollar projects. He has also provided, and served, by both mutual and Court Appointments, as Appraiser and Umpire on numerous large commercial and residential claims, and has always completed these services with a positive, expeditious and amicable resolve. With his personal demand for honesty and integrity, and his expectation of the same by others, combined with Mr. Robison's driving force to provide exceptional services, John has earned a strong respect within the Industry as well as within his specialized field of services.

     Mr. Robison has extensive experience with Xactimate estimating software and providing accurate cost estimations and damage evaluation reports for large commercial, industrial, multi family losses as well as small residential claims. John holds numerous certifications and court recognitions and has performed numerous Appraisals and Umpire services throughout his career.

     Mr. Robison is accustomed to extensive travel into heavily devastated areas and is able to adapt and overcome in the most adverse of conditions and situations, yet, still able to perform and provide exceptional products and professional services. John has simultaneously and successfully managed multiple projects in multiple states. Mr. Robison is well versed in Emergency Services and Restoration Operations and Protocols, and has worked on projects ranging from $5,000.00 to over $35,000,000.00. Should you require further information concerning the credentials of Mr. Robison / The CSI Group, LLC / The Property Loss Appraisal Network please feel free to contact us at any time.

Sincerely,
  /s/
John C. Robison
President / Founder / Educator

### *The CSI Group, LLC &* **The Property Loss Appraisal network**

EXH·: 000001 of 000006

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

Filed          22-CI-00366       12/21/2022     Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:13 PM

# Professional Curriculum Vitae

**John C. Robison**
1-844-CSI-INFO (1-844-274-4636)
404-937-3994
Cellular: 404-386-2496
250 E. Main Street Suite 104, Canton, GA 30114
E-mail j.robison@csigroupna.com
www.csigroupna.com

**2014 - Present**   **Property Loss Appraisal Network (P.L.A.N.) www.theplanonline.org**
**An Organization providing training and educational and certification programs to**
**Professional Insurance Loss Dispute Resolution Providers for the Continuation of**
**Education within in the industry.**
**Mr. Robison is the Founder & Executive Director**

The Property Loss Appraisal Network (P.L.A.N.) is an organization created for Property Loss Professionals whose mission through educational, membership and fellowship programs is to provide knowledge and understanding of Alternative Dispute Resolutions in the Insurance and Restoration Industries including Insurance Appraisal and Insurance Umpire Services to those whom serve within the industry. Created upon the principles and desires to maintain truth, honesty, and integrity within our industry with an emphasis on the education and training of the professional and ethical conduct and behavior of those who serve within these positions.

(P.L.A.N.) was created to provide industry professionals with continuing education courses, nationally recognized certification courses and extended training within the areas of loss dispute and appraisal processes, and the member's specific areas of expertise.

(P.L.A.N.) further provides Consumers, Insurance Carriers and their respective advocates alike, a national platform to locate qualified experts in the areas of Loss Dispute Resolution including Loss Appraisals and Umpire Services.

- Providing numerous Training and Educational Programs and Seminars relating to Appraisal, Expert Witness and ADR solutions
- Currently providing Property Loss Appraiser and Property Loss Umpire Training and Certification Programs
- Provide courses that engage each student in interactive education, training and certification programs.
- Present current issues affecting the Insurance Claims Industry.
- Promote fellowship from all professional sectors of the Insurance Claims Industry.

**2005 – Present**   **The CSI Group, LLC - Atlanta, GA**
**Consulting Services International / Catastrophe Solutions International**
**Mr. Robison is the President of National Operations / Chief Operating Officer**

- Job Costing / Cost Engineering / Budgeting
- Cost estimation for repairs of High-Rise Resorts / Condominiums, Retail Commercial and Industrial Facilities and Multi / Single Family Dwellings
- Compiling a complete on-site damage and repair assessment and cost estimation of repairs of catastrophic structural damages
- Directly assist Insurance Adjusters with catastrophe settlements while assuring that each estimate conforms to all applicable State, Local and National Code Requirements
- Audit Contractor and Carrier estimates and material pricing in regards to each specific project and scrutinize the competency of their estimates
- Disaster Restoration Emergency Services Coordination and Support
- Appraisals / Umpire Services / Arbitration and mediation Services
- Expert Witness and Testimony

EXH - 000002 of 000006

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:13 PM
89824-2

*Page 2*
John C. Robison
Curriculum Vitae

**2005 – 2006          Mr. Robison served as Freelance Construction Consultant & Freelance Contractor**
                       **Throughout the Gulf Coast And Nationally While Forming The CSI Group, LLC**

- Cost estimation for repairs of High-Rise Resorts / Condominiums, Retail Commercial and Industrial Facilities and Multi / Single Family Dwellings
- Compiling a complete on-site damage and repair assessment and cost estimation of repairs of catastrophic structural damages
- Directly assisted Insurance Adjusters as Building Consultant with catastrophe settlements assuring that each estimate conformed to all applicable State, Local and National Code Requirements
- Audit Contractor and Carrier estimates and material pricing in regards to each specific project and scrutinize the competency of their estimates
- Provide Appraisal and Umpire Services.

**2004 – 2005          Instar Services Group - Nashville TN**
                       **Mr. Robison served as Project Manager / Estimator / Sales Coordinator**

- Disaster Restoration Project Manager / Estimator (Commercial Losses)
- Job Costing / Cost Engineering / Budgeting
- Provide Appraisal and Umpire Services.

**2003 – 2004          Full Circle Restoration - Duluth GA**
                       **Mr. Robison served as Project Manager / Estimator / Emergency Services Coordinator**

- Disaster Restoration Project Manager / Estimator
- Emergency Services Coordinator (Residential and Commercial Losses)

**2000 – 2003          Winmark Homes - Suwanee, GA.**
                       **Mr. Robison served as the Senior Estimator**

- Materials Take-Offs for "ground-up" construction of new homes
- Justifying Change Order requests and Variance Purchase Orders
- Identifying misuse of materials by Sub-Contractors
- Prepare all new home "Start-Ups"
- Justifying Sub-Contractor quotes and invoices
- Directly assist Architects in the production of new product lines
- Assisted in bringing new home starts from 200 to over 600 per year

**1997 – 2000          EGP & Associates Inc. - Atlanta, GA.**
                       **Mr. Robison served as Construction Consultant / Cost Estimator**

- Cost estimation for repairs of High-Rise Resorts / Condominiums, Retail Commercial and Industrial Facilities and Multi / Single Family Dwellings
- Compiling a complete on-site damage and repair assessment and cost estimation of repairs of catastrophic structural damages
- Directly assisted Insurance Adjusters with catastrophe settlements while assuring that each estimate conformed to all applicable State, Local and National Code Requirements
- Audit contractor estimates and material pricing in regards to each specific project and to scrutinize the competency of the contractors and their estimates
- Provide Appraisal and Umpire Services.

EXH - 000003 of 000006

Filed          22-CI-00366        12/21/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:13 PM
89824-2

Page 3
John C. Robison
Curriculum Vitae

**1987-1997      JCR Enterprises (Inc.) / Living World Landscape Company –Atlanta, GA**
**Mr. Robison served as President / Chief Operating Officer**
- Residential and Commercial Disaster Restoration and Remodeling
- Commercial Tennant Build-Outs / Site lay out
- Custom Residential Remodeling and Additions
- Residential and Commercial Landscape,  Structural Hard-Scape and Irrigation Design & Installation
- Employee and Client Relations
- Time and materials tracking and verification
- Materials procurement
- Sub contractor coordination
- Cost estimation

**<u>Affiliations and Certifications:</u>**

- Dallas Texas Sheriff's Reserve: 1982
- Georgia Nurseryman's Association: 1989-1994
- Southern Loss Association Atlanta Georgia Member: 2006 -2008
- Windstorm Insurance Network Member: 2007 -2015
- Windstorm Insurance Network Umpire / Advanced Umpire / Appraisal Certification: 2008 - 2015
- NFIP / FEMA Flood Adjuster Certification – 2010
- Property Loss Appraisal Network 2014 through present

**<u>Publications:</u>**

- Employee Procedure and Safety Procedure Manuals for various companies within the Construction Industry inclusive of ethical practices of sales and project management personnel.
- Author and teacher of a continuing education and certification curriculum and program for what is a nationally accepted and recognized educational program for the Appraisal and Dispute Resolution process of Insurance Appraisers and Umpires.

**<u>A Brief Synopsis Mr. Robison's Court Appointments / Expert Testimony /Depositions:</u>**

- **August 2019 – State Court Of Dekalb County, Civil Action File No.: 18A71436**
  - Mr. Robison was retained by Defense Counsel on a **Pending Litigation** as an Expert in Water Intrusion and Water Trespass and the claimed and reported ensuing damages to Plaintiffs real property.
  - 
- **August, 2017 – Circuit Court Of Cook County, Illinois: Case File No.: 17-CH-8122**
  - Mr. Robison was Court appointed as Umpire on a Million Dollar Commercial Property Appraisal Dispute.

- **June 2017 – Magistrate Court Of Cobb County, Marietta Georgia Civil Action File No.: 17-J-03161**
  - Mr. Robison was accepted and entered into the courts by the presiding Judge as an Expert in Water Damages and Water Trespass providing Expert Testimony for the Plaintiff on a water intrusion and trespass law suit and the claimed and reported ensuing damages to Plaintiffs real property.

- **February 2016 – Magistrate Court Of Cobb County, Marietta Georgia Civil Action**
  **File No.: 15-J-09849**
  - Mr. Robison provided Expert Testimony and established a pretrial mediation agreement between the Plaintiff and Defendant in a case that revolved around misrepresentation of known pre-existing damages on the Sellers Disclosure of a Real Estate transaction.

Filed          22-CI-00366        12/21/2022      Tiffany Fralicx Griffith, Marshall Circuit Clerk

EXH : 000004 of 000006

Filed        22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:13 PM
89824-2

*Page 4*
John C. Robison
Curriculum Vitae

- **December 2015 – United States District Court For The Northern District of Georgia Atlanta Division Case No.: 1:14-CV-03906-ODE.**
  - Mr. Robison was hired as an Expert Witness in a dispute between a property owner and Restoration Contractor arising from the performances and quality of work of the contractor to the property owner's residence from a claimed insurance loss.

- **October 2015 – United States District Court Case No. 1:15-CV-02110-ELR**
  - Mr. Robison was hired as Expert Witness in an Insurance Dispute pertaining to structural damages arising from an Atlanta Area Tornado of 2013.

- **November 2014** - Mr. Robison was appointed as Umpire on a Court Ordered and Monitored pre "Bad Faith" trial Appraisal on a $2,000,000.00 commercial fire loss in Columbia South Carolina.

- **2011 To 2013** - Mr. Robison provided Expert Witness and Litigation Support in Million Dollar (+) "Property Owner/ Insured v Contractor and Carrier" Liability and Bad Faith litigation from the Atlanta Floods of 2009.

- **March 2011**- United States District Court For the Southern District of Texas, Brownsville TX
  - Mr. Robison provided Expert Testimony and Pretrial Assistance in $1,000,000.00  Contractor / Property Owner Law Suit

- **March, 2010** - Superior Court of Galveston County Texas,
  - Mr. Robison provided Expert Testimony and Pretrial Assistance in $20,000,000.00 Contractor / Property Owner Law Suit

- **December, 2009** - Superior Court of Fulton County Georgia,
  - Mr. Robison was Court appointed as Umpire in a $250,000.00 Residential Appraisal

- **2009** - Mr. Robison Provided Expert Witness and Litigation Support on Million Dollar (+) Appraisal from Hurricane Ike.

- **2008** – Mr. Robison Assisted on a Mississippi Government Facility with roofing repair issues. Mr. Robison's participation in this matter was to comprise a list of deficiencies and re construction defects as directed by the Prime Contractor against the Sub Contractor, create an outline of interrogatories, deposition questions and participate as an umpire between the Prime Contractor, Sub Contractor and the Prevailing Jurisdiction prior to mediation and or Court Proceedings.

- **2008** – Mr. Robison Assisted Sub Contractor in Louisiana who had performed work for a General Contractor and had not been compensated per their contract. Mr. Robison's participation in this matter was to  comprise a list of deficiencies and re construction defects as directed by the General Contractor against the Sub Contractor, Mr. Robison further created an outline of interrogatories, deposition questions and participated as an umpire between the General Contractor and Sub Contractor prior to mediation and Court Proceedings.

- **2007 - 2012** – Mr. Robison was involved in the assistance of several Sub Contractors in a Lawsuit against a New Orleans General Contractor for nonpayment of work performed as a result of Hurricane Katrina.

- **2007** - Deposition given regarding damage assessment to property located in Terry Town, LA. Mr. Robison provided testimony disputing the claims of the Contractor, Architect and Engineer regarding the actual damages and costs of repairs.

- **2007** - Pre-Trial Consultant for case involving Homeowners Association dispute against home construction regarding retaining walls and drainage issues and pricing comparisons between 2004 construction costs and 2007 construction costs.

Filed        22-CI-00366        12/21/2022        Tiffany Fralicx Griffith, Marshall Circuit Clerk

*Page 5*
John C. Robison
Curriculum Vitae

**A Brief Summary of Major National Catastrophic Events Worked by Mr. Robison**
**Along with Numerous other Tropical Storms, Tornados, Floods and Hail Events across the Country**
**Mr. Robison has worked the following Major Catastrophic Events.**

| | |
|---|---|
| **Hurricane Floyd** | **Nashville Flood** |
| **Hurricane Charlie** | **Ringgold GA, Tornado** |
| **Hurricane Jeanne** | **Hurricane Sandy** |
| **Hurricane Ivan** | **Moore Oklahoma, Tornado** |
| **Hurricane Wilma** | **Hurricane Harvey** |
| **Hurricane Katrina** | **Hurricane Irma** |
| **Hurricane Dolly** | **Hurricane Maria** |
| **Hurricane Ike** | **Hurricane Michael** |
| **Hurricane Irene** | **Dayton Ohio Tornados** |
| **Atlanta Floods** | **Hurricane Dorian** |
| **Atlanta City, Tornado** | |

Mr. Robison has presided as Umpire on over 700 Appraisals, and; Mr. Robison has performed the duties of Appraiser on well over 1000 Appraisals both for the Insurer's and The Insured's.
During Hurricane's Katrina and Ike, Mr. Robison and The CSI Group provided Loss Consulting Services on numerous Municipalities and School Districts including but not limited to Calcasieu Parrish, The Lake Charles Municipal Airport and Historic Court House and the Port Arthur Independent School District.

**Education:**        **1979 – 1981   Harper College, Palatine IL**,

- Business Management /Business Law / Spanish / Construction Management / Forensic Science

**Additional Qualifications and Achievements:**

- Fluent in Spanish
- Mr. Robison is a Christian Faith Based Ordained Minister

**Currency**

- Mr. Robison is working towards obtaining his Mediators license for the state of GA

- Mr. Robison is an accredited CE Provider Through both the Georgia and Florida Department Of Insurance and is currently completing the requirements to achieve Instructor / Provider Status for (CE) Continuing Education programs in all states requiring CE Credits for Adjusters, Public Adjusters, Insurance Agents and Various other Industry Professionals

- Mr. Robison has officially launched the National education and certification programs through his founded Organization The Property Loss Appraisal Network ~ P.L.A.N.
  "The Do's And Don'ts of The Property Loss Appraisal Process" ~ Property Loss Appraiser Certification
  "Sharpen The Pencil & Not The Sword" ~ Property Loss Umpire Certification

- Mr. Robison was a guest speaker on Appraisals at the 2018 NACA Conference in Las Vegas, and again for the 2019 NACA conference providing an 8-hour Appraisal Certification course to over 100 Insurance Adjusters.

**References and Additional Information for Mr. Robison:**

- Additional Professional Employment Experience current and past certifications and references available upon request.

EXH · 000006 of 000006

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:26 PM

# Wallace & Todd Consulting
## Mike Thompson P.E., L.S., Executive Engineer

**Professional Summary:**

Mike Thompson P.E., L.S., has over thirty years of experience in the construction industry.  Mr. Thompson has a very diverse engineering background including the design and construction of residential, commercial and industrial projects. He has traveled both nationally and internationally conducting investigations and educational seminars on various construction related topics. He has developed specifications for the rehabilitation of bridges, tunnels, multi-story buildings and many other concrete structures. Also, he has been involved in the design, construction and investigation of composite metal decks, industrial floor slabs, pre-cast elements and other structural components. Mr. Thompson is now using his varied experience and education in a wide range of forensic and civil projects including causation analysis, structural damage evaluation, soil mechanics, and foundation investigations, with a strong emphasis on commercial roofing applications. Mr. Thompson's diverse engineering background provides clientele a broad spectrum of practical and design experience, which is translated into many areas of engineering. Mr. Thompson is especially interested in the Building Systems Science field.

Mr. Thompson has held property adjuster licenses in multiple states since 2008 with experience in residential and commercial applications.  Mr. Thompson also has experience in both a catastrophic and daily claims environment.  In addition, Mr. Thompson uses his diverse background in the performance of Appraisals and has acted as both an Appraiser and an Umpire on numerous occasions.

**Licenses and Certifications:**

Professional Engineer, Kentucky, #22314
Professional Land Surveyor, Kentucky, #3718
Professional Engineer, Ohio, #82216
Professional Engineer, Tennessee #123690
Professional Engineer, Missouri #2020039019
Professional Engineer, Mississippi #31815
Professional Engineer, Texas #140806
Professional Engineer, Arkansas #20365
Professional Engineer, Georgia #047807
Professional Engineer, Louisiana #0046256
Professional Engineer, North Carolina #053539
Professional Engineer, Indiana #PE10505990
Xactimate Level 2 Certified

EXH - 000001 of 000004

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:26 PM

# Wallace & Todd Consulting
## Mike Thompson P.E., L.S., Executive Engineer

## Court Qualifications/Depositions

- United States District Court for the Western District of Tennessee, Eastern Division
- Gorjian Hollywood LLC v. (Full Deposition) Plaintiff Deposition
- United States District Court for the Western District of Tennessee, Eastern Division
- Gorjian Hollywood LLC v. (Short Deposition) Plaintiff Deposition
- Lisa Thomas vs. The Cincinnati Insurance Company, Case No, 2020CV00082, Defense Deposition
- SCF, LLC, v. Hartford Fire Insurance Case No. Case No. 1:20-CV-01173, Plaintiff Deposition
- Steven West Plaintiff v. State Farm Case No. 1:19CV146-GH D-DAS Defense Deposition
- Civil Action No. 10-CI-01279 – Rouse V. D.F. Bailey, Testified at Trial
- Civil Action No. 09-CI-884 Bockhorn V. Zeysing, Testified at trial
- Henry v. Ogle, et al. Civil Action No. 00-CI-0241 – Ogle Residence, Defense Deposition
- Property Owners v. Harrod Concrete & Stone, Co.  Civil Action No. 01-CI-1033 1045, Defense Trial
- Parts Unlimited, Inc., v. Smith Concrete Construction Case No. 06-CI-02417, Jefferson Circuit Court, Defense Deposition

## Professional Experience:

**Wallace & Todd, PLLC, Executive Engineer, Lexington, Kentucky 2021-Present**
Executive Engineer, Building Consultant, and Expert Witness:  Primarily focused on the development and management of Forensic Engineering department/market with an emphasis on structural investigations and related estimating/consulting services.  The investigations included but were not limited to structure failure analysis, roofing consulting services, as well as investigations related to weather related/causation events.  Building consulting services were fulfilled by providing clients with estimates written in Xactimate and RS Means.  Acted as both appraiser and umpire on numerous occasions in compliance with the appraisal clause.

**EFI Global, Inc., District Engineering Principal, Nicholasville, Kentucky 2015-2021**
Forensic Engineer, Engineering Consultant, and Expert Witness:  Responsible for Forensic Engineering Investigations, causation analysis, as it pertains to structural failures, or losses, which includes the investigation and analysis of failures to roofing, siding, foundations, concrete, and a multitude of other structure components.  These investigations often involve or require the formulation of repair recommendations and associated estimates for repair.  These are written on industry standard Xactimate software.  Has acted as both appraiser and umpire on several occasions in compliance with the appraisal clause.

EXH - 000002 of 000004

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:26 PM

# Wallace & Todd Consulting
## Mike Thompson P.E., L.S., Executive Engineer

**MTA Engineers Inc., President Lexington, Kentucky 2003-20015**
Engineering Consultant, Expert Witness: Responsible for the business development and management of professional consulting services including but not limited to: Engineering investigations encompassing structural evaluations, blasting damage evaluations, causation analysis, product liability investigations, fire damage assessments, concrete rehabilitation, water infiltration analysis, roofing investigation using infrared technology and various other investigation projects.

**Marshall Miller & Associates, Inc., Civil and Investigative Engineering Manager, Lexington, Kentucky, 2001-2003**
Responsible for the business development and operational management of civil and investigative engineering services. Investigative activities include but were not limited to, fire and explosion, blasting damage, vehicle accident reconstruction and structural evaluation. Hydrology and Hydraulic analysis. Civil duties include project management and design associated with wastewater, geotechnical, concrete rehabilitation, industrial wastewater treatment, surveying related functions and many other engineering projects.

**Synthetic Industries, Design Engineer, Chattanooga, Tennessee, 1998-2000**
Responsible for designing industrial floor slabs, composite metal decks, pre-cast elements and other concrete structures with the use of SAFE a and SAP2000 finite element programs. Worked to develop concrete market through response to technical inquiries and industry associates, ACI, ASTM, ACPA etc. Coordinated research and development projects in the evaluation of new and existing products. Conducted concrete related investigations both nationally and internationally.

**Fosroc Inc., Technical Services Representative, Georgetown Kentucky, 1996-1998**
Provided daily technical support to sales force, engineers and contractors on a full line of products in both new construction and rehabilitation.  Coordinated the applications and technical positioning of concrete products congruent with product characteristics versus current available procedures. Analyzed potential market segments and formulated approaches to overcome entry barriers.  Guided specifications for concrete rehabilitation projects following CSI format.

**Alchemy Engineering, Engineering Technician/Surveyor, Prestonsburg, Kentucky, 1992-1993**
Performed boundary, topographic and construction surveys.  Designed haul roads, erosion control measures and reclamation schemes associated with strip mines. Conducted field inspections of construction projects, blasting operations and load bearing fills. Performed laboratory evaluation of soil, water, and concrete.

**Bonar & Associates, Surveyor, Ft. Wayne, Indiana, 1989-1991**
In charge of collection and interpretation of date in conjunction with design of highways, subdivisions, and street rehabilitation.  Performed layouts for all phases of construction on highways, subdivisions, and commercial projects. Trained new and existing employees in the use of field to finish surveying equipment.

EXH·: 000003 of 000004

Filed          22-CI-00366          12/21/2022          Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
12/28/2022 12:54:26 PM

# Wallace & Todd Consulting
## Mike Thompson P.E., L.S., Executive Engineer

### Specialized Education:

EVS/R® Advanced Roofing Certificate, Vale Training 2019
Culvert Design, PDH Express 2019
Design & Construction of Concrete Parking Lots PDH Express 2019
Complete Street Design Guidelines PDH Express 2018
Construction Cost Estimating, Louisville, Kentucky, 2018
Controlling Structure Response to Reduce Blasting Complaints, Kentucky Blasting
Guideline on General Contractor Subcontractor Relations PDH Express 2017
Site Planning and Design PDH Express 2017
Procedures for Concrete Overlay and Widening of Pavements PDH Express 2016
Roofing PDH Express 2014
Construction Surveying 2013
Every Waveform Tells a Story, Kentucky Blasting Conference, 2012
Using a cheat Sheet for Blast Design, Kentucky Blasting Conference, 2012
Federal vs. State Insurance Regulation, Kentucky Department of Insurance, 2012
Water Damage and Dehumidification - C43082, ServPro, 2010
Trauma of Fire and Smoke Damage, ServPro, 2010
Water Damage-Black Water Mitigation, ServPro, 2010

### Education:

Bachelor of Science Civil Engineering, University of Kentucky, Lexington, Kentucky, 1995
Associate Degree Surveying Technology Vincennes University, Vincennes, Indiana, 1989

### Affiliations:

Member of the National Roofing Contractors Association

### Courses Instructed/ Guest Lecturer:

Instructor at Vale Training for EVS/R Advanced Roofing Course
Intentional Roof Damage
Commercial Construction Defects
Infrared Technology
Forensic Surveying
Slab Design Using fiber Reinforced Concrete
Ultra-Thin Whitetopping
Blending Synthetic and Steel Fiber for Maximum Reinforcing of Concrete Slabs
Quality Concrete, Cracking and the Role of Reinforcement

EXH - 000004 of 000004